1  MUNGER, TOLLES & OLSON LLP
   HENRY WEISSMANN (SBN 132418)
2  Henry.Weissmann@mto.com
   BRAD SCHNEIDER (SBN 235296)
3  Bradley.Schneider@mto.com
4  355 S. Grand Avenue, Suite 3500
   Los Angeles, California 90071-1560
5  Telephone: 213 683-9100
   Facsimile: 213 687-3702
6

7  MACKENZIE & ALBRITTON LLP
   JAMES A. HEARD (SBN 114940)
8  jheard@mallp.com
   One Post Street, Suite 500
9  San Francisco, California  94104
   Telephone:  (415) 288-4000
10 Facsimile:  (415) 288 4010

11
   Attorneys for Plaintiff GTE Mobilnet of California
12 Limited Partnership, a California limited partnership
   d/b/a Verizon Wireless

13
**UNITED STATES DISTRICT COURT**

14
**NORTHERN DISTRICT OF CALIFORNIA**

15
**OAKLAND DIVISION**

16

17  GTE MOBILNET OF CALIFORNIA            CASE NO. C-07-04034 (SBA)
    LIMITED PARTNERSHIP, a California
    limited partnership d/b/a VERIZON
18  WIRELESS,                             **PLAINTIFF GTE MOBILNET OF**
                                          **CALIFORNIA LIMITED**
19           Plaintiff,                   **PARTNERSHIP'S CERTIFICATION OF**
                                          **INTERESTED PERSONS OR ENTITIES**
20     vs.                                **PURSUANT TO LOCAL RULE 3-16**

21  CITY OF BERKELEY,
    Defendant.
22
             Defendants.
23

24

25

26

27

28  3420060.5                             CERTIFICATION OF INTERESTED PERSONS OR
                                          ENTITIES PURSUANT TO LOCAL RULE 3-16
                                          CASE NO. C-07-04034 (SBA)

1        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2   persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3   or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

- Cellco Partnership d/b/a Verizon Wireless ("Cellco"), a privately owned Delaware general partnership, holds a general partnership interest and a limited partnership interest in Plaintiff.
- The following entities hold general partnership interests in Cellco: (1) Bell Atlantic Cellular Holdings L.P., a Delaware limited partnership; (2) NYNEX PCS Inc., a Delaware corporation; (3) PCSCO Partnership, a Delaware general partnership; (4) GTE Wireless Incorporated, a Delaware corporation; (5) GTE Wireless of Ohio Incorporated, a Delaware corporation; (6) PCS Nucleus L.P., a Delaware limited partnership; and (7) JV PartnerCo LLC, a Delaware single member limited liability company.
- Verizon Communications Inc. and Vodafone Group Plc, both publicly-held companies, indirectly hold ownership interests in Cellco.
- Southwestco Wireless L.P. holds a limited partnership interest in Plaintiff. The following entities hold partnership interests in Southwestco Wireless L.P.: (1) Southwestco Wireless Inc., which is wholly owned by Cellco and is not publicly traded; and (2) Cellco.

In addition, Plaintiff seeks by this action to obtain appropriate relief with respect to its applications to construct and operate certain wireless facilities in the City of Berkeley. The owners of the property on or in which such facilities would be installed may be deemed to have a financial interest in the subject matter of this controversy. Neither Plaintiff nor its counsel represents the interests of such owners. Such owners are listed below:

- 2721 Shattuck LLC, a California LLC, which is the record owner the property on which Plaintiff proposes to construct and operate the Bekins Facility. *See*

1 | Complaint ¶ 63.

- UC Storage LLC, which is the entity to which Plaintiff makes rental payments for the lease of property for the proposed Bekins Facility. *See* Complaint ¶ 63.
- Equity Residential LLC is the owner of property on which Plaintiff intends to construct and operate the Lower University Facility. *See* Complaint ¶ 102.
- Acton Courtyard Apartments, which is the entity to which Plaintiff is scheduled to make rental payments for the lease of property for the proposed Lower University Facility. *See* Complaint ¶ 102.
- Expresso Roma Corporation, which is the record owner of property on which Plaintiff intends to construct and operate the North Shattuck Facility *See* Complaint ¶ 91. Plaintiff also makes rent payments to the Expresso Roma Corporation for the lease of property for the proposed North Shattuck Facility. *Id*.

DATED: August 27, 2007                    MACKENZIE & ALBRITTON

By:_____/s/_____
          JAMES A. HEARD

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA
LIMITED PARTNERSHIP