AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

California Northern                DISTRICT OF                Oakland

## APPEARANCE

Case Number:  C- 07-4034

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant City of Berkeley

I certify that I am admitted to practice in this court.

| 8/29/2007 | | |
|---|---|---|
| Date | Signature | |
| | Kirk E. Trost | 127097 |
| | Print Name | Bar Number |
| | MILLER, OWEN & TROST, 428 J Street, Suite 400 | |
| | Address | |
| | Sacramento          CA          95814 | |
| | City          State          Zip Code | |
| | (916) 447-7933          (916) 447-5195 | |
| | Phone Number          Fax Number | |