# EXHIBIT A



**PLANNING \ DEVELOPMENT**

Land Use Planning, 2120 Milvia Street, Berkeley, CA 94704
Tel: 510.981.7410  TDD: 510.981.7474  Fax: 510.981.7420
Email: Planning@ci.berkeley.ca.us

CITY OF BERKELEY

DATE STAMP HERE

MAR 08 2005

PLANNER _____
A. Burns

## I.A  Zoning Project Application Form

For:  ✓ Administrative Use Permits
_____ Use Permits
_____ Variances

Updated October 14, 2004
*Effective November 15, 2004*

- **Project Address:** 2721 Shattuck                          Unit/Suite #: _____

  Project Description: Install (5) Verizon 4'×6" panel antennas at North east building facade. One GPS at roof. Equipment located on ground floor of warehouse.

- **Property Owner Name** (Print) Bill Brinton

  Owner's Mailing Address: 19229 Sonoma Hwy #266
  Sonoma, CA 94705

  Daytime Phone # 707.996.6622 FAX # _____  E-mail: _____

- **Applicant Name** (or write same): Linda SPRANZ, CalCom Systems.

  Applicant's Mailing Address: 2001 Omega Rd #100
  San Ramon CA 94583

  Daytime Phone # 925.362.9613 FAX # 925.362.9526 E-mail: LSPRANZ @ CalComsys.Net

## Submittal Requirements Checklist -- Instructions:

(1) Complete the checklist below and sign the bottom of page 2.
(2) Review the attached **"Zoning Project Submittal Requirements"** to determine what information is required for your type of project. Note that Sections I and II requirements apply to almost all projects. Section III information is required for items checked "yes" below. For each item you check "yes", provide the submittal requirement indicated in the right-hand column. Refer to the attached **"Zoning Project Submittal Requirements"** for further instructions. Label each required document with the Submittal Requirement # (i.e., IIIA.2) and the project address and submit with your application. If you have any questions, please discuss with a Planner.

| Does the project include: | No | Yes | Submittal Requirement |
|---|---|---|---|
| · A Large Scale Development Project: a project in a non-residential district with (1) ≥ three stories, (2) an affordable housing Density Bonus, (3) FAR ≥ 2.00, OR (4) ≥ 10,000 sq. ' gross floor area? | ☑ | ☐ | Included III.A.4 – Photo Simulation. |
| · A new building, or expansion of a building footprint within 2 feet from, or within, a required setback? | ☑ | ☐ | Included. III.A.1 – Boundary/Topographic Survey |

- 8 -

I.A. **ZONING PROJECT APPLICATION**

Updated October 14, 2004 *Effective November 15, 2004*

| Does the project include: | No. | Yes | Submittal Requirement |
|---|:---:|:---:|---|
| · More than 50 cubic yards of grading? | ☑ | ☐ | III.A.2 – Grading Plan |
| · A request to waive or reduce required parking? | ☑ | ☐ | III.A.3 – Parking Survey |
| · A new building or story in the 'H' District? | ☑ | ☐ | III.A.5 – Section Drawings |
| | | | III.A.7 – Story Poles |
| · A new building or story adjacent to a property with a dwelling unit? | ☑ | ☐ | III.A.6 – Shadow Study |
| · A new building (except accessory buildings)? | ☑ | ☐ | III.A.8 – Street Strip Elevation |
| · Demolition of 25% or more of an existing dwelling unit? | ☑ | ☐ | III.B.1 -- Structural and Pest Report. |
| · Creation of dwelling units, resulting in 5 or more dwelling units on the site (or as the planner requires)? | ☑ | ☐ | III.B.2 – Project Affordability Statement |
| · Under Government Code Section 65915: | ☑ | ☐ | III.B.2 – Project Affordability Statement |
|    a.  A request for a Density Bonus? | | | |
|    b.  A request for any concessions or incentives in addition to a Density Bonus? | ☑ | ☐ | III.B.3 – Financial Pro Forma |
|    c.  A request for any concessions or incentives in lieu of Density Bonus Units? | ☑ | ☐ | III.B.4 – Financial Equivalency Analysis |
| · Construction of dwelling units intended for sale as condos? | ☑ | ☐ | III.B.5 –[under review; work with planner] |
| · Demolition or major alteration of structure ≥ 40 years old? | ☑ | ☐ | III.B.6 – Structure History |
| · Construction activity within the drip line of a Coast Live Oak tree? | ☑ | ☐ | III.C.1 – Arborist Report |
| · Construction within 30 feet of a creek, culvert, or a naturally occurring watercourse? | ☑ | ☐ | III.C.5 –[under review; work with planner] |
| · A new building in a non-residential zoning district, on a site with a history of soil and/or groundwater contamination or within Toxic Division's Environmental Management Areas. | ☑ | ☐ | III.C.2 – Phase I Assessment |
| · A new building or addition in a liquefaction, landslide, or fault zone shown on the "Environmental Constraints Map" | ☑ | ☐ | III.C.3 – Seismic Hazard Investigation |
| · Creation of 10 or more dwelling units or 10,000 sq.' floor area | ☑ | ☐ | III.C.4 – Traffic Impact Analysis |
| · Federal funding, either directly or through the City of Berkeley Housing Trust Fund? | ☑ | ☐ | III.D.1 – Area of Potential Effects (APE) Statement |
| · Exterior changes (including new signs) (I) to any structure (new or existing) in a non-residential zoning district?  OR (2) to a commercial or mixed-use building in the R-4 District? | ☐ | ☑ | III.D.2 – Design Review Submittal  *Submitted* |
| · Demolition of, or exterior modifications to, a designated City of Berkeley landmark)? | ☑ | ☐ | III.D.3 – LPC Submittal |
| · A new building on a site of 10,000 square feet or greater? | ☑ | ☐ | III.D.4 – Impervious Surface Questionnaire |
| · A new business or new commercial space with a tenant already selected? | ☑ | ☐ | III.D.5 – Zoning Use Questionnaire |
| · A proposed increase in alcohol sales or service? | ☑ | ☐ | III.D.6 – Alcohol Use Information Form |

*Under penalties of perjury, I certify that the above information is true and complete to the best of my knowledge.*

**Applicant Signature:** _____  Date: 2/25/05

**Owner's Signature:** _See attached letter of_  Date: 2/25/05
_authorization from owner_

*File & Path:  G:\Forms & Instructions\Land Use Planning Forms\Current\I.A Zoning Project Appl Form with checklist.doc*



**PLANNING** **DEVELOPMENT**    MAR 08 2005

Land Use Planning, 2120 Milvia Street, Berkeley, CA 94704
Tel: 510.981.7410  TDD: 510.981.9603  Fax: 510.981.7420  Email: Planning@ci.berkeley.ca.us

# ZONING USE QUESTIONNAIRE

Permit # _____    Date _____

Property Address  2721 Shattuck

Applicant Name  Linda Gorans — Calcom Systems    Phone # 925·362·9613

Proposed Use  ~~add telecom~~ Add telecom facility to warehouse    Previous Use  warehouse.

Describe your business:  Verizon Wireless - telecom services.

Name of Property Owner (if different from applicant)  Bill Brinton    Phone # 707·996·6622

What are adjacent uses (sides and rear?)  Sides:

Is this an existing building?    Yes  ✓    No _____

If yes, has a Change of Occupancy Inspection been made by the Building and Safety Division?
Yes ____    No ✓  NA

What changes will be made to the building?  add 5 antennas on building, equipment in warehouse

List days and hours of operation: ✱    Monday - Thursday: 24/7    Friday: 24/7
✱ Unmanned facility    Saturday: 24/7    Sunday: 24/7

Are you renting _____, leasing ✓, or buying _____ the property?

