# EXHIBIT B



Planning and Development
Land Use Division
Design Review Committee

# DESIGN REVIEW COMMITTEE MEETING-AGENDA
## Thursday July 21, 2005 AT 7:30 PM
## NORTH BERKELEY SENIOR CENTER
## 1901 HEARST AVENUE, Workshop B
## Berkeley, CA 94704
### Wheelchair Accessible

**PUBLIC INFORMATION**

The packet for this (and future) Design Review Committee meeting is available for review at the Berkeley Library main branch at 2090 Kittredge Street.

To request a meeting agenda in large print, Braille, or on cassette, or to request a sign interpreter for the meeting, call the city clerk's office at 981-6900 (voice) or 981-6903 (ttd): at least five (5) working days prior to the meeting in order to ensure availability.

The time limit within which to commence any lawsuit or legal challenge related to the applications is governed by section 1094.6 of the code of civil procedure, unless a shorter limitations period is specified by any other provision. Under section 1094.6, any lawsuit or legal challenge to any quasi-adjudicative decision made by the city must be filed no later than the 90th day following the date on which such decision becomes final. Any lawsuit or legal challenge which is not filed within that 90-day period will be barred.

*Please refrain from wearing scented products to public meetings.*

**AGENDA**

I.  **ROLL CALL**

II. **PUBLIC COMMENTS AND COMMITTEE MEMBER COMMENTS**

The applicant and or their designee will have five to ten minutes to make a presentation of their project to the Committee. The public is also invited to make a public comment if they wish. To do so, you should fill out a speaker card before the meeting starts and give it to the Secretary of the Committee. Please be advised that the Committee may limit the number of speakers and the length of time allowed to each speaker (three minutes is the usual amount of time allowed). The public is also encouraged to submit their comments and or testimony in writing at which time it will become a part of the public record. CONTACT PERSON: Anne Burns, (510) 981-7415.

III. **RE-ARRANGEMENT OF AGENDA ORDER**

Due to the large volume of projects, and the limited amount of time available to hear each project, the Design Review Committee has the right to re-arrange the order of the agenda in order to accommodate the projects that will not require a lot of time.

*The next Design Review Committee meeting will be held on Thursday, August 18, 2005.*

Design Review Committee  Thursday July 21, 2005
Page 2

IV. **PROJECTS**

1. **1535 UNIVERSITY AVENUE (DR#05-30000054): Final Design Review** of a 4-story 81,050 square foot mixed use building with 80 dwelling units. A total of 6,683 square feet of open space and 30 parking spaces are proposed. *For Committee decision.*

2. **3132 MARTIN LUTHER KING, JR. WAY (DR#835): Continued Review of Modification** of a 4-story mixed use building with residential above lodge space on the ground floor. *For Committee decision.*

3. **2721 SHATTUCK AVENUE (DR#05-30000018): Preliminary Design Review** of new Verizon wireless antenna installation. *For majority recommendations.*

4. **2721 SHATTUCK AVENUE (DR#04-30000050): Preliminary Design Review** of new Nextel wireless antenna installation. *For majority recommendations.*

5. **2424 RIDGE ROAD (DR#05-30000034): Preliminary Design Review** of alterations related to seismic and accessibility upgrades to existing 55,831 square foot mixed use building. *For majority recommendations.*

6. **1441 FAIRVIEW STREET (DR#05-30000023): Preliminary Design Review** of a 3 unit, 3,659 square foot condominium building replacing an existing single family residence to be demolished. *For majority recommendations.*

V. **BUSINESS MATTERS**

VI. **ADJOURN**

g:\boards & commissions\drc\agenda\2005\july_final.doc



Planning and Development
Department
Current Planning Division

**ACTION SUMMARY FOR**
**DESIGN REVIEW COMMITTEE MEETING**
July 21, 2005
7:30 PM

| BLAKE, D. | P |
|---|---|
| EDWARDS, B. | P |
| ALLEN, B. | P |
| SNIPPEN, D. | P |

| LUDLOW, R | P |
|---|---|
| OLSON, C. | P |
| MCCULLOCH, C | A |

**DRAFT**

IV. **PROJECTS**

1. **1535 UNIVERSITY AVENUE (DR#05-30000054): Final Design Review** of a 4-story 81,050 square foot mixed use building with 80 dwelling units. A total of 6,683 square feet of open space and 30 parking spaces are proposed. *For Committee decision.*

   *Final Design Review for all aspects of the building design was approved (6-Y, 0-N, 0-abstain) with the following conditions:*

