# EXHIBIT H

Regular Meeting eSummary
September 26, 2006

 Printer-friendly PDF*
summary: (73 KB)

Click on the linked agenda item titles below for background materials/reports. Adopted
Resolutions and Ordinances (second reading) are linked in the **eSummary's** Action section of
each item as soon as they are finalized.

**Note:**

- Resolutions and Ordinances are subject to amendment, rescission or repeal, or readoption in whole or in part. Additional research may be necessary to verify the completeness of the legislative history. To research the Berkeley Municipal Code, visit: http://www.ci.berkeley.ca.us/bmc/

- These documents are presented in Adobe Acrobat PDF*, and will open in a new browser window. Some files may exceed 1MB in size. File size information is provided in parentheses. All items are available for review at the City Clerk Department, (510) 981-6900.

*To read PDF files, download a free copy of Adobe Acrobat Reader. If you are unable to access .pdf documents online, please contact us via email (clerk@ci.berkeley.ca.us), telephone (510) 981-6900, or TDD (510) 981-6903 so that we can provide an alternate format.

# SUMMARY

## BERKELEY CITY COUNCIL MEETING

### TUESDAY, SEPTEMBER 26, 2006

### 7:00 P.M.

Council Chambers, 2134 Martin Luther King Jr. Way
Teleconference Location – 1636 Channing Way, Berkeley, CA

## Preliminary Matters

**Roll Call:** 7:00 p.m. All present.

**City Manager Comments:** The City Manager announced that long time retired city employee and park supporter, Dorothy Bolte, passed away on Sunday.

**Public Comment:** 17 speakers.

## Consent Calendar

**Action:** Moved, seconded, carried (Wozniak/Worthington) to adopt the Consent Calendar in one motion except as indicated:

1. **Development Standards Related to Density Bonuses (PDF, 24 KB)** *(first reading September 19, 2006 – Noes: Olds; Abstain: Anderson, Worthington)*
   **From: City Manager**
   **Recommendation:** Adopt a second reading of an Ordinance amending Berkeley Municipal Code (BMC) amending Title 23, Zoning Ordinance, Section 23E, to provide second story and above transition setbacks and clarify existing policy regarding required yards on lots in the C-1, C-W, C-T districts abutting residential districts; establish development standards for ground floor commercial uses in mixed-use buildings and modify the open space requirements in the C-1 and C-W districts,

and in commercial distri(    limit rooftop open space; restrict the (    of mechanical parking lifts for
required parking; provide a minimum 10 foot setback from abutting residential districts; and restrict
residential uses on the ground floor of mixed-use buildings and including a sunset provision.
**Financial Implications:** See report
Contact: Dan Marks, Planning and Development, 981-7400
**Action:** Adopted Ordinance No. 6,948–N.S. (PDF, 322 KB) Effective October 26, 2006.

2. **Major Residential Additions (PDF, 136 KB)** *(first reading September 19, 2006 – Noes: Moore, Anderson)*
   **From: City Manager**
   **Recommendation:** Adopt second reading of an Ordinance amending Berkeley Municipal Code
   (BMC) Title 23, Zoning Ordinance, Sections 23 (D, E and F) regarding residential additions in all
   residential districts and regarding development standards in the Hillside Overlay District provisions.
   **Financial Implications:** See report.
   Contact: Dan Marks, Planning and Development, 981-7400
   **Action:** Adopted Ordinance No. 6,949–N.S. (PDF, 2 MB) Effective October 26, 2006.

3. **Conflict of Interest Code (PDF, 4 MB)**
   **From: City Manager**
   **Recommendation:** Adopt a Resolution adopting a revised Conflict of Interest Code and rescinding
   Resolution No. 62,642-N.S. (2004 Conflict of Interest Code).
   **Financial Implications:** None
   Contact: Sherry M. Kelly, City Clerk, 981-6900
   **Action:** Adopted Resolution No. 63,433–N.S. (PDF, 3 MB)

4. **Contract: Computer Network Cabling (PDF, 26 KB)**
   **From: City Manager**
   **Recommendation:** Adopt a Resolution authorizing the City Manager to execute an amendment to
   the contract with Capitol Communications Inc. increasing the amount by $175,000 to cover
   additional cabling work on the computer network, for a total amount not to exceed $210,000, and
   extending the term to June 30, 2008.
   **Financial Implications:** General Fund - $175,000
   Contact: Chris Mead, Information Technology, 981-6500
   **Action:** Adopted Resolution No. 63,434–N.S. (PDF, 45 KB)

