# EXHIBIT I

RESOLUTION NO. 63,439 -N.S.

REMANDING USE PERMIT #05-10000033, 2721 SHATTUCK AVENUE (VERIZON) TO THE ZONING ADJUSTMENTS BOARD TO RECONSIDER THE PROJECT AND ALLEGED ILLEGAL USES AND WORK

WHEREAS, on March 8, 2005 Use Permit application #05-10000033 was submitted by Verizon Wireless to construct a new wireless telecommunications facility (including five antennas and related equipment) at 2721 Shattuck Avenue; and

WHEREAS, the project is deemed categorically exempt from the provisions of the California Environmental Quality Act (CEQA, Public Resources Code §21000, et seq.) pursuant to Section 15301 of the CEQA Guidelines ("Existing Facilities"); and

WHEREAS, on May 25, 2006, the Zoning Adjustments Board held a public hearing and approved (8-0-1-0; Abstain: Shumer) Use Permit #05-10000033, by making the required findings and adopting conditions of; and

WHEREAS, on June 5, 2006 a Notice of Decision of the Zoning Adjustments Board's action was issued, with a right of appeal allowed for 14 days thereafter; and

WHEREAS, on June 19, 2006 the Zoning Adjustments Board's decision was appealed to the City Council by a neighbor located at 2121 Ward Street, Berkeley, on behalf of the "Ward Street Neighbors"; and

WHEREAS, the Council has considered the record of the proceedings before the Zoning Adjustments Board; the recent Staff reports and testimony and correspondence presented to the City Council; and

WHEREAS, in the opinion of this Council, the facts stated in, or ascertainable from this information, warrant remanding the project to the Zoning Adjustments Board based on evidence presented by residents about the adequacy of existing wireless coverage, information regarding parking and loading requirements for the existing legal uses of the site, and allegations of illegal uses and work without permits.

NOW THEREFORE, BE IT RESOLVED that the Council of the City of Berkeley hereby remands Use Permit #05-10000033 (Verizon Wireless) to construct a new wireless telecommunications facility (including five antennas and related equipment) at 2721 Shattuck Avenue to the Zoning Adjustments Board to reconsider the project (including a third-party engineering review), determine parking and loading requirements for the existing legal uses of the site, and consider allegations of illegal uses and work without permits.

* * * * * *

BEK000782

The foregoing Resolution was adopted by the Berkeley City Council on September 26, 2006 by the following vote:

Ayes: Councilmembers Anderson, Capitelli, Maio, Moore, Olds, Spring, Worthington, Wozniak and Mayor Bates.

Noes: None.

Absent: None.

Attest: Sherry M. Kelly, City Clerk

Tom Bates, Mayor

BEK000783