# EXHIBIT J



January 18, 2007

Christopher Wolf
Associate Planner
Planning & Development Department
City of Berkeley
2120 Milvia Street
Berkeley, CA 94704

Subject: Wireless Telecommunications Facility Application Review
Location: 2721 Shattuck, Berkeley California by Verizon Wireless.

Dear Christopher,

RCC Consultants was tasked with reviewing the application for a cellular telecommunications facility proposed at 2721 Shattuck Avenue (Berkeley Bekins site), Berkeley, CA, by Verizon Wireless. RCC Consultants independently reviewed the need for the facility on behalf of the City of Berkeley.

The application submitted by Verizon for this new site stated that this site is needed for capacity relief and in-building coverage. Two existing sites that serve the UC Berkeley campus area are nearing their throughput capacity limits and there is no physical or electrical means to increase the capacity at each location.

Verizon provided documents to RCC Consultants that were marked "Proprietary and Confidential" for our review. These included:

- the location of sites presently on air,
- dropped call data and coverage plots that indicate present coverage without the new site,
- capacity analysis, and
- coverage with the 2721 Shattuck Avenue site.

The coverage maps indicate that coverage is acceptable at street level and in vehicle. The data showed a high increase of dropped calls on the south end of the UC Berkeley campus and north and west of the proposed Berkeley Bekins location. Presently the cell sites that serve the UC Berkeley campus area are using six RF channels and Verizon is presently adding a seventh channel to the sites that are exhausting their respective capacity limits. Based on current traffic analysis, the eighth channel would need to be added in January 2008 or sooner. No additional channels can be added to these sites after this to provide additional capacity.

**RCC Consultants, Inc.**
266 East 33rd Street · San Bernardino, California 92404 · tel (909) 239-9642  FAX (909)881-8979

Further analysis of the data provided and telephone conversations with the Verizon engineering staff provided additional information as to the need for the proposed Berkley Bekins site. Capacity analysis from vehicular traffic along Shattuck Avenue and the general increase in the UC Berkeley student population supports the premise that cellular traffic is increasing in this area. Generally Verizon has experienced a steady increase in subscribers over the last two years. All of these factors support the capacity concerns that Verizon has raised.

Figure 1 supplied by Verizon shows the sites already on air and the proposed site location of the Berkeley Bekins site. Figure 2 shows the black triangles as sites on air and the black dot is the proposed site at 2721 Shattuck Avenue. It also shows the Berkeley Bekins cluster comprised of on air sites 1, 2, 3, 4, 5 & 6. Site 7 is the proposed new Berkeley Bekins site. The dropped call data provided by Verizon indicated an increase in the number of dropped calls in the area south of Berkeley DT (Site 2) and UC Berkeley East (Site 3) and to the west of the Shattuck South (Site 4). These sites have been monitored over the past year and the trend report indicates that the sites serving the area have exhausted their current capacity for traffic. Sites 1, 2, 3, 4, 5 and 6 currently have six channels and are in the process of having the seventh channel added (see Figure 1). By January 2008 or sooner, these sites will have the eighth channel added. No additional capacity can be added after this. RCC questioned if the Shattuck South (Site 4) site could offload traffic if redesigned. The site data submitted by Verizon indicates that if the present antennas were re-oriented or an additional antenna was added to the site, it would cause severe interference to the network to the west of Berkeley and the San Francisco area. UC_Berkeley (Site 5), Berkeley B2B (Site 6) and Hwy 80 & University (Site 1) are too far removed to improve the capacity problem. For these reasons, the proposed Berkeley Bekins site is necessary to off-load traffic from the Berkeley DT (Site 2) and UC Berkeley East (Site 3).

The design of the proposed cluster is to meet the Verizon's coverage objective in supporting local service to vehicular subscribers, on the street, and provide in-building coverage. In-building coverage has been a driving force for all cellular and PCS providers like Verizon as the technology has rapidly changed over last couple of years with the advent of wireless data services. More and more voice users are migrating to this technology to augment their daily routines with the use of PDA devices incorporated into their handset. Users are also forgoing wirelines to their primary residences and are becoming totally dependant on wireless for voice and data transmissions. Aircards are now available and accessible to interface with laptops to provide transmission to their respective email server/internet provider.

Verizon Wireless provided data for the Berkeley Bekins area which is proprietary but I can report that the drops in the area are increasing, that an attempt to direct a sector from an adjacent site will cause more inference than correct the initial problem and that the two sites, presently serving the UC Berkeley area will run out of capacity by January 2008 or sooner which will affect customers experience of increased dropped or block calls including 911 calls. The proposed Berkeley Bekins site would off load traffic from the two Berkeley locations and also Site 5 presently on air to the south of the proposed new site.

**RCC Consultants, Inc.**
266 East 33rd Street · San Bernardino, California 92404 · tel (909) 239-9642 FAX (909)881-8979

- 134 -

In my professional opinion, after reviewing the coverage plots, dropped call data and capacity analysis, it is evident from this data supplied by Verizon Wireless confirms that there is a need for the new Berkeley Bekins site proposed at 2721 Shattuck Avenue. It is needed primarily to provide capacity relief, eliminate dropped calls, improve in-building coverage, and to enhance outside coverage for the customer.

Respectfully,

Anthony J. Tricoci
Associate Director

cc: Tom Gray
    File

Attachments: Figure 1 Map
             Figure 2 Map

**RCC Consultants, Inc.**
266 East 33rd Street · San Bernardino, California 92404 · tel (909) 239-9642  FAX (909)881-8979



Attachment 1

