# EXHIBIT L

ATTACHMENT 2
ADMINISTRATIVE RECORD
Page 383 of 393



Planning and Development Department
Land Use Planning Division

## PROOF OF SERVICE

DATE:     February 6, 2007

TO:       Whom It May Concern

FROM:     Vicky Schlepp, OSII

SUBJECT:  **USE PERMIT #05-10000033 – 2721 SHATTUCK AVENUE (Verizon Wireless)**

I, the undersigned, certify that I am employed in the City of Berkeley, County of Alameda, California; that I am over eighteen years of age and not a party to the within action, that my business address is 2120 Milvia Street, Berkeley, California 94704. On this date, I served the following documents:

**DECISION OF ZONING ADJUSTMENTS BOARD FOR
USE PERMIT #05-10000033 – 2721 SHATTUCK AVENUE (Verizon Wireless)**

On the parties stated below by placing true copies thereof in sealed envelope(s) addressed as shown below by the following means of service:

Verizon Wireless                    R & L Berstein, LLC
c/o Mr. James Singleton             1201 Woodview Terrace
Cal Com Systems, Inc.               Los Altos, CA 94024
2001 Omega Road, Suite 100
San Ramon, A 94583

__X__   By First Class Mail - I am readily familiar with the City's practice for collecting and processing of correspondence for mailing. Under the practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with First Class postage thereon fully prepaid, in Berkeley, California, for mailing to the addressee following ordinary business practices.

_____   By Personal Service - I caused each such envelope to be given to the City of Berkeley mail service person to personally deliver to the office of the addressee.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2007 at Berkeley, California.

*[signature]*
Vicky Schlepp, OSII

2120 Milvia Street, Berkeley, CA 94704   Tel: 510.981-7410   TDD: 510.981-7474   Fax: 510.981-7420
E-mail: planning@ci.berkeley.ca.us

ATTACHMENT 2
ADMINISTRATIVE RECORD
Page 384 of 393



Planning and Development Department
Land Use Planning Division

City of Berkeley
Zoning Adjustments Board

# NOTICE OF DECISION

Board Decision Date: 01-25-07
USE PERMIT: #05-10000033
Project Location: 2721 SHATTUCK AVENUE (Verizon Wireless)

The Zoning Adjustments Board of the City of Berkeley, after conducting a public hearing, **DENIED** the following permit:

- Use Permit to construct a new wireless telecommunications facility (not co-located with an existing facility), under BMC Section 23C.17.100.C
- Use Permit to construct a wireless telecommunications facility in the South Area Commercial (C-SA) District, under BMC Section 23E.52.030

pursuant to BMC Section 23B.32.040 and BMC Section 23C.17.100.D. The basis for this finding is that:

1. There is not substantial evidence that the facility proposed is necessary to provide personal wireless services to Verizon Wireless customers since third party engineering review of the project was based on information that was supplied by Verizon Wireless and the review did not include a test of signal reception in the area around the project site; and
2. There is not substantial evidence that the facility proposed is necessary in this particular location and that it could not be located in an alternative location further away from residential districts.

**BOARD VOTE: YES:** ALVAREZ COHEN, ANTHONY, ARREGUIN, BLAKE, SHUMER, TIEDEMANN
**NO:** ALLEN, DORAN, JUDD       **ABSTAIN:**       **ABSENT:**

**DATE NOTICE MAILED: 02-06-07**       **APPEAL PERIOD EXPIRATION: 02-20-07**

NOTICE OF DECISION
2721 SHATTUCK AVENUE
Page 2 of 3

**TO APPEAL THIS MATTER:**

To appeal the decision of the Board to the City Council you must submit a letter specifying the reasons for the appeal to the City Clerk, prior to 5:00 p.m. of the "APPEAL PERIOD EXPIRATION" date shown on the previous page, with the required fee (The fee for applicants is $1,156.00; All others $63.00). The City Clerk's Department is located on the first floor at 2180 Milvia Street, Berkeley, CA 94704; Phone (510) 981-6900.

**NOTICE CONCERNING YOUR LEGAL RIGHTS:**

If you object to a decision by the Zoning Adjustments Board to approve or deny a Use Permit or Variance for a project, the following requirements and restrictions apply:

1. You must appeal to the City Council within 14 days after the Notice of Decision of the action of the Zoning Adjustments Board is mailed. It is your obligation to inquire with the Land Use Planning Division (981-7410) to determine when a Notice of Decision is mailed.

2. No lawsuit challenging a City decision to deny (Code Civ. Proc. Section 1094.6(b) or approve (Gov. Code Section 65009(c)(5)) a Use Permit or Variance may be filed more than 90 days after the date the decision becomes final, as defined in Code of Civil Procedure Section 1094.6(b). Any lawsuit not filed within that 90-day period will be barred.

3. In any lawsuit that may be filed against a City Council decision to approve or deny a Use Permit or Variance, the issues and evidence will be limited to those raised by you or someone else, orally or in writing, at a public hearing or prior to the close of the last public hearing on the project.

4. If you believe that this decision or any condition attached to it denies you any reasonable economic use of the subject property, was not sufficiently related to a legitimate public purpose, was not sufficiently proportional to any impact of the project, or for any other reason constitutes a "taking" of property for public use without just compensation under the California or United States Constitutions, the following requirements apply:

    A. That this belief is a basis of your appeal.

    B. Why you believe that the decision or condition constitutes a "taking" of property as set forth above.

    C. All evidence and argument in support of your belief that the decision or condition constitutes a "taking" as set forth above.

   If you do not do so, you will waive any legal right to claim that your property has been taken, both before the City Council and in court.

g:\landuse\projects by address\shattuck\2721\up 05-10000033\nod 01-25-07 2721 shattuck verizon.doc

NOTICE OF DECISION
2721 SHATTUCK AVENUE
Page 3 of 3

**QUESTIONS?**

For further information contact the Land Use Planning Division at (510) 981-7410.

ATTEST: *Debra R Sanderson*
Debra Sanderson, Secretary
Zoning Adjustments Board

cc:   City Clerk
      Building and Safety
      Main Library - Reference Desk
      Public Works/Engineering
      Zoning Adjustments Board Members
      First Source, 1947 Center Street (Basement), Berkeley, CA 94704
      Tim Stroshane, Housing
      Stephen Barton, Housing
      Applicant:
              Verizon Wireless
              C/o Mr. James Singleton
              Cal Com Systems, Inc.
              2001 Omega Road, Suite 100
              San Ramon, CA 94583

      Owner:
              R & L Berstein, LLC
              1201 Woodview Terrace
              Los Altos, CA 94024

Staff Planner: Christopher Wolf

document1

g:\landuse\projects by address\shattuck\2721\up 05-10000033\mod 01-25-07 2721 shattuck verizon.doc