Is the transaction contingent on obtaining a Use Permit?  Yes ✓  No ____  Explain  Verizon needs to obtain use permits.

How many employees will you have (including yourself)?    Total  1    Per Shift  1 × month/4 hrs.

How many customers do you expect at one time?  0    When will be your busiest hours?  0

Is there an existing parking lot?  Yes ✓  No ____    Do you share it with any other use?  N/A

Will you provide parking for customers?  Yes ____  No ✓    How many spaces?  0

Will you provide parking for employees?  Yes ____  No ✓    How many spaces?  0

Will parking be on the same property?  NA Yes ____  No ✓  If not, explain: _____

From what area do you expect the majority of your customers:  NO CUSTOMERS at this facility

Immediate neighborhood ✓  Several neighborhoods ✓  Passing Traffic ✓  City-wide ✓  Larger area ✓

Explain  Network will provide service to all of above, but they will not access this facility.

Land Use Planning, 2120 Milvia Street, Berkeley, CA 94704
Tel: 510.981.7410  TDD: 510.981.9603  Fax: 510.981.9420  Email: Planning@ci.berkeley.ca.us

- 11 -

ADDRESS: _____    ~TE: _____

Will you be selling any alcoholic beverages for off-site consumption?    Yes _____ No ✓

    If yes, have you applied for an off-sale license from the State Department of Alcoholic    N A    
    Beverage Control?    Yes _____ No _____

Will you be selling beverages in containers subject to California Redemption Value (CRV)?    Yes _____ No ✓

**ESTABLISHMENTS SERVING FOOD OR DRINK**    N/A

    Proposed seating (#) _____    Maximum allowable capacity under Building Code (#) _____

    What type of cooking will you feature? _____

    How will cooking odors be controlled? _____

    What arrangement will be made for recycling? _____

**Alcoholic Beverages**

    Will you serve beer? _____    Wine? _____    Liquor? _____

    With meals only? _____    Separately? _____    At a bar? _____

    Have you applied for a license from Department of Alcoholic Beverage Control?    Yes _____ No _____

**Music**

    Will you provide live entertainment?    Yes _____ No _____ Of what type? _____

    Will there be live music? _____    Recorded? _____ Amplified at what level? _____

    Will sound control be provided?    Yes _____ No _____

    What are the assurances that sound control will be adequate? _____

    When will sound controls be installed? _____

Who is responsible for assuring that the business operates as described above?

[PRINT NAME] _____ N A _____

Signature _____    Date _____

g:\forms\land use planning\zoning_use_questionnaire.doc

This side for staff use only

Project Type Code: U P P A

Application #: 05-70000033    APN: 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-037-00

**Project Description**    Description limited to 40 characters  (Example: Const DU @ 123 Main St)

TELECOM UPL @ 2722 SHATTUCK AVE

| Project Data Maintenance | | | Project Summary | |
|---|---|---|---|---|
| Zoning District | C-SA | Zoning Section 3 | New Dwellings (Net #) | O |
| Zoning Section 1 | 23E.52.030 | Zoning Section 4 | New Sq. Ft. Floor Area (Net #) | O |
| Zoning Section 2 | | Zoning Section 5 | Alcohol related?  [Y/N/NA] | NA |

| Project Fees Maintenance | | | Provide quantity for all that apply (PLEASE no check marks): | |
|---|---|---|---|---|
| Quantity | Base Fee | 15% Comm. Plan Fee | Sub-Total | Permit Description |
| **200 - AUP - Administrative Use Permit** | | | | |
| | $1,158 ① | $173.70 | $1,331.70 | In or Adjacent to Residential District |
| | $772 ① | $115.80 | $887.80 | Other |
| | $_____ | See calc | | Additional Use Permits: _____ x $215.05 ($187 base fee + $28.05 Comm. Plan Fee) |
| | $33 | | $33 | ① Records Management Fee |
| **APUP - Appeal AUP or DRC project to ZAB** | | | | |
| | $63 | | $63 | Non Applicant |
| | $1,156 | | $1,156 | Applicant |
| **300 - DRCL - Design Rev Committee Level** | | | | |
| | $1,158 ① | | $1,158 | DRCL - < $50K         Preliminary |
| | $735 ① | | $735 | < $50K         Final |
| | $1,738 ① | | $1,738 | DRCL - $5,0010K –  $1,999,999     Preliminary |
| | $857 ① | | $857 | $50K - $149,999     Final |
| | $3,015 ① | | $3,015 | DRCL - $2 Mil – $4,999,999     Preliminary |
| | $2,456 ① | | $2,456 | ≥ $150K     Final |
| | $5,000 | | $5,000 | DRCL -> 5 Million     Prelim:  Deposit toward hourly fee |
| | $_____ ① | | | DRCL -> 5 Million     Prelim: $128 x _____ (# of hours) |
| | $33 | | $33 | ① Records Management Fee |
| **300 - DRSL - Design Rev Staff Level** | | | | |
| | $354 ① | | $354 | DRSL – Signs/Awnings |
| | $772 ① | | $772 | DRSL - < $50K |
| | $1,255 ① | | $1,255 | DRSL - $50K – $2 Million |
| | $1,537 ① | | $1,537 | DRSL - $2 Mil – 5 Million |
| | $2,500 ① | | $2,500 | DRSL -> 5 Million:         Deposit toward hourly fee |
| | $_____ ① | | | DRSL -> 5 Million:     $128 x _____ (# of hours) |
| | $33 | | $33 | ① Records Management Fee |

- 13 -

| Quantity | Base Fee | Comm. Plan Fee | Sub-Total | Permit Description |
|---|---|---|---|---|
| **ER - Environmental Review** | | | | |
| | $1,931 | | $1,931 | Initial Study w/ Negative Dec |
| | $3,378 | | $3,378 | Initial Study w/ **Mitigated** Negative Declaration |
| | $_____ | | | Mitigation Monitoring (no EIR)    $128 x _____ (# of hours after 1st) |
| | $_____ | | | Environmental Impact Report.    $128 -or- 20% of contract + staff time |
| | $_____ | | | NEPA Review    . $128 -or- contract + staff time |
| **400 - LPC - Landmarks Preservation** | | | | |
| | $50 ① | | $50 | Initiate Landmark or Structure of Merit |
| | $100 ① | | $100 | Initiate Historic District |
| | $703 | | $703 | Demolition Referral to LPC |
| | $710 ① | | $710 | Alteration: NonRes Proj /Non Res Zone: |
| | $_____ | | | If project value > $50K, add Value _____ x .15 |
| | $0 ① | | $0 | Alteration: Res Proj in Residential Zone |
| | $545 ① | | $545 | DR for Awnings and Signs |
| | $33 | | $33 | ① Records Management Fee |
| **700 - MOD - Modification/Extension** | | | | |
| | $256 ① | $38.40 | $294.40 | Administrative Use Permit Modfication |
| | $640 ① | $96.00 | $736.00 | Use Permit Modification (ZAB Review - No Public Hearing) |
| | $1,920 ① | $288.00 | $2,208.00 | Use Permit Modification (ZAB Review – Public Hearing Required) |
| | $33 | | $33 | ① Records Management Fee |
| **000 - SUBD - Subdivision/Condos** | | | | |
| | $8,675 ① | | $8,675 | Rental to Condo |
| | $4,498 ① | | $4,498 | TIC to Condo – 1-4 units |
| | $6,747 ① | | $6,747 | TIC to Condo – 5+ units |
| | $1,766 ① | | $1,766 | TIC to Condo – Local Law Compliance |
| | $561 | | $561 | Appeal To PC or To CC by Applicant |
| | $68 | | $68 | Appeal To CC – Non Applicant |
| | $33 | | $33 | ① Records Management Fee |