   - *Stain on Hardipanel is too somber and should be lighter.*
   - *Board-formed concrete should be a richer color - closer to the roof tile.*
   - *Window trim should be lighter to be compatible with the other color changes.*
   - *Consider adding some variety to the hardipanel - such as lightening on the 3rd floor, or lightening overall with accents for variety.*
   - *Summary on Hardipanel: lighter, warmer, and add some variety.*
   - *There is concern with the detail at the front edge. Slab should slope at elevation of 2nd floor deck. When covering slab at front, build-up if necessary.*
   - *Staff to review typeface on signage, and will review with selected Committee members as necessary. Times Roman and Helvetica are not recommended.*
   - *Proposed street tree locations and species have been coordinated with the City Forester. Staff will confirm.*

   *Final Design Review on tile art elements was approved (6-Y, 0-N, 0-abstain) with the following conditions:*

   - *Tile should return at main entry piers. Creating a frame of accent tiles is suggested, rather than an extension of the art image.*
   - *Art and building colors should be more compatible. Modify building and art colors as necessary. Applicant to work with Staff with assistance from selected Committee members as necessary. Artist should bring actual glaze samples for this review.*

2. **3132 MARTIN LUTHER KING, JR. WAY (DR#835): Continued Review of Modification** of a 4-story mixed use building with residential above lodge space on the

**Design Review Committee**
**Action Summary for July 21, 2005**                                      Page 2 of 2

ground floor. *For Committee decision.*

*Favorable recommendation forwarded to the ZAB for Continued Preliminary Design Review with the following comments (6-Y, 0-N, 0-abstain):*

- *Final colors, landscape plan, and railing details to be presented at Final Design Review.*
- *There is concern that the proposed white stucco will show dirt easily. Consider another color.*
- *There is concern that the proposed aluminum railing is not robust enough for this application. Consider a sturdier metal railing.*
- *Ensure that railing design is not easily climbable by children.*
- *White railings, fence, and trellis is too suburban.*
- *Provide more detail on the downspouts.*

3. **2721 SHATTUCK AVENUE (DR#05-30000018): Preliminary Design Review** of new Verizon wireless antenna installation. *For majority recommendations.*

*Favorable recommendation was forwarded to ZAB (5-Y, 0-N, 1-abstain) with the following conditions:*

- *Committee would like applicant to consider vertical shaft routed internally instead of on east elevation. Applicant to supply documentation to ZAB. (1 dissent)*
- *Condensers to be located on the roof to resolve issues with louvers and possible noise on Ward St.*
- *If cabling remains on the east elevation as proposed, any cable trays (including other carriers) should be grouped and run through the parapet, not over it.*

4. **2721 SHATTUCK AVENUE (DR#04-30000050): Preliminary Design Review** of new Nextel wireless antenna installation. *For majority recommendations.*

*Favorable recommendation was forwarded to ZAB (5-Y, 0-N, 1-abstain) with the following conditions:*

- *Committee would like applicant to consider vertical shaft routed internally instead of on east elevation. Applicant to supply documentation to ZAB. (1 dissent)*
- *Condensers to be located on the roof to resolve issues with louvers and possible noise on Ward St.*
- *If cabling remains on the east elevation as proposed, any cable trays (including other carriers) should be grouped and run through the parapet, not over it.*
- *Screens on penthouse to run down to roof deck instead of just below antennas.*
- *Applicant presented project with proposal to route cable tray internally from equipment room to east elevation so that it would not be exposed on Ward Street.*

5. **2424 RIDGE ROAD (DR#05-30000034): Preliminary Design Review** of alterations related to seismic and accessibility upgrades to existing 55,831 square foot mixed use building. *For majority recommendations.*

*Favorable Recommendation forwarded to ZAB for Preliminary Design Review of the elevator tower with no comments or conditions (6-Y, 0-N, 0-abstain).*

Design Review Committee
Action Summary for July 21, 2005                                                   Page 3 of 3

*Favorable Recommendation forwarded to ZAB for Preliminary Design Review of the facade renovation (5-Y, 0-N, 1-abstain) with the following recommendations:*

- *"Basket" option (Slats 2) is preferred. The varying horizontal members help by breaking up the heavy mass of the building.*
- *Look at colors and textures in the neighborhood when selecting color palette. Committee has concerns with yellows and greens as proposed.*
- *A mural may be too busy for this building.*
- *Now is the time to investigate any long-term program for the building.*

6. **1441 FAIRVIEW STREET (DR#05-30000023): Preliminary Design Review** of a 3 unit, 3,659 square foot condominium building replacing an existing single family residence to be demolished. *For majority recommendations.*