5. **Contract: Environmental Analysis for Aquatic Park Improvement Project (PDF, 90 KB)**
   **From: City Manager**
   **Recommendation:** Adopt a Resolution authorizing the City Manager to amend the contract with
   Laurel Marcus and Associates for design, engineering and environmental analysis of hydrology and
   habitat improvements at Aquatic Park in an amount not to exceed $372,264 for the period August 1,
   2006 to December 31, 2007.
   **Financial Implications:** See report
   Contact: Marc Seleznow, Parks Recreation and Waterfront, 981-6700
   **Action:** Removed from the Consent Calendar by Mayor Bates. Moved, seconded, carried
   (Moore/Wozniak) to adopt Resolution No. 63,435–N.S. (PDF, 80 KB)

6. **Contract: Inspections for Condominium Conversion Applications (PDF, 25 KB)**
   **From: City Manager**
   **Recommendation:** Adopt a Resolution authorizing the City Manager to amend the contract with
   4Leaf, Inc. for condominium inspections, increasing the amount by $60,000 for a total not to exceed
   $84,999 and extending the term until June 30, 2009.
   **Financial Implications:** See report
   Contact: Dan Marks, Planning and Development, 981-7400
   **Action:** Adopted Resolution No. 63,436–N.S. (PDF, 47 KB)



7. <u>Amendment No. 2 to Alameda County Measure B Expenditure Plan (PDF, 31 KB)</u>
   **From: City Manager**
   **Recommendation:** Adopt a Resolution approving Amendment No. 2 to the 1986 Alameda County Transportation Expenditure Plan as proposed by the Alameda County Transportation Authority (ACTA) contingent on the approval of the same amendment by the Metropolitan Transportation Commission (MTC).
   **Financial Implications:** None
   Contact: Claudette Ford, Public Works, 981-6300
   **Action:** Adopted <u>Resolution No. 63,437-N.S. (PDF, 103 KB)</u>

8. <u>Council Support for Proposition 89 - Clean Money (PDF, 803 KB)</u>
   **From: Mayor Bates**
   **Recommendation:** Support Proposition 89 – California Clean Money and Fair Elections Act on the ballot this November.
   **Financial Implications:** None
   Contact: Tom Bates, Mayor, 981-7100
   **Action:** Approved recommendation.

9. <u>Funding to Non-Profit Organizations (PDF, 30 KB)</u>
   **From: Councilmember Olds**
   **Recommendation:** Adopt a Resolution approving funding from Councilmember Olds' office budget to several non-profit organizations as stated in the report.
   **Financial Implications:** See report
   Contact: Betty Olds, Councilmember District 6, 981-7160
   **Action:** Held over to October 10, 2006 by Councilmember Olds.

10. <u>Protection of California State Park, San Onofre State Beach (PDF, 24 KB)</u>
    **From: Councilmember Spring**
    **Recommendation:** Adopt a Resolution: 1) endorsing the California State Park and Recreation Commission's resolution opposing a proposed toll road alignment and request for action to protect San Onofre State Beach; 2) requesting the Foothill/Eastern Transportation Corridor Agency withdraw its plans to construct a toll road with an alignment through the state park; 3) directing the City Manager to refrain from acquiring any bonds for, or making other financial investments in, the Foothill-South Toll Road; and 4) sending a copy of this resolution to the Commission, Foothill/Eastern Transportation Corridor Agency, the California Governor, Attorney General and Treasurer, Resources Agency, Department of Parks and Recreation, and Department of Transportation.
    **Financial Implications:** None
    Contact: Dona Spring, Councilmember District 4, 981-7140
    **Action:** Adopted <u>Resolution No. 63,438-N.S. (PDF, 127 KB)</u>

11. <u>Expansion of Eco-Pass Program (PDF, 34 KB)</u>
    **From: Councilmember Worthington**
    **Recommendation:** Support exploring the expansion of the Eco-Pass program to UC Berkeley, Alta Bates/Sutter Health, and other businesses along the Telegraph Avenue Corridor.
    **Financial Implications:** None at this time.
    Contact: Kriss Worthington, Councilmember District 7, 981-7170
    **Action:** Approved recommendation.