| Quantity | Base Fee | Comm. Plan Fee | Sub-Total | Permit Description |
|---|---|---|---|---|
| **100 - UPPH - Use Permits** | | | | |
| ✓ | $2,061 ①② | $309.15 | $2,370.15 | Flat Fee – Other than new construction |
| | $3,861 ①② | $579.15 | $4,440.15 | Flat Fee – New construction requiring hearing  (minimum fee)     – or – |
| | ①② | +15% of calc. | | New Const Value: _____           x Intake Calc = _____    – or – |
| | $15,000 | | $15,000 | Projects > 5,000,000:                      Deposit toward hourly fee |
| | ①② | +15% of calc. | | Projects > 5,000,000:              $128 x _____ (# of hours) |
| | $128 | $19.20 | $147.20 | Transfer (Use Permit or Variance) |
| | $500 | | $500 | Pre-Application Review – Staff Level |
| | $2,000 | | $2,000 | Pre-Application Review – ZAB or PC |
| | $_____ | See calc | | Additional Use Permits: _____ x $215.05 ($187 base fee + $28.05 CPF) |
| ✓ | $33 | | $33 | ① Records Management Fee |
| ✓ | $683 | | $683 | ② ZAB Public Hearing Fee |
| **100 - VAR - Variance (1 for ea. Ord. section)** | | | | |
| | $586 ①② | | $586 | Yard and Height |
| | $4,827 ①② | | $4,827 | Other |
| | $33 | | $33 | ① Records Management Fee |
| | $683 | | $683 | ② ZAB Public Hearing Fee |
| **900 - ZC - Zoning Certificate** | | | | |
| | $77 | 11.55 | $88.55 | Low Impact Home Occupation |
| | $128 | 19.20 | $147.20 | Other Non-Residential (including establish / change use or tenant improvements) |
| **999 - MISC - Miscellaneous Zoning Items** | | | | |
| | $_____ | | | Use Permit Monitoring:          $128 x _____ (# of hours) |
| | $128 | | $128 | Oak Tree Review |
| | $_____ | | | Housing Density Bonus Analysis     $128 x _____ (# of hours) |
| | $128 | | $128 | Zoning Burn Letters regarding Nonconforming Properties |
| | $128 | | $128 | Zoning Research |
| | $_____ | | | Other Misc. Fees: $_____ |
| **Add-on Fees - These fees must be applied to a permit type (above) – cannot be applied alone** | | | | |
| | | | | Double-Fee [Penalty]  (Base x 2) |
| | $_____ | | | Additional Staff Time on ZCs     $128 x _____ (# of hours) |
| | $_____ | | | Dedicated Project Review:         Deposit toward hourly fee (min $1,000) |
| | $_____ | | | Dedicated Project Review:     $128 x _____ (# of hours) |

| **TOTAL [Amount Paid]** | | |
|---|---|---|
| | | |

① Subject to Records Management Fee of $33

② Subject to ZAB Public Hearing Fee of $683.00

– 15 –



```
Receipt no: 105547     Amount: $4277.15
              City of Berkeley
          *** CUSTOMER RECEIPT ***
Oper: REGISTER1     Type: OC  Drawer: 1
Date:  3/08/05 01     Receipt no:  105547

Description     Quantity          Amount
     2005  10000033
PZ   PLANNING & ZONING SYSTEM
               1.00            $3086.15
  Trans number:                 1333311
LPPH
     2005  30000018
PZ   PLANNING & ZONING SYSTEM
               1.00            $1191.00
  Trans number:                 1333315
DRCL

Total tendered                 $4277.15
Total payment                  $4277.15

Trans date:  3/08/05   Time: 16:22:32

*** THANK YOU FOR YOUR PAYMENT ***
```

- 16 -

RECEIVED

MAR 08 2005

LAND USE PLANNING

# LETTER OF AUTHORIZATION

TO:    CITY OF Berkeley

APPLICATION FOR ZONING/USE/BUILDING PERMIT-NON-EXCLUSIVE

Guardsman Storage Associates IV Limited Partnership, with William W. Brinton as General Partner, as owner of the below-described property, do hereby appoint Verizon Wireless and its contractors as agent for the purpose of consummating an application to ensure Verizon Wireless their ability to use and/or construct improvements to the property leased, or licensed, to them for the purpose of constructing a communications site. I understand that the application may be denied, modified or approved with conditions and that such conditions or modifications must be complied with prior to issuance of building permits. Owner reserves the right to approve or disapprove any conditions or costs in Owner's sole discretion.

I hereby authorize employees of the City of Berkeley to enter upon the subject property during normal business hours as necessary to inspect the property for the purpose of processing this application.

It is understood that Owner shall incur no costs connected to this application or future operation of antennae.

Located at:                            2721 Shattuck Avenue, Berkeley, CA 94705


Assessor's Parcel Number:              054-1719-037-00

Signature of Property Owner/General Partner:  _William W Brinton_
                                       For GSA IV, A CA. Ltd. Part.

                Date:                  8/5/04


Site #: 1500072405

- 17 -







RECEIVED

MAR 08 2005

LAND USE PLANNING

# Cal Com Systems Inc.

2001 Omega Road, Suite 100    San Ramon CA  94583    (925) 362-9613 Direct    (925) 362-9526 fax

February 24, 2005

City of Berkeley Planning Department
2120 Milvia Street
Berkeley, CA 94704

RE:    **Verizon Wireless Collocation Facility at 2721 Shattuck Ave "Berkeley Bekins"**
       **Warehouse  (APN 054-1719-037)**
       **Design Review / AUP**

Verizon Wireless proposes to collocate a wireless facility at the Bekins Storage Warehouse located at 2721 Shattuck Avenue, Berkeley, and with APN 054-1719-037). Nextel Communications submitted an application for a telecommunication facility at this address to the City of Berkeley in June, 2004. While Verizon Wireless and Nextel have submitted separate applications, the carriers have been consulting with one another on our respective designs to ensure compatibility with both planning and technical criteria.

The proposed Verizon Wireless design will involve mounting a total of five (5) antennas at three (3) sectors on the façade of the building. All antennas will be located on the North and East walls of the building to avoid any distraction from the architectural detail located on the more visible South and West elevations.  All proposed Verizon Wireless antennas will have dimensions of 4' high x 6" wide by 2" deep.  Antennas will be mounted flush to the top of the wall, without protruding above the existing height of 58 feet.  Sector One will consist of two (2) antennas located on the North facing façade, Sector Two will consist of two antennas on the East facing façade, and Sector Three will consist of one antenna attached to the east side of the Building, but facing and providing coverage South.  One GPS antenna will be located on the parapet of the building East site of the building, adjacent to the cable tray.  The cable tray will run from the top of the first floor to the roof of the building, and will be painted to match existing building paint color. Equipment will be located in the building at ground level in a 15.25' x 25.75' enclosed lease area, directly adjacent to the proposed Nextel lease equipment lease area. A plug for emergency backup generator will be located in the parking lot on the North side of the building.  There is currently one (1) additional proposed carrier on this building (Nextel Communications).

Due to transmit and receive interference between the spectrums utilized by Verizon Wireless and Nextel Communications, it was necessary to design this site with vertical and horizontal separation to allow both carriers to operate effectively.  Nextel chose to locate on the rooftop penthouse at a height of approximately 70' height.  Verizon will be located on the building façade, at a height of 58' (Approximately 12' vertical separation).  As you can see by the site plan, the horizontal placement of the antennas has also been designed to allow a minimum 35' separation.  There is additional space on both the façade and/or a second penthouse to accommodate an additional carrier.

# Cal Com Systems Inc.

2001 Omega Road, Suite 100      San Ramon CA  94583      (925) 362-9613 Direct      (925) 362-9526 fax

The South Facing sector was placed on the back (East facing) side of the building as attaching to the ornate architectural features of the Ward Street side of the building was not an acceptable design option.