*Favorable recommendation forwarded to the ZAB (6-Y, 0-N, 0-abstain) for Preliminary Design Review as presented. Final Design Review is deferred to Staff with assistance from selected Committee members as necessary.*

V.   **BUSINESS MATTERS**


VI.  **COMMUNICATIONS**

Meeting adjourned: 12:15 am


g:\boards & commissions\drc\agenda\2005\july-summary.doc



3860 Blackhawk Road
Danville, CA 94506
T: 925.648.8800
F: 925.648.8817

2510 Douglas Boulevard #400
Roseville, CA 95661
T. 916.772.1900
F: 916.772.1920

3500 Glen Canyon Road, #3
Scotts Valley, CA 95066
T. 831.431.2220
F: 831.431.2230

1931-H Newport Boulevard
Costa Mesa, CA 92627
T. 949.764.9200
F. 949.515.0070

August 1, 2005

Verizon Wireless
Site name: Berkeley Bekins
Site No. 156621
2721 Shattuck Avenue
Berkeley, CA 94705

Subject:   Verizon Wireless vertical coax run from ground equipment to roof antennas

To: Linda Spranz,

On July 26th, 2005 I met with the Verizon construction manager Mark Casey and discussed considerations for a coax route from the new ground mounted Verizon Wireless equipment cabinets to the roof mounted antennas for this location. After the initial site walk on November 24, 2004 we explored options for the coax routing. An old abandoned chimney was discovered during the site walk but is much too small to use (6" x 12") for Verizon Wireless needs.
We observed that the use for this entire structure is storage Group S-2. Occupation of every square foot within the five floors is storage space. For the 5-story building, every floor has storage spaces either in a stacked fashion, and various size walk-in widths. Storage spaces are not consistent in size from one story to the next eliminating a clear vertical corridor.
A one-hour fire rating will be required to enclose the coax chase through the interior building floors and as an enclosed shaft with metal studs and gypsum sheathing on each floor. For the Verizon equipment a space of 18"x 24" will be required through the existing concrete floors for coax penetrations. For a one hour rating add an additional 5" wall to enclose the coax creating 10 additional inches increasing the new vertical story shaft to 28" x 34" (outside dimensions). It will be intrusive to the existing storage occupants for this space. I understand that Nextel Communications will also be required to run their coax through the same new coax corridor. So a consideration of doubling the coax shaft to
51"± by 63"± (outside dimensions) may be required based on Nextel's needs at this location.
The only clear vertical corridor within the building interior is at the helical staircase, elevator shaft and exterior. As we know the elevator shaft is off limits. The corner of the stairs would be the other option but in this building a helical concrete staircase serves as the egress of all floors. The shape of the helical stairs does not allow for any corner area usually used for utility runs.
The exterior area between the lower storage building and the five-story building on the east wall creates the best coax from a fire, and space management view. This cable chase would be painted to match the existing building.
Thank you for your comments. Please feel free to contact me at any time for any comments or concerns at 925-648-8800.
Sincerely,



Mark E. Sorenson P.E.
Telecom Division Manager

*"Providing One-Stop Practical Solutions with Velocity"*

BEK000779

**ILLINGWORTH & RODKIN, INC.**
**Acoustics • Air Quality**

505 Petaluma Boulevard South
Petaluma, California 94952

Tel: 707-766-7700                                    Fax: 707-766-7790
www.Illingworthrodkin.com                    illro@illingworthrodkin.com

May 1, 2006

Christopher Wolf
Planning and Development Department
City of Berkeley
2120 Milvia Street
Berkeley, CA 94704

VIA E-Mail: cwolf@ci.berkeley.ca.us

SUBJECT:   2721 Shattuck Avenue, Berkeley, CA
           Environmental Noise Assessment

Dear Christopher:

This letter presents the results of an acoustical study conducted for the proposed wireless telecommunications facility at 2721 Shattuck Avenue in Berkeley, California. Two carriers, Verizon Wireless and Nextel Communications, have proposed equipment for this location. This noise report addresses the potential noise impacts resulting from the equipment of both carriers. This report includes documentation of the existing ambient noise environment at the site and at nearby noise sensitive areas and provides an assessment of future noise levels generated by the proposed equipment with respect to the City of Berkeley's Noise Ordinance. Noise reduction measures are recommended to reduce predicted noise levels to meet the applicable standards. Background information on noise is provided as an attachment to this report.