---

**Action Calendar – Appeals**

---

12. **2721 Shattuck Avenue - Zoning Adjustments Board Appeal – Verizon**

   a. <u>**From: City Manager (PDF, 33 MB)**</u>

**Recommendation:** Add Resolution affirming the decision of Zoning Adjustments Board (ZAB) to approve Use Permit #05-10000033 for a new wireless telecommunications facility (including five antennas and related equipment) for Verizon Wireless at 2721 Shattuck Avenue and dismissing the appeal.
**Financial Implications:** None
Contact: Dan Marks, Planning and Development, 981-7400

**b.  Appeal**
   1.  Ellen McGovern (PDF, 163 KB)

**c.  Communications (PDF, KB)**
   1.  Karl Reeh on behalf of LeConte Neighborhood Association (PDF, 145 KB)
   2.  Ellen McGovern (PDF, 225 KB)
   3.  Paul B. Albritton, Mackenzie & Albritton, LLP (PDF, 276 KB)

**Action:** Moved, seconded, carried (Anderson/Wozniak) to adopt Resolution No. 63,439-N.S. (PDF, 72 KB) remanding the matter to the Zoning Adjustments Board for purposes of reviewing new information and working out issues related to the parking and loading areas and equipment placement.

## 13. 2721 Shattuck Avenue Zoning Adjustments Board Appeal – Nextel

**a.  From: City Manager (PDF, 25 MB)**
**Recommendation:** Adopt a Resolution affirming the decision of the Zoning Adjustments Board (ZAB) to approve Use Permit #04-10000068 for a new wireless telecommunications facility (including twelve antennas and related equipment) for Nextel Communications at 2721 Shattuck Avenue and dismissing the appeal.
**Financial Implications:** None
Contact: Dan Marks, Planning and Development, 981-7400

**b.  Appeal**
   1.  Ellen McGovern (PDF, 249 KB)

**c.  Communications**
   1.  Karl Reeh on behalf of LeConte Neighborhood Association (PDF, 150 KB)
   2.  Ellen McGovern (PDF, 225 KB)
**Action:** Moved, seconded, carried (Anderson/Wozniak) to adopt Resolution No. 63,440-N.S. (PDF, 74 KB) remanding the matter to the Zoning Adjustments Board for purposes of reviewing new information and working out issues related to the parking and loading areas and equipment placement.

---

**Action Calendar – Public Hearing**

---

## 14. 2104 Sixth Street

**a.  From: City Manager (PDF, 22 MB)** *(report of July 25, 2006)*
**Recommendation:** Conduct a Public Hearing and upon conclusion, adopt a Resolution affirming the decision of the Zoning Adjustments Board (ZAB) to adopt a Mitigated Negative Declaration (MND) and approve 1) the legalization of the demolition of 2104 Sixth Street; and 2) the reconstruction of the demolished portion of 2104 Sixth Street (UP#06-10000027), and dismiss the appeal.
**Financial Implications:** None
Contact: Dan Marks, Planning and Development, 981-7400

**b.  Appeal** *(July 25, 2006)*
   Jeff Hoffman on behalf of Friends of Oceanview-Sisterna Historic District (PDF, 2 MB) *(July 25, 2006)*



**Public Testimony:** The Mayor opened the public hearing. 10 speakers. Moved, seconded, carried (Moore/Anderson) to close the public hearing.

**Action:** Moved, second(  )arried (Capitelli/Wozniak; Noes – Ma(  ),Moore, Worthington) to adopt Resolution No. 63,441–N.S. (PDF, 3 MB) affirming the decision of the Zoning Adjustments Board and dismissing the appeal.

## 15. 2104 Sixth Street

**a.  From: City Manager (PDF, 23 MB)** *(report of July 25, 2006)*
**Recommendation:** Conduct a Public Hearing and upon conclusion, adopt a Resolution affirming the decision of the Landmarks Preservation Commission (LPC) to approve the demolition of 2104 Sixth Street (Permit #06-40000003) and dismiss the appeal.
**Financial Implications:** None
Contact: Dan Marks, Planning and Development, 981-7400

**b.  Appeal** *(July 25, 2006)*
Jano Bogg on behalf of Friends of Oceanview-Sisterna Historic District (PDF, 7 MB) *(July 25, 2006)*

**Public Testimony:** The Mayor opened the public hearing. 10 speakers. Moved, seconded, carried (Moore/Anderson) to close the public hearing.