In support of this application and in accordance with the minimum application requirements of Section 23C.17.0400 the following materials are enclosed.

A.)    Verizon Wireless currently is over network capacity to provide coverage to the Berkeley/Ward neighborhood.  This site will offload over-capacity for three existing Berkeley sites:   South Shattuck site (2855Telegraph Avenue), UC Berkeley East (Barrows Hall at UC Campus) and OSH Water Tank site (1099 Ashby Ave.).  On this plot the color green shows areas in which signal strength is adequate for both in building and exterior coverage.  The yellow color indicates areas where exterior coverage is adequate but in building coverage can be hit or miss depending on micro topography and vegetation.  Red indicates areas where even exterior coverage is spotty.  .  The proposed coverage map shows that the proposed Berkeley Bekins site provides duplicative coverage to this area to offload  between the three existing over-capacity sites.  The Shattuck Commercial District and UC Campus is a high traffic area for Verizon, as well as most other carriers.  The existing system can not handle the amount of wireless calls currently generated along this area.  This site will allow for the processing of the additional call traffic Verizon is experiencing.  Verizon will provide sufficient information to independently verify these claims if requested under Section 23C.17.0400

Verizon did explore other options along the Shattuck/Ward intersection.  The fire station on Shattuck Avenue was pursued, but was not a collocation facility and did not have adequate height.  The proposed building has architecture suitable to screen antennas, and equipment area inside a building to mitigate the potential noise or visual impacts to the surrounding residential and commercial areas.  The fact that Nextel has applied for an application, additional created a collocation site, which is a preferred site location per the Berkeley Telecommunication Ordinance.

B.)    Verizon will agree to cooperate with any future co-location requests to the extent they are feasible.

C.)    Facility is a co-located facility, with one (1) existing carrier proposed on site (Nextel), the subject Verizon application, and there remains room for additional carriers to collocate.

D.)    Verizon will offer wireless communications services including, but not necessarily limited to voice and data transmission as allowed under their FCC license.

E.)    A copy of Verizon's FCC license is attached.

# Cal Com Systems Inc.

2001 Omega Road, Suite 100          San Ramon CA  94583          (925) 362-9613 Direct          (925) 362-9526 fax

F.)     A report from Hammett & Edison is attached to indicate that the site complies with all applicable standards regarding RF emissions.

G.)     Site Plans and Elevations Attached.

H.)     Description of screening facility from public view:  Equipment cabinets will be located on the ground floor inside of the building.  A total of three (5) antennas will be façade-mounted on the North and East sides of the building, painted to match existing color of building.

I.)     No landscaping will be effected by the installation, maintenance or construction of this site because it is all contained on the rooftop and within the building.

J.)     Plans and elevations for façade mounted antennas attached.

K.)     Photo-simulations showing the existing rooftop and the proposed installation are attached.  The two (2) views were taken from the areas with the most visibility of the site. View (1) from back of building from Ward Avenue residences, View (2) from Shattuck Avenue looking south. Incidentally, the site is screened from view of cars or pedestrians traveling North on Adeline/Shattuck Avenues due to a adjacent buildings and a thick tree canopy.

L.)     The site is designed for five (5) 4' tall antennas with a maximum power output of 1200 watts total (100 watts per antenna at maximum power).  The 15.25' x 25.75' equipment area in the building will contain Lucent ModCell radio cabinets, telco and power cabinets, HVAC, and battery backup unit. Verizon is licensed to use radio frequencies between 834-849 MHz and 880-894 MHz.

M.)     Verizon agrees to pay the reasonable and actual cost and a reasonable administrative fee of independent verification of the technical aspects of this application (if deemed necessary) as required under section 23C.17.0400 M.

N.)     Verizon agrees to provide financial assurances required by the City Manager for removal of the facility as required under section 23C.17.0400 N.

In addition, completed application form and fees, as well as digital photos of surrounding views from neighborhood, and Sanborn Map showing surrounding building and uses have been included, as directed by the City of Berkeley staff.  Please feel free to contact me if you have any questions or require further clarification.

- 23 -

# Cal Com Systems Inc.

2001 Omega Road, Suite 100     San Ramon CA 94583      (925) 362-9613 Direct     (925) 362-9526 fax

Sincerely,


Linda Spranz
Cal Com Systems for Verizon Wireless

1  8.5 X 11  Plan Set
4  11 X 17  Plan Set
1  copy 8.5 X 11 Nextel plus
1 set Site photos
1 Copy Sanborn Map.



**HAMMETT & EDISON, INC.**
CONSULTING ENGINEERS
RADIO AND TELEVISION



WILLIAM F. HAMMETT, P.E.
DANE E. ERICKSEN, P.E.
STANLEY SALEK, P.E.
ROBERT D. WELLER, P.E.
MARK D. NEUMANN, P.E.
ROBERT P. SMITH, JR.
RAJAT MATHUR

ROBERT L. HAMMETT, P.E.
*1920-2002*
EDWARD EDISON, P.E.

BY E-MAIL LSPRANZ@CALCOMSYS.NET

March 4, 2005

Ms. Linda Spranz
Cal Com Systems, Inc.
2001 Omega Road, #201
San Ramon, California 94583

Dear Linda:

As you requested, we have analyzed the RF exposure conditions near the Verizon Wireless base station (Site No. 156621 "Berkeley Bekins") proposed to be located at 2721 Shattuck Avenue in Berkeley, California. An electronic copy of our report is enclosed; we recommend that you send a copy of our report to the Nextel representative, at the time you file with the City of Berkeley. Fields in publicly accessible areas at the site are calculated to be well below the applicable limits.

We appreciate the opportunity to be of service and would welcome any questions on this material. Please let me know if we may be of additional assistance.

Sincerely yours,

William F. Hammett

tm

Enclosure

*e-mail:* bhammett@h-e.com
*US Mail:* Box 280068 • San Francisco, California 94128
*Delivery:* 470 Third Street West • Sonoma, California 95476
*Telephone:* 707/996-5200 San Francisco • 707/996-5280 Facsimile • 202/396-5200 D.C.

**Verizon Wireless • Proposed Base Station (Site No. 156621 "Berkeley Bekins")
2721 Shattuck Avenue • Berkeley, California**

## Statement of Hammett & Edison, Inc., Consulting Engineers

The firm of Hammett & Edison, Inc., Consulting Engineers, has been retained on behalf of Verizon Wireless, a personal wireless telecommunications carrier, to evaluate the base station (Site No. 156621) proposed to be located at 2721 Shattuck Avenue in Berkeley, California, for compliance with appropriate guidelines limiting human exposure to radio frequency ("RF") electromagnetic fields.

### Prevailing Exposure Standards

The U.S. Congress requires that the Federal Communications Commission ("FCC") evaluate its actions for possible significant impact on the environment. In Docket 93-62, effective October 15, 1997, the FCC adopted the human exposure limits for field strength and power density recommended in Report No. 86, "Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields," published in 1986 by the Congressionally chartered National Council on Radiation Protection and Measurements ("NCRP"). Separate limits apply for occupational and public exposure conditions, with the latter limits generally five times more restrictive. The more recent Institute of Electrical and Electronics Engineers ("IEEE") Standard C95.1-1999, "Safety Levels with Respect to Human Exposure to Radio Frequency Electromagnetic Fields, 3 kHz to 300 GHz," includes nearly identical exposure limits. A summary of the FCC's exposure limits is shown in Figure 1. These limits apply for continuous exposures and are intended to provide a prudent margin of safety for all persons, regardless of age, gender, size, or health.