**Regulatory Criteria: City of Berkeley Noise Ordinance**

Noise from the proposed telecommunications equipment would be subject to Section 13.40 (Community Noise) of the City of Berkeley's Municipal Code. Based on a credible worst-case assessment, the proposed equipment is assumed to operate continuously at all hours of the day. Section 13.40.050 (Exterior Noise Standards) provides the exterior noise limits not to be exceeded by more than 30 minutes out of any hour at the receiving property (see Table 1). If the measured ambient noise level exceeds these limits, the allowable noise exposure standard would be the ambient noise level.

1

*Table 1: Exterior Noise Limits*

| Zone | Time Period | $L_{50}$ Noise Level |
|---|---|---|
| R-1, R-2 | 7:00 a.m. - 10:00 p.m. | 55 dBA |
|  | 10:00 p.m. - 7:00 a.m. | 45 dBA |
| R-3 and above | 7:00 a.m. - 10:00 p.m. | 60 dBA |
|  | 10:00 p.m. - 7:00 a.m. | 55 dBA |
| Commercial | 7:00 a.m. - 10:00 p.m. | 65 dBA |
|  | 10:00 p.m. - 7:00 a.m. | 60 dBA |
| Industry | Anytime | 70 dBA |

Noise limits for maximum noise levels and cumulative noise levels of shorter durations are also provided in the Noise Ordinance. However, the noise limits specified in Table 1 are the most conservative noise limits that would be applicable to the proposed equipment.

**Existing Noise Environment**

The project proposes the establishment of telecommunications equipment at 2721 Shattuck Avenue in Berkeley, California. The existing noise environment at the project site and at nearby noise sensitive residences is dominated by traffic along Shattuck Avenue. Activities at the site, which contains a storage facility, also generate occasional noise associated with truck movements and loading activities. Long-term noise monitoring was conducted at the site from 1:00 pm on February 16th, 2006 to 4:00 pm on February 17th, 2006 to quantify the existing ambient noise environment at the site and at nearby noise sensitive residences. Two long-term (27-hour) noise measurements were made to complete the noise monitoring survey. Noise measurement locations are shown on Figure 1. Meteorological noise interference, in the form of scattered rain showers, took place in the afternoon of February 17th. Intervals that appeared to be influenced by rain were not included in the analysis.

*Figure 1: Noise Measurement Locations*



Noise measurement LT-1 was located at the southeast corner of Shattuck Avenue and Ward Street, approximately 10 feet from the edge of Shattuck Avenue. The primary noise source at

2

BEK000767

this location was traffic on Shattuck Avenue. Hourly $L_{eq}$ noise levels ranged from about 66 to 71 dBA $L_{eq}$ during daytime traffic conditions and dropped to a low of 56 dBA $L_{eq}$ at night. $L_{50}$ noise levels, the noise levels that are exceeded 50% of the time during the measurement period (i.e., 5 out of every 10 minutes or 30 minutes out of every hour), ranged from 63 to 69 dBA $L_{50}$ during daytime hours and from 45 to 65 dBA $L_{50}$ during nighttime hours. The calculated day-night average noise level at this location was 71 dBA $L_{dn}$. Figure 2 shows the daily trend in noise levels at LT-1.

*Figure 2: Daily Trend in Noise Levels at LT-1*



Measurement location LT-2 was located along Ward Street, approximately 160 feet east of the edge of Shattuck Avenue. The noise environment at LT-2 was also dominated by traffic on Shattuck Avenue, with occasional noise generated along Ward Street and by local activities such as loading at the storage facility. Hourly $L_{eq}$ noise levels ranged from about 57 to 62 dBA $L_{eq}$ during daytime hours and dropped to a low of 48 dBA $L_{eq}$ at night. $L_{50}$ noise levels ranged from 53 to 59 dBA $L_{50}$ during daytime hours and from 41 to 56 dBA $L_{50}$ during nighttime hours. The calculated day-night average noise level at this location was 62 dBA $L_{dn}$. The daily trend in noise levels at LT-2 is shown in Figure 3.

3

*Figure 3: Daily Trend in Noise Levels at LT-2*



## Future Noise Environment

*Rooftop Compressor Units: Nextel Communications*
Nextel Communications proposes two Carrier 38HDC060 compressor units[1] to be located on the roof of the storage building, east of the penthouse, and about 60 feet above ground level. Equipment for both carriers, including telecommunications cabinets and exhaust fans, would also be located in two ground level lease areas within the building. Adjacent uses include a single story commercial building to the east, commercial uses to the north and south along Shattuck Avenue, and residences located east of the adjacent commercial uses.