**Action:** Moved, seconded, carried (Capitelli/Olds; Noes – Moore, Worthington; Abstain - Spring) to adopt Resolution No. 63,442–N.S. (PDF, 2 MB) affirming the decision of the Landmarks Preservation Commission and dismissing the appeal.

---

**Action Calendar – Old Business**

---

## 16. 1201 San Pablo Avenue / 1100 Harrison Street *(Public hearing closed on September 19, 2006. Council expected to take action at this meeting.)*

**a.  Supplemental Report (PDF, 543 KB)** *(July 18, 2006)*
**From: City Manager**
Contact: Dan Marks, Planning and Development, 981-7400

**b.  From: City Manager (PDF, 3 MB)** *(July 18, 2006)*
**Recommendation:** Adopt a Resolution affirming the decision of the Zoning Adjustments Board (ZAB) to approve Use Permit No. 05-10000029 to construct a 30-unit, mixed-use project, and dismissing the appeal.
**Financial Implications:** None
Contact: Dan Marks, Planning and Development, 981-7400

**c.  Appeal** *(July 18, 2006)*
   1.  Susan Pinto and Kain/Stannage Neighbors who also join in the appeal. (PDF, 965 KB)

**d.  Communications** *(July 18, 2006)*
   1.  James E. Hart (PDF, 289 KB)
   2.  1201 San Pablo Appellants (PDF, 4 MB)

**e.  Communications** *(September 19, 2006)*
   1.  Stephen Wollmer (PDF, 829 KB)

**f.  Supplemental Communications** *(September 19, 2006)*
   **Supplement 1 File (PDF, 6 MB)**
   1   Jim Hart – Revised Proposal
   2.  1201 San Pablo/1100 Harrison Appellants (2)
   3.  Stephen Wollmer
   4.  Scott, Kelli and Nathan Bodensteiner
   **Supplement 2 File (PDF, 2 MB)**
   5.  Jim Hart – Drawing
   6.  Mary Wyand

**Action:** Moved, seconded, carried (Maio/Anderson; Noes – Olds; Abstain - Wozniak) to continue the decision to October 10, 2006.

17. **Funding For A Campus Neighborhood Watch Program (PDF, 30 KB)** *(held over from September 19, 2006 by Councilmember Worthington)*
    **From: Councilmember Worthington**
    **Recommendation:** Adopt a Resolution committing matching funding of $7,500 to support the Cal Campus Neighborhood Watch Program.
    **Financial Implications:** $7,500
    Contact: Kriss Worthington, Councilmember District 7, 981-7170
    **Action:** Moved, seconded, carried (Worthington/Anderson; Noes - Olds) to ask the Mayor to send a letter to the University inviting them to match any contributions made by the City for this program and held over the remainder of the item to October 10, 2006 to receive a report from the City Manager on the budget and scope of the program and to determine if other councilmembers desire to contribute monies from their office budgets to assist in funding this program.



---
**Action Calendar – New Business**
---

18. **2007 City Council Meeting Schedule (PDF, 245 KB)**
    **From: City Manager**
    **Recommendation:** Adopt a Resolution establishing the Council regular meeting schedule for 2007, with starting times of 7:00 p.m.
    **Financial Implications:** None
    Contact: Sherry M. Kelly, City Clerk, 981-6900
    **Action:** Moved to the Consent Calendar by Mayor Bates. Adopted Resolution No. 63,443–N.S. (PDF, 53 KB) as amended by the Mayor.