The most restrictive limit for exposures of unlimited duration to radio frequency energy for several personal wireless services are as follows:

| Personal Wireless Service | Approx. Frequency | Occupational Limit | Public Limit |
|---|---|---|---|
| Personal Communication ("PCS") | 1,950 MHz | 5.00 mW/cm$^2$ | 1.00 mW/cm$^2$ |
| Cellular Telephone | 870 | 2.90 | 0.58 |
| Specialized Mobile Radio | 855 | 2.85 | 0.57 |
| [most restrictive frequency range] | 30–300 | 1.00 | 0.20 |

### General Facility Requirements

Base stations typically consist of two distinct parts: the electronic transceivers (also called "radios" or "cabinets") that are connected to the traditional wired telephone lines, and the passive antennas that send the wireless signals created by the radios out to be received by individual subscriber units. The transceivers are often located at ground level and are connected to the antennas by coaxial cables about 1 inch thick. Because of the short wavelength of the frequencies assigned by the FCC for wireless services, the antennas require line-of-sight paths for their signals to propagate well and so are installed at some height above ground. The antennas are designed to concentrate their energy toward

**HAMMETT & EDISON, INC.**
CONSULTING ENGINEERS
SAN FRANCISCO

**Verizon Wireless Proposed Base Station (Site No. 156621 "Berkeley Bekins")**
**2721 Shattuck Avenue • Berkeley, California**

the horizon, with very little energy wasted toward the sky or the ground. Along with the low power of such facilities, this means that it is generally not possible for exposure conditions to approach the maximum permissible exposure limits without being physically very near the antennas.

### Computer Modeling Method

The FCC provides direction for determining compliance in its Office of Engineering and Technology Bulletin No. 65, "Evaluating Compliance with FCC-Specified Guidelines for Human Exposure to Radio Frequency Radiation," dated August 1997. Figure 2 attached describes the calculation methodologies, reflecting the facts that a directional antenna's radiation pattern is not fully formed at locations very close by (the "near-field" effect) and that the power level from an energy source decreases with the square of the distance from it (the "inverse square law"). The conservative nature of this method for evaluating exposure conditions has been verified by numerous field tests.

### Site and Facility Description

Based upon information provided by Verizon, including drawings by ATI Architects and Engineers, dated January 17, 2005, it is proposed to mount six Andrew antennas, three Model DB854DG65VTESX directional cellular antennas and three Model 931LG65VTE-B directional PCS antennas, high on the side walls of the four-story building located at 2721 Shattuck Avenue in Berkeley. The antennas would be mounted with 4° downtilt at an effective height of about 56 feet above ground and would be oriented in pairs toward 70°T, 160°T, and 340°T. The maximum effective radiated power in any direction would be 2,600 watts, representing simultaneous operation at 1,200 watts for PCS and 1,400 watts for cellular service.

Proposed to be located above the roof of the same building are similar antennas for use by Nextel SMR, another wireless telecommunications carrier. Nextel reports that it will be using twelve Andrew Model DB844H65E-XY directional antennas mounted at an effective height of about $67^1/_2$ feet above ground, $9^1/_2$ feet above the roof. Those antennas would be oriented in three groups with up to 3° downtilt toward 70°T, 185°T, and 330°T, operating with a maximum effective radiated power in any direction of 210 watts.

### Study Results

For a person anywhere at ground, the maximum ambient RF level due to the proposed Verizon operation by itself is calculated to be 0.0048 mW/cm$^2$, which is 0.81% of the applicable public limit. The maximum calculated cumulative level at ground for the simultaneous operation of both carriers is 0.87% of the public exposure limit; the maximum calculated level on the roof of any nearby building[*]

---

[*]  Located to the east of the subject building, based on aerial photographs from Terraserver.



**HAMMETT & EDISON, INC.**
CONSULTING ENGINEERS
SAN FRANCISCO

VW156621593
Page 2 of 4

Verizon Wireless • Proposed Base Station (Site No. 156621 "Berkeley Bekins")
2721 Shattuck Avenue • Berkeley, California

is 2.6% of the public exposure limit. The maximum calculated level on the roof of the subject building is 73% of the public exposure limit. It should be noted that these results include several "worst-case" assumptions and therefore are expected to overstate actual power density levels.

### Recommended Mitigation Measures

Since they are to be mounted high on the building, the Verizon antennas are not accessible to the general public, and so no mitigation measures are necessary to comply with the FCC public exposure guidelines. To prevent occupational exposures in excess of the FCC guidelines, no access within 8 feet in front of the Verizon antennas themselves, such as might occur during building maintenance activities, should be allowed while the site is in operation, unless other measures can be demonstrated to ensure that occupational protection requirements are met. Posting explanatory warning signs[†] at roof access location(s) and at the antennas, such that the signs would be readily visible from any angle of approach to persons who might need to work within that distance, would be sufficient to meet FCC-adopted guidelines. Similar measures have been recommended for the other carrier at the site; applicable keep-back distances have not been determined as part of this study.

### Conclusion

Based on the information and analysis above, it is the undersigned's professional opinion that the base station proposed by Verizon Wireless at 2721 Shattuck Avenue in Berkeley, California, can comply with the prevailing standards for limiting human exposure to radio frequency energy and, therefore, need not for this reason cause a significant impact on the environment. The highest calculated level in publicly accessible areas is much less than the prevailing standards allow for exposures of unlimited duration. This finding is consistent with measurements of actual exposure conditions taken at other operating base stations.

---

[†]  Warning signs should comply with ANSI C95.2 color, symbol, and content conventions. In addition, contact information should be provided (e.g., a telephone number) to arrange for access to restricted areas. The selection of language(s) is not an engineering matter, and guidance from the landlord, local zoning or health authority, or appropriate professionals may be required.

 **HAMMETT & EDISON, INC.**
CONSULTING ENGINEERS
SAN FRANCISCO

**Verizon Wireless • Proposed Base Station (Site No. 1566 "Berkeley Bekins")**
**2721 Shattuck Avenue • Berkeley, California**

### Authorship

The undersigned author of this statement is a qualified Professional Engineer, holding California Registration Nos. E-13026 and M-20676, which expire on June 30, 2005. This work has been carried out by him or under his direction, and all statements are true and correct of his own knowledge except, where noted, when data has been supplied by others, which data he believes to be correct.



William F. Hammett, P.E.

March 4, 2005



**HAMMETT & EDISON, INC.**
CONSULTING ENGINEERS
SAN FRANCISCO

VW156621593
Page 4 of 4

### FCC Radio Frequency Protection Guidelines

The U.S. Congress required (1996 Telecom Act) the Federal Communications Commission ("FCC") to adopt a nationwide human exposure standard to ensure that its licensees do not, cumulatively, have a significant impact on the environment. The FCC adopted the limits from Report No. 86, "Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields," published in 1986 by the Congressionally chartered National Council on Radiation Protection and Measurements, which are nearly identical to the more recent Institute of Electrical and Electronics Engineers Standard C95.1-1999, "Safety Levels with Respect to Human Exposure to Radio Frequency Electromagnetic Fields, 3 kHz to 300 GHz." These limits apply for continuous exposures from all sources and are intended to provide a prudent margin of safety for all persons, regardless of age, gender, size, or health.