The rooftop compressor units would generate noise in cycles relating to use and ambient temperature. When a unit's cooling system is running, the unit would be expected to generate continuous noise with no noticeable change in the level of the noise source. The units would not generate continuous noise through all hours of the day and night, but the operation cycle could be irregular and when the air conditioning is running, the unit would generate continuous noise. The manufacturer specifies an outdoor sound power level of 69 dBA for each Carrier 38HDC060 compressor unit and a sound pressure level of 58 dBA at an unspecified distance[2] (based on our calculations, this sound pressure level would be experienced at a distance of 2 meters or 6.5 feet from the unit). Based on the manufacturer data, the units would be about 3 feet high. The units would be located[3] on the roof of the structure, about 5 feet from eastern edge of the roof and about 60 feet above ground level, behind a 2-foot high parapet wall. Shielding provided by the

---

[1] Based on conversation with Jeff Geise, ATI Architects and Engineers, March 20, 2006.
[2] 38HDC Condensing Unit Specifications, Carrier Heating and Cooling, www.commercial.carrier.com
[3] 2721 Shattuck Avenue (MLK/Dwight), Site Number CA-2814A, Nextel of California, September 20, 2005.

4

rooftop of the storage building and the 2-foot high parapet wall located along the eastern edge of the building would reduce noise levels by 5 to 6 dBA. Table 2 specifies the calculated noise level generated by a single rooftop unit at various distances from the unit and the calculated noise level for two units running simultaneously, with and without taking the noise reduction provided by the parapet wall into account.

*Table 2: Sound Levels Generated by the Carrier 38HDC060 (Nextel)*

| Location | Sound Level, dBA | | |
| --- | --- | --- | --- |
| | Single Unit | Two Units | Two Units Incl. Parapet Wall |
| 6.5 feet from Unit | 58 dBA | 61 dBA | - |
| Commercial Property | 43 dBA | 46 dBA | 41 dBA |
| Residential Property | 38 dBA | 41 dBA | 36 dBA |

The western roofline of the adjacent commercial structure would be about 40 feet from the proposed equipment (including the differences in height between the two buildings). With the noise reduction provided by the parapet wall, the adjacent commercial rooftop would experience a noise level of about 41 dBA during the simultaneous operation of both units and would meet the daytime (65 dBA) and nighttime (60 dBA) commercial exterior noise limits as specified by the City of Berkeley Noise Ordinance.

At the nearest residential property line rooftop, about 65 feet east of the equipment (including the differences in height between the two buildings), the noise level generated by both units running simultaneously would be about 36 dBA, with the shielding provided by the parapet wall. Equipment generated noise would be about 4 dBA quieter at ground level. Ambient $L_{50}$ noise levels range from 53 to 59 dBA $L_{50}$ during daytime hours and from 41 to 56 dBA $L_{50}$ during nighttime hours. The noise level generated by the proposed units would meet the daytime (55 dBA) and nighttime (45 dBA) residential exterior noise limit specified by the City of Berkeley and would be below typical ambient nighttime $L_{50}$ noise levels at the nearest residence. Residences located southeast of the project site across Ward Street (approximately 120 feet from the proposed units) would experience lower noise levels.

*Rooftop Equipment: Verizon Wireless*
Verizon Wireless also proposes two Carrier 38HDC060 compressor units[4], which would be located on the southern side of the storage-building roof, above the Verizon leasing area and about 60 feet above ground level. The manufacturer specifies an outdoor sound power level of 69 dBA for each Carrier 38HDC060 compressor unit and a sound pressure level of 58 dBA at an unspecified distance[5] (based on our calculations, this sound pressure level would be experienced at a distance of 2 meters or 6.5 feet from the unit). Based on the manufacturer data, the units would be about 3 feet high. Shielding provided by the rooftop of the storage building would

---

[4] Berkeley Bekins Site No. 156621, Verizon Wireless, March 30, 2006.
[5] 38HDC Condensing Unit Specifications, Carrier Heating and Cooling, www.commercial.carrier.com

5

reduce noise levels considerably at uses east of the project. Table 3 specifies the calculated noise level generated by a single rooftop unit at various distances from the unit and the calculated noise level for two units running simultaneously, with and without taking the noise reduction provided by the building roof into account.