19. **2817 Eighth Street - Certify for Review and Remand to Zoning Adjustments Board (PDF, 6 MB)**
    **From: City Manager**
    **Recommendation:** Adopt a Resolution: 1) certifying the Zoning Adjustments Board's (ZAB) approval of Use Permit 05-100000116 application to demolish an existing single-family dwelling at 2817 Eighth Street and to construct a new building with four market-rate condominium dwelling units, on a lot of 7,315 square feet in the MU-R (Mixed Use-Residential) zoning district and 2) remanding the matter to ZAB for a new public hearing to reconsider the project as being subject to the City's inclusionary housing requirements.
    **Financial Implications:** None
    Contact: Dan Marks, Director, Planning and Development, 981-7400
    **Action:** Moved to the Consent Calendar by Councilmember Worthington. Adopted Resolution No. 63,444–N.S. (PDF, 51 KB)



---
**Information Reports**
---

20. **Early Voting and Absentee Voting Options (PDF, 24 KB)**
    **From: City Manager**
    Contact: Sherry M. Kelly, City Clerk, 981-6900
    **Action:** Received and filed.

21. **Storm Drain Cleaning Plan (PDF, 536 KB)** *(to be delivered)*
    **From: City Manager**
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Received and filed.



---
**Communications (PDF, 4 KB)**
---

City Council Summary - 09/26/06 - Packet

*Council rules limit action on Com̲ ̲ication to referral to the City Manager and/o̲ ̲oards and Commissions for investigation and/or recommendations. All communications submitted to Council are public record.*

### Save the Oak Trees – UC Memorial Stadium
*(Numerous email communications submitted in a substantially similar format are on file in the City Clerk Department).*

### Smoking Ban in Westin Hotels
    1.   Anne Whyte

### Flood Insurance
    2.   Barbara Gilbert

---

## Supplemental Communications 1 (PDF, 4 KB)

---

### Item #2: Major Residential Additions
    3.   Mark W. Troup
    4.   Chris Bailey *(Referred by Councilmember Moore)*
    5.   Willie Pettus
    6.   Alan and Aleyda Swain

### Item #10: Protection of California State Park, San Onofre State Beach
    7.   James Birkelund
    8.   Elizabeth Lambe

### Item #11: Expansion of Eco-Pass Program
    9.   Hank Resnik
   10. Len Conly

### Items #12 and 13: 2721 Shattuck Avenue - Zoning Adjustments Board Appeal – Verizon and Nextel - Supplement 1 File (PDF, 837 KB)
  11. Jim Hultman
  12. Ellen McGovern
  13. Brett Brooks
  14. Suzanne Masuret
  15. Karl Reeh
  16. Karl Reeh
  17. Suzanne Masuret

### Item #16: 1201 San Pablo Avenue / 1100 Harrison Street - Supplement 1 File (PDF, 2 MB)
  18. Jim Hart – Revised Application
  19. Prakash Pinto
  20. Daniel W. Corvello
  21. Mary Wyand
  22. Beth Bernstein
  23. Jean Molesky
  24. Yvette Bozzini
  25. Uile Cuileannain
  26. Mary Wyand for Erika Lamm
  27. Jim Hart

### Item #19: 2817 Eighth Street - Certify for Review and Remand to Zoning Adjustments Board
  28. Xin Jin

---

## Supplemental Communications 2 (PDF, 4 KB)

---

### Item #16: 1201 San Pablo Avenue / 1100 Harrison Street - Supplement 2 File (PDF, 720 KB)
  29. Rena Rickles
  30. Don Mill





31. Rempel Architec(                                (

## Item #17: Funding For A Campus Neighborhood Watch Program
32. Garrett Keating

## Complaint – La Loma Pathway
33. Rozalina Gutman *(Referred by Councilmember Worthington)*

## Poem Two Oaks – UC Memorial Stadium

| Adjournment |
|---|

Adjourned at 9:53 p.m. in memory of Dorothy Bolte.

*NOTICE CONCERNING YOUR LEGAL RIGHTS: If you object to a decision by the City Council to approve or deny a use permit or variance for a project the following requirements and restrictions apply: 1) No lawsuit challenging a City decision to deny (Code Civ. Proc. '1094.6(b)) or approve (Gov. Code '65009(c)(5)) a use permit or variance may be filed more than 90 days after the date the Notice of Decision of the action of the City Council is mailed. Any lawsuit not filed within that 90-day period will be barred. 2) In any lawsuit that may be filed against a City Council decision to approve or deny a use permit or variance, the issues and evidence will be limited to those raised by you or someone else, orally or in writing, at a public hearing or prior to the close of the last public hearing on the project.*