As shown in the table and chart below, separate limits apply for occupational and public exposure conditions, with the latter limits (in *italics* and/or dashed) up to five times more restrictive:

| Frequency | Electromagnetic Fields (f is frequency of emission in MHz) | | | | | |
|---|---|---|---|---|---|---|
| Applicable Range (MHz) | Electric Field Strength (V/m) | | Magnetic Field Strength (A/m) | | Equivalent Far-Field Power Density (mW/cm$^2$) | |
| 0.3 – 1.34 | 614 | *614* | 1.63 | *1.63* | 100 | *100* |
| 1.34 – 3.0 | 614 | *823.8/f* | 1.63 | *2.19/f* | 100 | *180/f$^2$* |
| 3.0 – 30 | 1842/f | *823.8/f* | 4.89/f | *2.19/f* | 900/f$^2$ | *180/f$^2$* |
| 30 – 300 | 61.4 | *27.5* | 0.163 | *0.0729* | 1.0 | *0.2* |
| 300 – 1,500 | 3.54√f | *1.59√f* | √f/106 | *√f/238* | f/300 | *f/1500* |
| 1,500 – 100,000 | 137 | *61.4* | 0.364 | *0.163* | 5.0 | *1.0* |



Higher levels are allowed for short periods of time, such that total exposure levels averaged over six or thirty minutes, for occupational or public settings, respectively, do not exceed the limits, and higher levels also are allowed for exposures to small areas, such that the spatially averaged levels do not exceed the limits. However, neither of these allowances is incorporated in the conservative calculation formulas in the FCC Office of Engineering and Technology Bulletin No. 65 (August 1997) for projecting field levels. Hammett & Edison has built those formulas into a proprietary program that calculates, at each location on an arbitrary rectangular grid, the total expected power density from any number of individual radio sources. The program allows for the description of buildings and uneven terrain, if required to obtain more accurate projections.



**HAMMETT & EDISON, INC.**
CONSULTING ENGINEERS
SAN FRANCISCO

FCC Guidelines
Figure 1

## FR.CALC™ Calculation Methodology

### Assessment by Calculation of Compliance with FCC Exposure Guidelines

The U.S. Congress required (1996 Telecom Act) the Federal Communications Commission ("FCC") to adopt a nationwide human exposure standard to ensure that its licensees do not, cumulatively, have a significant impact on the environment. The maximum permissible exposure limits adopted by the FCC (see Figure 1) apply for continuous exposures from all sources and are intended to provide a prudent margin of safety for all persons, regardless of age, gender, size, or health. Higher levels are allowed for short periods of time, such that total exposure levels averaged over six or thirty minutes, for occupational or public settings, respectively, do not exceed the limits.

**Near Field.**
Prediction methods have been developed for the near field zone of panel (directional) and whip (omnidirectional) antennas, typical at wireless telecommunications cell sites. The near field zone is defined by the distance, D, from an antenna beyond which the manufacturer's published, far field antenna patterns will be fully formed; the near field may exist for increasing D until some or all of three conditions have been met:

$$1) \ D > \frac{2h^2}{\lambda} \qquad 2) \ D > 5h \qquad 3) \ D > 1.6\lambda$$

where $h$ = aperture height of the antenna, in meters, and
$\lambda$ = wavelength of the transmitted signal, in meters.

The FCC Office of Engineering and Technology Bulletin No. 65 (August 1997) gives this formula for calculating power density in the near field zone about an individual RF source:

$$\text{power density} \ S = \frac{180}{\theta_{BW}} \times \frac{0.1 \times P_{net}}{\pi \times D \times h}, \ \text{in mW/cm}^2,$$

where $\theta_{BW}$ = half-power beamwidth of antenna, in degrees, and
$P_{net}$ = net power input to the antenna, in watts.

The factor of 0.1 in the numerator converts to the desired units of power density. This formula has been built into a proprietary program that calculates distances to FCC public and occupational limits.

**Far Field.**
OET-65 gives this formula for calculating power density in the far field of an individual RF source:

$$\text{power density} \ S = \frac{2.56 \times 1.64 \times 100 \times RFF^2 \times ERP}{4 \times \pi \times D^2}, \ \text{in mW/cm}^2,$$

where ERP = total ERP (all polarizations), in kilowatts,
RFF = relative field factor at the direction to the actual point of calculation, and
D = distance from the center of radiation to the point of calculation, in meters.

The factor of 2.56 accounts for the increase in power density due to ground reflection, assuming a reflection coefficient of 1.6 (1.6 x 1.6 = 2.56). The factor of 1.64 is the gain of a half-wave dipole relative to an isotropic radiator. The factor of 100 in the numerator converts to the desired units of power density. This formula has been built into a proprietary program that calculates, at each location on an arbitrary rectangular grid, the total expected power density from any number of individual radiation sources. The program also allows for the description of uneven terrain in the vicinity, to obtain more accurate projections.


HAMMETT & EDISON, INC.
CONSULTING ENGINEERS
SAN FRANCISCO

Methodology
Figure 2

RECEIVED

MAR 08 2005

LAND USE PLANNING

United States of America

Federal Communications Commission

# RADIO STATION AUTHORIZATION

Cellular Radiotelephone Service



GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP
245 PERIMETER CENTER PARKWAY
ATLANTA, GA 30346

Call Sign: KNKA211

File Number: 03283-CL-ML-98

Market: 0027    Channel Block:B-1    SID: 0040

Market Name:    SAN JOSE, CALIFORNIA

The Licensee hereof is authorized, for the period indicated, to operate a radio transmitting station in accordance
with the terms and conditions hereinafter described. This authorization is subject to the provisions of the
Communications Act of 1934, as amended, subsequent Acts of Congress, international treaties and agreements
to which the United States is a signatory, and all pertinent rules and regulations of the Federal Communications
Commission, contained in Title 47 of the Code of Federal Regulations.

Initial Grant Date.................................................................**March 12, 1986**

Expiration Date...................................................................**May 16, 2005**

## WAIVERS / CONDITIONS:

Pursuant to Section 309(h) of the Communications Act 1934, as amended, (47 U.S.C. § 309(h)), this authorization
is subject to the following conditions: (1) This authorization does not vest in the licensee any right to operate a station nor
any right in the use of the electromagnetic spectrum designated herein beyond the term thereof nor in any other manner
than authorized herein. (2) Neither this license nor the right granted thereunder shall be assigned or otherwise transferred
in violation of the Communications Act of 1934, as amended (47 U.S.C. § 151,  et. seq). (3) This authorization is subject in
terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended
(47 U.S.C. § 606).

This authorization does not convey to the licensee the right to receive protection from the capture of subscriber
traffic, co-channel interference or first-adjacent-channel interference in any area outside of the authorized cellular
geographic service area (CGSA) of the system. Moreover, any facility authorized herein with a service area
boundary (SAB) extending into the CGSA of any other operating cellular system on the same channel block,
regardless of when such other cellular system was authorized, is subject to the following condition: In the event that the
licensee of the other cellular system requests that the SAB of the facilities authorized herein be removed from its
CGSA, the licensee herein must reduce transmitting power or antenna height (or both) as necessary to remove the
SAB from the CGSA, unless written consent from the licensee of the other cellular system, allowing the SAB
extension to remain, is obtained.