*Table 3: Sound Levels Generated by the Carrier 38HDC060 (Verizon)*

| Location | Sound Level, dBA | | |
|---|---|---|---|
| | Single Unit | Two Units | Two Units Incl. Shielding from Building Roof |
| 6.5 feet from Unit | 58 dBA | 61 dBA | -- |
| Commercial Property - East | 40 dBA | 43 dBA | <30 dBA |
| Residential Property - East | 35 dBA | 38 dBA | <30 dBA |
| Commercial Property -- Across Ward St. | 37 dBA | 40 dBA | 40 dBA |
| Residential Property -- Across Ward St. | 34 dBA | 37 dBA | 37 dBA |

The western roofline of the adjacent commercial structure would be about 55 feet from the proposed equipment (including the differences in height between the two buildings). With the noise reduction provided by the building roof, the adjacent commercial rooftop would experience a noise level of less than 30 dBA during the simultaneous operation of both units. The resulting noise level at commercial uses across Ward Street, which would not benefit from the shielding provided by the storage building rooftop, would be about 40 dBA. Noise levels at both commercial properties would meet the daytime (65 dBA) and nighttime (60 dBA) commercial exterior noise limits as specified by the City of Berkeley Noise Ordinance.

At the nearest residential property line rooftop, about 100 feet east of the equipment (including the differences in height between the two buildings), the noise level generated by both units running simultaneously would be below 30 dBA, with the shielding provided by the storage building rooftop. The residence to the southeast across Ward Street would experience an equipment noise level of about 37 dBA with the simultaneous operation of both units. Ambient $L_{50}$ noise levels range from 53 to 59 dBA $L_{50}$ during daytime hours and from 41 to 56 dBA $L_{50}$ during nighttime hours at these residential uses. The noise level generated by the proposed units would meet the daytime (55 dBA) and nighttime (45 dBA) residential exterior noise limit specified by the City of Berkeley, would not typically be audible above ambient traffic noise levels.

*Indoor Leasing Area: Nextel Communications*
In addition to the rooftop equipment, Nextel proposes equipment within a ground level leasing area to be located inside the building. The plans do not indicate the types, locations, or number

of units to be located within the leasing area. Nextel and contracted staff[6] indicated that the interior cabinets do not generate noise and the only noise generating equipment to be located within the leasing area would be an indoor fan coil, specified to be a Carrier FB4B060 unit. Based on manufacturer data[7], the proposed fan coil would generate a sound power level of 63 dBA, which translates to a sound pressure level of 54 dBA at a distance of 5 feet from the unit.

The Nextel leasing area would have a concrete block exterior wall facing Ward Street with street access through a single metal door fronting Ward Street. No louvers are proposed for the exterior wall area. Substantial noise reduction would be provided by the building façade, with some noise escaping into the outdoor environment through the any gaps or opening through the doorway (assuming the door remains in the closed position for the majority of the time). An interior to exterior noise reduction of about 35 dB was calculated for the proposed exterior wall construction, assuming the door is closed and there are no openings or louvers in the exterior wall.

Assuming that the interior of the leasing area is composed of sound reflecting surfaces, which would increase the resulting exterior noise levels by about 3 dB, the equipment generated sound level immediately outside of the leasing area is calculated to be 22 dBA and would not be audible above the ambient noise environment. Noise levels would be lower at the adjacent commercial and residential uses and would meet the city's noise limits.

*Verizon Wireless Indoor Leasing Area*
Verizon Wireless[8] has proposed 4 battery cabinets, 4 equipment cabinet units, and 1 miscellaneous equipment unit to be located within a ground level leasing area inside the storage building. Based on conversations with Verizon, the only noise generating equipment would be the equipment cabinet units, which are proposed to be Modcell 4.0 Outdoor Macrocell units. The leasing area would have an exterior façade facing Ward Street that would be comprised of a welded-shut metal roll up door with a single door access. No louvers are proposed for the exterior wall area. It is estimated that this type of building façade would provide about 25 dB of interior to exterior noise reduction, assuming the door is closed and there are no openings or louvers in the exterior wall.

Based on manufacturer's data[9], the Modcell unit would generate noise levels of 60 to 65 dBA at a distance of 5 feet from the unit. With 4 units running simultaneously, noise levels would be about 6 dBA higher. In addition, assuming the interior leasing area is composed primarily of sound reflecting surfaces, noise levels would be expected to be about 3 dB higher than the same units in an outdoor environment. Due to the distance attenuation and the noise reduction provided by the building façade, noise generated inside the leasing area would be about 45 dB lower at the nearest residential use and about 37 dB lower at the adjacent commercial use, not taking the noise reduction due to exterior shielding into account.