Issued by PAL on Thursday July 30, 1998

FCC Form 463A

07/11/03  11:13 FAX 925 210 3667    VERIZON WIRELESS    @001

2721 Shattuc - Equipment Inventory (Item L)

| | Modcell 4.0 Indoor, Argus Vista Power Bay and Batteries | | | |
|---|---|---|---|---|
| | **Equipment type** | **Dimensions (WxDxH)** | **Weight (lbs)** | |
| 1) | Argus Vista 2000A Power Bay (Fully Loaded) | 28.75" X 18.75" X 84" | 875 | |
| 2) | Douglas DSN-1610Ah | 41.56" X 28.5" X 46.16" | 3684 | |
| 3) | Misc Bay | 20.5" X 15" X 84" | 400 | |
| 4) | 850 Modcell #1 (Primary) Indoor | 24" X 28.5" X 74" | 745 | |
| 5) | 850 Modcell #2 (Growth) Indoor | 24" X 24" X 74" | 745 | |
| 6) | 850 Modcell #3 (Growth) Indoor | 24" X 24" X 74" | 745 | |
| 7) | PCS Modcell #1 (Primary) Indoor | 24" X 28.5" X 74" | 745 | |
| 8) | PCS Modcell #2 (Primary) Indoor | 24" X 24" X 74" | 745 | |
| 9) | XTA-0 | 26" X 20" X 74" | 1100 | |
| 10) | XTA-1 | 26" X 20" X 74" | 1100 | |
| | **Total Equipment Weight:** | | | 10884 |

| | Modcell 4.0 Outdoor | | | |
|---|---|---|---|---|
| | **Equipment type** | **Dimensions (WxDxH)** | **Weight (lbs)** | |
| 1) | Misc Bay | 24" X 24" X 60" | 400 | |
| 2) | 850 Battery Cabinet (WNG24BC – 1500Ah) | 35.5" X 31" X 72" | 3000 | |
| 3) | 850 Modcell #1 (Primary) Outdoor | 35.5" X 40" X 72" | 1190 | |
| 4) | 850 Modcell #2 (Growth) Outdoor | 35.5" X 40" X 72" | 1190 | |
| 5) | 850 Modcell #3 (Growth) Outdoor | 35.5" X 40" X 72" | 1190 | |
| 6) | PCS Battery Cabinet (WNG24BC – 1500Ah) | 35.5" X 31" X 72" | 3000 | |
| 7) | PCS Modcell #1 (Primary) Outdoor | 35.5" X 40" X 72" | 1190 | |
| 8) | PCS Modcell #2 (Primary) Outdoor | 35.5" X 40" X 72" | 1190 | |
| | **Total Equipment Weight:** | | | 12350 |

RECEIVED

MAR 03 2005

LAND USE PLANNING

Alex Angkham          Modcell 4.0 (Indoor-Outdoor) Equipment Fact Sheet Rev 0          11/11/2003

- 33 -



Existing

close up view

RECEIVED
MAR 09 2005
LAND USE PLANNING

**verizon**
site # 156621

Berkeley Bekins
2721 Shattuck Avenue
Berkeley , CA 94706

view from Ward Street looking west at site

Proposed

proposed Nextel installation
(pending approval)

proposed Verizon
antennas

proposed Verizon
antennas

close up view

AdvanceSim
Photo Simulation Solutions
Contact ( 925 ) 202-8507



Existing

close up view

Proposed

proposed Nextel installation
(pending approval)

proposed Verizon
antennas

close up view

**Berkeley Bekins**
2721 Shattuck Avenue
Berkeley, CA 94706

site # 156621

view from Shattuck Avenue looking south at site



AdvanceSim
Photo Simulation Solutions
Contact ( 925 ) 202-8507





Front of 2721 Shattuck. No antennas proposed by Verizon at front.



2721 Shattuck: View from Stuart Street between Shattuck and Adeline



2721 Shattuck: View from Stuart Street from Median between Adeline St.



2721 Shattuck: 2nd View from Stuart Street @ Adeline Median



2721: View from Shattuck & Porter



2721 Shattuck: View from Ward & Walker Streets.



2721 Shattuck: View from adjacent residences at Shuart St.



# verizon wireless

## BERKELEY BEKINS

### SITE NO. 156621

2721 SHATTUCK AVE
BERKELEY, CA 94705

## GENERAL NOTES (3)

1. THE FACILITY IS AN UNOCCUPIED MOBILE RADIO FACILITY.
2. PLANS ARE NOT TO BE SCALED. THESE PLANS ARE INTENDED TO BE A DIAGRAMMATIC OUTLINE ONLY UNLESS OTHERWISE NOTED. THE WORK SHALL INCLUDE FURNISHING MATERIALS, EQUIPMENT AND APPURTENANCES, AND LABOR NECESSARY TO EFFECT ALL INSTALLATIONS AS INDICATED ON THE DRAWINGS.
3. INSTALL ALL EQUIPMENT AND MATERIALS IN ACCORDANCE WITH MANUFACTURERS RECOMMENDATIONS UNLESS SPECIFICALLY OTHERWISE INDICATED OR WHERE LOCAL CODES OR REGULATIONS TAKE PRECEDENCE.
4. CONTRACTOR SHALL NOTIFY PROJECT MANAGER OF ALL PRODUCTS OR ITEMS NOTED AS "EXISTING" WHICH ARE NOT FOUND TO BE IN THE FIELD.
5. ALL WORK PERFORMED AND MATERIALS INSTALLED SHALL BE IN STRICT ACCORDANCE, AS A MINIMUM STANDARD, WITH ALL APPLICABLE CODES, REGULATIONS AND ORDINANCES HAVING JURISDICTION. CONTRACTOR SHALL GIVE ALL NOTICES AND COMPLY WITH ALL LAWS, ORDINANCES, RULES, REGULATIONS AND LAWFUL ORDERS OF ANY PUBLIC AUTHORITY BEARING ON THE PERFORMANCE OF THE WORK. ELECTRICAL SYSTEMS SHALL BE INSTALLED IN ACCORDANCE WITH ALL APPLICABLE MUNICIPAL CODES, NATIONAL ELECTRIC CODE, AND UTILITY COMPANY SPECIFICATIONS, AND LOCAL AND STATE JURISDICTIONAL CODES, ORDINANCES AND APPLICABLE REGULATIONS.
6. SEAL PENETRATIONS THROUGH FIRE RATED AREAS WITH U.L. LISTED AND FIRE CODE APPROVED MATERIALS.
7. ALL CONSTRUCTION SHALL BE IN ACCORDANCE WITH CHAPTER 16 OF THE UNIFORM BUILDING CODE REGARDING EARTHQUAKE PROVISIONS FOR PIPING, LIGHT FIXTURES, CEILING GRID, INTERIOR PARTITIONS AND MECHANICAL EQUIPMENT. ALL WORK MUST BE IN ACCORDANCE WITH LOCAL EARTHQUAKE CODES AND REGULATIONS.

**NOTE:**

ALL POWER AND TELEPHONE UTILITIES REQUIRED FOR SITE SERVICE ARE LOCATED WITHIN THE ADJACENT PARCEL.