---

[6] Based on phone conversations and emails between Illingworth & Rodkin, Inc. staff and Jeff Giese, Design Manager, L.D. Strobel Co., Inc. and Steve Jackson, Construction Engineer, Nextel.
[7] FB-060 Estimated Sound Power Level, Carrier.
[8] 2721 Shattuck Avenue, Site No. 156621, Verizon Wireless, March 30, 2006.
[9] Modcell 4.0 Outdoor Macrocell: Distance Based Noise Attenuation, Lucent Technologies, April 11, 2006.

Table 4 specifies the calculated noise level generated by a single unit at various receiving uses and the calculated noise level for four units running simultaneously, with noise reduction provided by the building façade. Calculations are based on the worst-case (back-axis) configuration, which would generate a noise level of 65 dBA at a distance of 5 feet from the unit.

*Table 4: Sound Levels Generated by the Modcell 4.0 Outdoor Macrocell*

| Location | Sound Level, dBA | |
|---|---|---|
| | Single Unit | Four Units |
| Inside Leasing Area (Assumed 10 feet from all units) | 65 dBA | 71 dBA |
| Outside Leasing Area (Assumed 10 feet from all units) | 40 dBA | 46 dBA |
| Commercial Property - East | <30 dBA | 34 dBA |
| Residential Property - East | <30 dBA | <30 dBA |
| Commercial Property – Across Ward St. | <30 dBA | <30 dBA |
| Residential Property – Across Ward St. | <30 dBA | <30 dBA |

The resulting noise level with four units operating simultaneously would be less than 30 dBA at the nearest residence and would be about 34 dBA at the adjacent commercial use. These noise levels would not be audible above the ambient noise environment and would meet the city's noise limits.

**Concluding Remarks**

Each component of this project was assessed separately for the purpose of calculating the contributing noise and needed noise reduction measures. However, with the construction of the project all noise generating equipment would add to the existing noise environment simultaneously. Table 5 summarizes the calculated noise levels generated by individual equipment components at each affected receiving use and the overall calculated noise level assuming all equipment is operating simultaneously.

*Table 5: Overall Sound Levels Generated by All Proposed Equipment*

| Location | Sound Level, dBA | | | | |
|---|---|---|---|---|---|
| | Rooftop-Nextel | Rooftop-Verizon | Interior-Nextel | Interior-Verizon | Resulting |
| Commercial Property - East | 41 dBA | <30 dBA | <30 dBA | 34 dBA | ~42 dBA |
| Residential Property - East | 36 dBA | <30 dBA | <30 dBA | <30 dBA | ~37 dBA |
| Commercial Property – Across Ward St. | <30 dBA | 40 dBA | <30 dBA | <30 dBA | ~40 dBA |
| Residential Property – Across Ward St. | <30 dBA | 37 dBA | <30 dBA | <30 dBA | ~38 dBA |

Based on our calculations, noise levels generated by all proposed interior and exterior equipment would meet the daytime and nighttime residential and commercial exterior noise limits specified by the City of Berkeley with the specifications discussed in this report.

BEK000773

If you have any questions, or if we can be of further assistance, please do not hesitate to call.

Sincerely yours,

*Illingworth & Rodkin, Inc.*

*[signature: Dana Lodico]*

Dana Lodico
CN = Dana Lodico, C = US,
O = Illingworth and Rodkin,
Inc
2006.05.02 10:21:43 -07'00'

Dana M. Lodico
Staff Consultant
dlodico@illingworthrodkin.com

ATTACHMENTS: Appendix A

9

- 71 -

BEK000774

**Appendix A: Background Information on Noise**

Noise may be defined as unwanted sound. Noise is usually objectionable because it is disturbing or annoying. The objectionable effects of noise can be attributed to either pitch or loudness. *Pitch* is the height or depth of a tone or sound, depending on the relative rapidity (frequency) of the vibrations by which it is produced. Higher pitched signals sound louder to humans than sounds with a lower pitch. *Loudness* is intensity of sound waves combined with the reception characteristics of the ear. Intensity may be compared with the height of an ocean wave in that it is a measure of the amplitude of the sound wave.

There are several noise metrics, or scales that are used to describe noise. *A decibel (dB)* is a unit of measurement that indicates the relative amplitude of sound pressure. Zero on the decibel scale is based on the lowest sound level that a healthy, unimpaired human ear can detect. Sound levels in decibels are calculated on a logarithmic basis. An increase of 10 decibels represents a ten-fold increase in acoustic energy, while an increase of 20 decibels results from 100 times the energy, and a 30 decibel increase results from an energy increase of 1,000 times. There is a relationship between the subjective noisiness or loudness of a sound and its intensity. Each 10-decibel increase in sound level is perceived as approximately a doubling of loudness over a fairly wide range of intensities. Technical terms are defined in Table A-1.