## ABBREVIATIONS (2)

| | | | | | |
|---|---|---|---|---|---|
| A.B. | ANCHOR BOLT | F.O.C. | FACE OF CONCRETE | SPEC. | SPECIFICATION(S) |
| ABV. | ABOVE | F.O.M. | FACE OF MASONRY | SQ. | SQUARE |
| ACCA | ANTENNA CABLE COVER ASSEMBLY | F.O.S. | FACE OF STUD | S.S. | STAINLESS STEEL |
| ADD'L | ADDITIONAL | F.O.W. | FACE OF WALL | S.S.D. | SEE STRUCTURAL DRAWINGS |
| A.F.F. | ABOVE FINISHED FLOOR | F.S. | FINISH SURFACE | STD. | STANDARD |
| A.F.G. | ABOVE FINISHED GRADE | FT.(') | FOOT(FEET) | STL. | STEEL |
| A.G.L. | ABOVE GROUND LEVEL | FTG. | FOOTING | STRUC. | STRUCTURAL |
| ALUM. | ALUMINUM | GR. | GROWTH (CABINET) | T.B.D. | TO BE DETERMINED |
| ALT. | ALTERNATE | GA. | GAUGE | TEMP. | TEMPORARY |
| ANT. | ANTENNA | GL. | GALVANIZED | THK. | THICKNESS |
| APPRX. | APPROXIMATE(LY) | GFCI | GROUND FAULT CIRCUIT INTERRUPTER | T.N. | TOE NAIL |
| ARCH. | ARCHITECTURAL | GLB (GLU-LAM) | GLUE LAMINATED BEAM | T.O.A. | TOP OF ANTENNA |
| AWG. | AMERICAN WIRE GAUGE | GPS | GLOBAL POSITIONING SYSTEM | T.O.C. | TOP OF CURB |
| BCW. | BARE COPPER WIRE | GRND. | GROUND | T.O.P. | TOP OF PLATE (PARAPET) |
| BLDG. | BUILDING | HDR. | HEADER | T.O.S. | TOP OF STEEL |
| BLK. | BLOCK | HGR. | HANGER | T.O.W. | TOP OF WALL |
| BLKG. | BLOCKING | HT. | HEIGHT | TYP. | TYPICAL |
| BM. | BEAM | ICGB | ISOLATED COPPER GROUND BUS | UG. | UNDERGROUND |
| B.N. | BOUNDARY NAILING | IN.(") | INCH(ES) | U.L. | UNDERWRITERS LABORATORY |
| B.O.F. | BOTTOM OF FOOTING | INT. | INTERIOR | U.N.O. | UNLESS NOTED OTHERWISE |
| B/U | BACK-UP CABINET | LB.(#) | POUND(S) | V.I.F. | VERIFY IN FIELD |
| CAB. | CABINET | L.B. | LAG BOLTS | W | WIDE(WIDTH) |
| CANT. | CANTILEVER(ED) | L.F. | LINEAR FEET (FOOT) | W/ | WITH |
| C.I.P. | CAST IN PLACE | L | LONGITUDINAL | WD. | WOOD |
| CLG. | CEILING | MAS. | MASONRY | W.P. | WEATHERPROOF |
| CLR. | CLEAR | MAX. | MAXIMUM | WT. | WEIGHT |
| COL. | COLUMN | M.B. | MACHINE BOLT | XFMR | TRANSFORMER |
| CONC. | CONCRETE | MECH. | MECHANICAL | ℄ | CENTERLINE |
| CONN. | CONNECTION(OR) | MFR. | MANUFACTURER | PL | PLATE |
| CONST. | CONSTRUCTION | MIN. | MINIMUM | AZ. | AZIMUTH |
| CONT. | CONTINUOUS | MISC. | MISCELLANEOUS | | |
| d | PENNY (NAILS) | MTL. | METAL | | |
| DBL. | DOUBLE | (N) | NEW | | |
| DEPT. | DEPARTMENT | NO.(#) | NUMBER | | |
| D.F. | DOUGLAS FIR | N.T.S. | NOT TO SCALE | | |
| DIA. | DIAMETER | O.C. | ON CENTER | | |
| DIAG. | DIAGONAL | OPNG. | OPENING | | |
| DIM. | DIMENSION | P/C | PRECAST CONCRETE | | |
| DWG. | DRAWING(S) | PCS | PERSONAL COMMUNICATION SERVICES | | |
| DWL. | DOWEL(S) | PLY. | PLYWOOD | | |
| EA. | EACH | POC | POINT OF CONNECTION | | |
| EL. | ELEVATION | PPC | POWER PROTECTION CABINET | | |
| ELEC. | ELECTRICAL | PRC | PRIMARY RADIO CABINET | | |
| ELEV. | ELEVATOR | P.S.F. | POUNDS PER SQUARE FOOT | | |
| EMT. | ELECTRICAL METALLIC TUBING | P.S.I. | POUNDS PER SQUARE INCH | | |
| E.N. | EDGE NAIL | P.T. | PRESSURE TREATED | | |
| ENG. | ENGINEER | PWR. | POWER (CABINET) | | |
| EQ. | EQUAL | QTY. | QUANTITY | | |
| EXP. | EXPANSION | RAD.(R) | RADIUS | | |
| EXST.(E) | EXISTING | REF. | REFERENCE | | |
| EXT. | EXTERIOR | REINF. | REINFORCEMENT(ING) | | |
| FAB. | FABRICATION(OR) | REQ'D. | REQUIRED | | |
| F.F. | FINISH FLOOR | RGS. | RIGID GALVANIZED STEEL | | |
| F.G. | FINISH GRADE | SCH. | SCHEDULE | | |
| FIN. | FINISH(ED) | S.E.D. | SEE ELECTRICAL DRAWINGS | | |
| FLR. | FLOOR | SHT. | SHEET | | |
| FDN. | FOUNDATION | SIM. | SIMILAR | | |
| | | SP. | SERVICE PANEL | | |

## LEGEND (1)

- NEW ANTENNA
- EXISTING ANTENNA
- GROUND ROD
- GROUND BUS BAR
- MECHANICAL GRND. CONNECTION
- CADWELD
- CHRISTY BOX
- ELECTRIC BOX
- LIGHT POLE
- FND. MONUMENT
- SPOT ELEVATION
- SET POINT
- REVISION
- GRID REFERENCE
- DETAIL REFERENCE
- ELEVATION REFERENCE
- SECTION REFERENCE
- MATCH LINE
- WORK POINT
- GROUT OR PLASTER
- (E) BRICK
- (E) MASONRY
- CONCRETE
- EARTH
- GRAVEL
- PLYWOOD
- SAND
- WOOD CONT.
- WOOD BLOCKING
- STEEL
- CENTERLINE
- PROPERTY/LEASE LINE
- GROUND CONDUCTOR
- TELEPHONE CONDUIT
- ELECTRICAL CONDUIT
- COAXIAL CABLE
- MECHANICAL
- OVERHEAD SERVICE CONDUCTORS
- CHAIN LINK FENCING
- PRIMARY VOLTAGE ELECTRICAL CONDUIT
- JOINT TRENCH (ELECTRIC/TELCO)

(E) PARAPET WALL
DIRECTIONAL ANTENNA PANEL (PAINTED TO MATCH)
ADJUSTABLE DOWNTILT BRACKET TO MATCH
VERTICAL ANTENNA SUPPORT PIPE (PAINTED TO MATCH)
(E) STUCCO WALL
(E) BLDG. EXTERIOR WALL

## VERIZON WIRELESS ANTENNA DETAIL (5)

VERIZON WIRELESS GPS ANTENNA (PAINT TO MATCH)
1-1/4" Ø PIPE
TOP OF PARAPET
CABLE TO PIPE CONNECTOR
CONTINUOUS BEAD OF SILICONE SEALANT
CONDUIT CLAMP
(E) PARAPET WALL
1/2" Ø COAXIAL CABLE
COPPER ISOLATED GROUND BUS
(E) EXTERIOR

## GPS ANTENNA DETAIL (4)

ATI

verizon wireless

BERKELEY BEKINS
SITE NO. 15682
2721 SHATTUCK AVE
BERKELEY, CA 94705
ALAMEDA COUNTY

| APPROVALS | |
|---|---|
| LEASING: | DATE: |
| ZONING: | DATE: |
| RF ENGINEER: | DATE: |
| CONSTRUCTION: | DATE: |
| EQUIP. ENGR: | DATE: |
| OWNER: | DATE: |

| | |
|---|---|
| SITE NO | 138621 |
| APPROVED BY | MS |
| DRAWN BY | RD |
| CHECKED BY | SA |

| NO | DATE | ISSUE |
|---|---|---|
| 1 | 12/22/04 | ZD REVIEW |
| 2 | 01/17/05 | ZD SUBMITTAL |

SHEET TITLE: LEGEND, ABBREVIATIONS, AND GENERAL NOTES

SHEET NUMBER: T-2

COMPANY JOB NO. CA0214





















Verizon Wireless "Berkeley Bekins"
Existing Coverage

Green = In-Building Coverage
Yellow = On-Street Coverage
Red = Marginal/Dropped Calls

Dark Blue = On-Air
Light Blue = Approved
Pink = Proposed



Verizon Wireless "Berkeley Bekins"
Proposed Coverage

Green = In-Building Coverage
Yellow = On-Street Coverage
Red = Marginal/Dropped Calls

Dark Blue = On-Air
Light Blue = Approved
Pink = Proposed