There are several methods of characterizing sound. The most common in California is the *A-weighted sound level or dBA*. This scale gives greater weight to the frequencies of sound to which the human ear is most sensitive. Representative outdoor and indoor noise levels in units of dBA are shown in Table A-2. Because sound levels can vary markedly over a short period of time, a method for describing either the average character of the sound or the statistical behavior of the variations must be utilized. Most commonly, environmental sounds are described in terms of an average level that has the same acoustical energy as the summation of all the time-varying events. This energy-equivalent sound/noise descriptor is called $L_{eq}$. The most common averaging period is hourly, but $L_{eq}$ can describe any series of noise events of arbitrary duration.

The scientific instrument used to measure noise is the sound level meter. Sound level meters can accurately measure environmental noise levels to within about plus or minus 1 dBA. Various computer models are used to predict environmental noise levels from sources, such as roadways and airports. The accuracy of the predicted models depends upon the distance the receptor is from the noise source. Close to the noise source, the models are accurate to within about plus or minus 1 to 2 dBA.

10

BFK000775

Table A-1: Definitions of Acoustical Terms

| Term | Definitions |
|---|---|
| Decibel, dB | A unit describing, the amplitude of sound, equal to 20 times the logarithm to the base 10 of the ratio of the pressure of the sound measured to the reference pressure. The reference pressure for air is 20. |
| Sound Pressure Level | Sound pressure is the sound force per unit area, usually expressed in micro Pascals (or 20 micro Newtons per square meter), where 1 Pascal is the pressure resulting from a force of 1 Newton exerted over an area of 1 square meter. The sound pressure level is expressed in decibels as 20 times the logarithm to the base 10 of the ratio between the pressures exerted by the sound to a reference sound pressure (e.g., 20 micro Pascals). Sound pressure level is the quantity that is directly measured by a sound level meter. |
| Frequency, Hz | The number of complete pressure fluctuations per second above and below atmospheric pressure. Normal human hearing is between 20 Hz and 20,000 Hz. Infrasonic sound are below 20 Hz and Ultrasonic sounds are above 20,000 Hz. |
| A-Weighted Sound Level, dBA | The sound pressure level in decibels as measured on a sound level meter using the A-weighting filter network. The A-weighting filter de-emphasizes the very low and very high frequency components of the sound in a manner similar to the frequency response of the human ear and correlates well with subjective reactions to noise. |
| Equivalent Noise Level, $L_{eq}$ | The average A-weighted noise level during the measurement period. |
| $L_{max}$, $L_{min}$ | The maximum and minimum A-weighted noise level during the measurement period. |
| $L_{01}$, $L_{10}$, $L_{50}$, $L_{90}$ | The A-weighted noise levels that are exceeded 1%, 10%, 50%, and 90% of the time during the measurement period. |
| Ambient Noise Level | The composite of noise from all sources near and far. The normal or existing level of environmental noise at a given location. |
| Intrusive | That noise which intrudes over and above the existing ambient noise at a given location. The relative intrusiveness of a sound depends upon its amplitude, duration, frequency, and time of occurrence and tonal or informational content as well as the prevailing ambient noise level. |

11

- 73 -

Table A-2: Typical Noise Levels in the Environment

| Common Outdoor Noise Source | Noise Level (dBA) | Common Indoor Noise Source |
|---|---|---|
|  | 120 dBA |  |
| Jet fly-over at 300 meters |  | Rock concert |
|  | 110 dBA |  |
| Pile driver at 20 meters | 100 dBA |  |
|  |  | Night club with live music |
|  | 90 dBA |  |
| Large truck pass by at 15 meters |  |  |
|  | 80 dBA | Noisy restaurant |
|  |  | Garbage disposal at 1 meter |
| Gas lawn mower at 30 meters | 70 dBA | Vacuum cleaner at 3 meters |
| Commercial/Urban area daytime |  | Normal speech at 1 meter |
| Suburban expressway at 90 meters | 60 dBA |  |
| Suburban daytime |  | Active office environment |
|  | 50 dBA |  |
| Urban area nighttime |  | Quiet office environment |
|  | 40 dBA |  |
| Suburban nighttime |  |  |
| Quiet rural areas | 30 dBA | Library |
|  |  | Quiet bedroom at night |
| Wilderness area | 20 dBA |  |
|  | 10 dBA |  |
|  | 0 dBA | Threshold of human hearing |