# EXHIBIT P

# SUMMARY MINUTES
# BERKELEY CITY COUNCIL
# TUESDAY, MAY 8, 2007

Council Chambers – 2134 Martin Luther King Jr. Way
Teleconference Location – 1636 Channing Way, Berkeley, CA

## Preliminary Matters

**Roll Call:** 7:03 p.m. All present.

**Ceremonial Matters:**

1. Proclamations declaring:
   a. May as Hemofilia Awareness Month
   b. May 15 as Conscientious Objectors and War Resisters International Day
   c. Allyssa Lamb 2007 Early Childhood Educator of the Year
   d. Linda Olivenbaum 2007 Early Childhood Advocate of the Year

**City Manager Comments:** Grand opening of the Lifescan Health Clinic on May 10, 2007.

**Public Comment on Consent Calendar Items Only** – 25

## Consent Calendar

**Action:** M/S/C (Worthington/Moore) adopted the Consent Calendar in one motion except as indicated:

1. **Second Amendment to the FY 2007 Annual Appropriations Ordinance**
   **From:** City Manager
   **Recommendation:** Adopt second reading of Ordinance 6,979–N.S. amending the FY 2007 Annual Appropriations Ordinance No. 6935–N.S. for fiscal year 2007 based upon recommended re-appropriation of committed FY 2006 funding and other adjustments authorized since July 1, 2006.
   **Financial Implications:** See report
   Contact: Tracy Vesely, Budget Manager, 981-7000
   **Action:** Adopted second reading of Ordinance No. 6,979–N.S. Effective June 7, 2007.

| Consent Calendar |
|---|

2. **Amendment to the Zoning Ordinance (ZA 2-07): Technical Amendments related to Residential Additions**
   From: City Manager
   Recommendation: Adopt second reading of Ordinance 6,980–N.S. altering Berkeley Municipal Code (BMC) Title 23 to clarify the required finding for denial of residential additions in all Residential Districts (BMC Sections 23D.16.090, 23D.20.090, 23D.24.090, 23D.28.090, 23D.32.090, 23D.36.090, 23D.40.090, AND 23D.44.090) and to clarify the definition of dormer and application of average building height (BMC Section 23F.04.010).
   Financial Implications: None
   Contact: Dan Marks, Planning and Development, 981-7400
   Action: Adopted second reading of Ordinance No. 6,980–N.S. Effective June 7, 2007.

3. **Contract: NetFile Online Campaign Report Filing and Tracking**
   From: City Manager
   Recommendation: Adopt a Resolution authorizing the City Manager to execute a contract with Westcoast Online Information Systems, Inc. dba NetFile for online campaign report and Form 700 filing and tracking for a period of four years at a cost not to exceed $91,200.
   Financial Implications: See report
   Contact: Pamyla Means, City Clerk, 981-6900
   Action: Adopted Resolution No. 63,669–N.S. (Noes – Worthington).

4. **Minutes for Approval**
   From: City Manager
   Recommendation: Approve the minutes for the Council meetings of February 20, 2007 (joint closed), February 27, 2007 (special and regular), March 12, 2007 (joint closed), March 13, 2007 (special and regular), March 20, 2007 (special and regular), March 27, 2007 (special and regular) and March 29, 2007 (closed).
   Financial Implications: None
   Contact: Pamyla Means, City Clerk, 981-6900
   Action: Approved minutes as submitted.

5. **CALReUSE (California Recycle Underutilized Sites) Loans**
   From: City Manager
   Recommendation: Adopt a Resolution authorizing the City Manager to execute CALReUSE (California Recycle Underutilized Sites) loans as a Strategic Partner of the California Pollution Control Financing Authority.
   Financial Implications: See report
   Contact: Michael Caplan, Office of Economic Development, 981-7530
   Action: Adopted Resolution No. 63,670–N.S.

| Consent Calendar |
|---|

6. **Increase Purchase Order: Pinnacle Printing Services**
   **From: City Manager**
   **Recommendation:** Adopt a Resolution authorizing the City Manager to increase blanket purchase order (BPO) 62737 with Pinnacle Printing Systems to pay for printing and mailing services already provided, for a total amount not to exceed $35,000 for the period of July 1, 2006 through June 30, 2007.
   **Financial Implications:** Various Funds - $17,000
   Contact: Robert Hicks, Finance, 981-7300
   **Action:** Adopted Resolution No. 63,671–N.S.

7. **Formal Bid Solicitations and Request for Proposals**
   **From: City Manager**
   **Recommendation:** Approve the attached request for proposals (RFP) that will be, or is planned to be, issued upon final approval by the requesting department or division.
   **Financial Implications:** Various Funds - $264,000
   Contact: Robert Hicks, Finance, 981-7300
   **Action:** Approved recommendation.

8. **Issuance of General Obligation Refunding Bonds, 2007 Series A and Series B**
   **From: City Manager**
   **Recommendation:** Adopt a Resolution authorizing the issuance of G.O. Refunding Bonds, 2007 Series A to refund the COB 1997 Measure G G.O. Bonds. And, adopt a Resolution authorizing the issuance of G.O. Refunding Bonds, 2007 Series B to refund the COB Measure S 1997 G.O. Bonds, the 1998 G.O. Bonds, and the 1999 G.O. Bonds.
   **Financial Implications:** See report.
   Contact: Robert Hicks, Finance, 981-7300
   **Action:** Adopted Resolution No. 63,672–N.S. (G.O. Refunding Bonds, 2007 Series A) and Resolution 63,691–N.S. (G.O. Refunding Bonds, 2007 Series B).

9. **Mobile Disaster Fire Protection System**
   **From: City Manager**
   **Recommendation:** Adopt a Resolution authorizing the City Manager to executive a contract and any amendments with Hytrans BV for portions of the Mobile Disaster Fire Protection System (MDFPS) in an amount not to exceed $4,700,000.
   **Financial Implications:** Community Facilities District #1 Fire Protection Bond Fund - $4,700,000
   Contact: Debra Pryor, Fire Chief, 981-5500
   **Action:** Adopted Resolution No. 63,673–N.S.

10. **May is Mental Health Month**
    **From: Mental Health Commission**
    **Recommendation:** Adopt a Resolution proclaiming May 2007 as Mental Health Month in the City of Berkeley.
    **Financial Implications:** None
    Contact: Carol Patterson, Commission Secretary, 981-5217
    **Action:** Adopted Resolution No. 63,674-N.S.

| Consent Calendar |
|---|

11. **Renewal Grants: Shelter Plus Care Program**
    **From:** City Manager
    **Recommendation:** Adopt a Resolution authorizing the City Manager to accept grant awards from the U.S. Department of Housing and Urban Development to renew two Shelter Plus Care grants: one for the amount of $1,985,736 for tenant-based rental assistance for the period May 24, 2007 through May 23, 2008, and the other for the amount of $112,908 for sponsor-based rental assistance for the Shelter Plus Care Pathways Project for the period June 1, 2007 through May 31, 2008.
    **Financial Implications:** See report
    Contact: Stephen Barton, Housing, 981-5400
    **Action:** Adopted Resolution No. 63,675–N.S.

12. **Grant: Measure B Revenue**
    **From:** City Manager
    **Recommendation:** Adopt a Resolution approving the 12-month Measure B program plan for paratransit services and authorizing the City Manager to transmit the plan and 12-month claim in the amount of 191,499 for Measure B annual pass-through funds for use during fiscal year 2008 to the Alameda County Transportation Improvement Authority (ACTIA) and to deposit the grant revenue.
    **Financial Implications:** See report
    Contact: Stephen Barton, Housing, 981-5400
    **Action:** Adopted Resolution No. 63,676–N.S.

13. **Contract: Lighting Efficiencies**
    **From:** City Manager
    **Recommendation:** Adopt a Resolution authorizing the City Manager to execute a sole-source contract for lighting efficiency improvements at Sather Gate Garage, Berkeley Marina Corporation Yard and Administration Building, Fire Stations No. 2, No. 4, and No. 5, and the Public Works Transfer Station Administration Buildings, with T. Marshall Associates in an amount not to exceed $67,942 for the period May 9, 2007 through December 31, 2007.
    **Financial Implications:** See report
    Contact: Stephen Barton, Housing, 981-5400
    **Action:** Adopted Resolution No. 63,677–N.S.

14. **Contract: Occupational Health Services**
    **From:** City Manager
    **Recommendation:** Approve a Resolution authorizing the City Manager to execute contracts with The Kaiser Permanente Medical Group for occupational health medical examinations including pre-employment and annual physicals and Emeryville Occupational Medical Center for drug and alcohol sample collection for the period July 1, 2007 through June 30, 2012 in an amount not to exceed $250,000 and $50,000 respectively.
    **Financial Implications:** See report
    Contact: David W. Hodgkins, Human Resources, 981-6800
    **Action:** Adopted Resolution No. 63,678–N.S.



| Consent Calendar |
|---|

15. **Classification: Energy Program Manager**
    **From:** City Manager
    **Recommendation:** Adopt a Resolution to amend Resolution No. 61,840–N.S., Classification and Salary Resolution for Public Employees Union Local One, to change the classification title of Energy Officer to Energy Program Manager with a revised classification specification and salary range of $6,875 – 8,357 per month effective May 6, 2007.
    **Financial Implications:** See report
    Contact: David W. Hodgkins, Human Resources, 981-6800
    **Action:** Adopted Resolution No. 63,679–N.S.

16. **Contract: Hazardous and Universal Waste Disposal**
    **From:** City Manager
    **Recommendation:** Approve a Resolution authorizing the City Manager to execute a contract with Romic Environmental Technologies Corporation for disposal of hazardous and universal waste generated by the City and to provide emergency response, cleanup and disposal services
    **Financial Implications:** See report
    Contact: David W. Hodgkins, Human Resources, 981-6800
    **Action:** Adopted Resolution No. 63,680–N.S.

17. **Contract: Construction of Gilman Street Sports Fields**
    **From:** City Manager
    **Recommendation:** Adopt a Resolution accepting the bid from McGuire & Hester, Inc., and authorizing the City Manager to execute a contract and any amendments with McGuire & Hester, Inc. in an amount not to exceed $5,003,075, which includes a 10% contingency, for the term May 9, through December 31, 2007 to construct the Gilman Street Sports Fields; and appropriating $4,881,701 in the FY2008 Parks budget.
    **Financial Implications:** $5,003,075 expenditures.
    Contact: Marc Seleznow, Parks, Recreation and Waterfront
    **Action:** Adopted Resolution No. 63,681–N.S.

18. **Purchase Order: Tire Repair Services**
    **From:** City Manager
    **Recommendation:** Adopt a Resolution authorizing the City Manager to increase blanket purchase order No. 61535 with Dependable Tire Solutions to pay for tire repair services already provided for a total amount not to exceed $30,000 for the period July 1, 2006 through June 30, 2007.
    **Financial Implications:** Equipment Maintenance Fund - $5,000
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,682–N.S.



| Consent Calendar |
|---|

19. **Contract: On-Call CCTV Inspection Services**
    **From: City Manager**
    **Recommendation:** Adopt a Resolution authorizing the City Manager to execute a contract and any amendments, extensions or change orders with E2 Consulting Engineers, Inc. in the amount not to exceed $450,000, to provide on-call CCTV (Closed Circuit Television) inspection services for a three-year period, from July 1, 2007 through June 30, 2010.
    **Financial Implications:** Sewer and Clean Stormwater Funds - $450,000
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,683–N.S.

20. **Final Tract Map 7726: 2700 San Pablo Avenue**
    **From: City Manager**
    **Recommendation:** Adopt a Resolution approving the final map of Tract Map 7726, a thirty-five unit residential and commercial condominium located at 2700 San Pablo Avenue.
    **Financial Implications:** None
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,684–N.S.

21. **Contract: Refuse Services Rate Study**
    **From: City Manager**
    **Recommendation:** Adopt a Resolution authorizing the City Manager to execute a contract with R3 Consulting Group, Inc., for a refuse services rate study in an amount not to exceed $40,550 for the period April 1, 2007 through June 30, 2008.
    **Financial Implications:** Refuse Fund - $40,550
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,685–N.S.

22. **Contract Amendment: On-Call General Surveying Services**
    **From: City Manager**
    **Recommendation:** Adopt a Resolution authorizing the City Manager to execute an amendment to Contract No. 6983 contract with Logan Surveying, Inc., approved by Resolution No. 63,295–N.S., for on-call general surveying services, increasing the amount by $250,000 for a total amount not to exceed $500,000 for the period July 1, 2006 through July 1, 2009.
    **Financial Implications:** Various Funds - $250,000
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No 63,686–N.S.

23. **Contract: Delivery Services for Residential Food Scrap Containers**
    **From: City Manager**
    **Recommendation:** Adopt a Resolution authorizing the City Manager to execute a contract with Environmental Delivery Services, Inc. for house-to-house delivery of residential food scrap kitchen pails, in an amount not to exceed $40,425 for FY 2008.
    **Financial Implications:** Refuse and Alameda County Waste Management Funds - $40,425
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,687–N.S.

## Consent Calendar

24. **Reappointment of Susan Kupfer to the Board of Library Trustees**
    **From: Board of Library Trustees**
    **Recommendation:** Appoint Trustee Susan Kupfer to the Board of Library Trustees for a second term ending May 13, 2011.
    **Financial Implications:** None
    Contact: Donna Corbeil, Commission Secretary, 981-6195
    **Action:** Removed from Consent Calendar for discussion. M/S/C (Moore/Wozniak) approved recommendation.

## Council Consent Items

25. **Teen Recreation Programs**
    **From: Mayor Bates**
    **Recommendation:** Request that:
    1. City Council schedule a 10 minute power-point presentation on June 12 from Berkeley High School Community Partnership Academy students on their Survey of Berkeley Teen's Needs for Out-of-School Activities in Berkeley
    2. Request the City Manager to develop a proposal and cost estimate to expand Teen Programs in the City of Berkeley Recreation Division for FY 2008 and 2009 biennial budget deliberations.
    **Financial Implications:** See report
    Contact: Tom Bates, Mayor, 981-7100
    **Action:** Approved recommendation

26. **City Car Share Program Evaluation and Expansion**
    **From: Mayor Bates**
    **Recommendation:** That the City Council request the City Manager:
    1. Provide an update to the City Council on our city fleet partnership with City CarShare
    2. Identify opportunities for expansion of the program, including mandatory retirement of additional city fleet vehicles
    3. Consider requiring more employees to use CarShare rather than a traditional
    4. fleet vehicle
    5. Examine expanding our fleet CarShare program to city worksites/ offices beyond the civic center.
    **Financial Implications:** None
    Contact: Tom Bates, Mayor, 981-7100
    **Action:** Approved recommendation.

27. **Restore Electricity to Aquatic Park EGRET's Cabin**
    **From: Councilmember Moore**
    **Recommendation:** That the Berkeley City Council refers the following to the FY2008-2009 budget process: A request for $15,000 to be used to pay for equipment and services related to restoring electricity to the Aquatic Park EGRET cabin.
    **Financial Implications:** General Fund - $15,000
    Contact: Darryl Moore, Councilmember, District 2, 981-7120
    **Action:** Approved recommendation.



| Council Consent Items |
|---|

28. **Sex Reassignment Surgery as Part of Employee Healthcare Benefits**
    **From: Councilmembers Moore and Worthington**
    **Recommendation:** Request the City Manager and the Personnel Board to discuss the financial feasibility of incorporating sex reassignment surgery into employee healthcare benefits. Return to City Council in six months with an implementation strategy.
    **Financial Implications:** Unknown
    Contact: Darryl Moore, Councilmember, District 2, 981-7120
    **Action:** Acknowledged revised Agenda Report and referred to the City Manager to submit a feasibility study in six months or less.

29. **Options' Recovery Services**
    **From: Councilmembers Moore, Olds, Worthington and Wozniak**
    **Recommendation:** That the Berkeley City Council refers $200,000 to the FY 2008/2009 budget process in order for Options' Recovery Services to continue operating at current service levels
    **Financial Implications:** General Fund - $200,000
    Contact: Darryl Moore, Councilmember, District 2, 981-7120
    **Action:** Approved recommendation.

30. **Full Youth Employment for YouthWorks Summer 2008 and 2009**
    **From: Mayor Bates, and Councilmembers Moore and Anderson**
    **Recommendation:** Request the City Manager to develop a proposal and cost estimate for FY 2008 & 2009 Biennial Budget process for full youth employment by expanding the City of Berkeley Youth Employment Program (YouthWorks) capacity to accept all eligible applicants.
    **Financial Implications: To be determined**
    Contact: Darryl Moore, Councilmember, District 2, 981-7120
    **Action:** Approved recommendation.

31. **Recommendations by the Disaster and Fire Safety Commission Regarding Seismic Rebate Program and Plan**
    **From: Councilmember Capitelli**
    **Recommendation:** Refer to the City Manager the recommendations made to the City Council by the Disaster and Fire Safety Commission in their memo of September 21, 2006, related to the City's seismic retrofit rebate program, and return to Council with:
    1. Language that incorporates specific suggestions related to Plan Set A, including the formation of an ad hoc group of engineers/experts to review these and future proposals, by April 2008.
    2. An evaluation and proposal for implementation of the Los Angeles hillside building code by December 2007
    3. A process for fully developing the library of "Additional Details" for Plan Set A
    4. A report of trends in the seismic rebate program through June 2008, including an evaluation of the implementation of Plan Set A.
    **Financial Implications:** See report
    Contact: Laurie Capitelli, Councilmember, District 5, 981-7150
    **Action:** Approved recommendation.

| Council Consent Items |
|---|

32. **Support for the Women's Equality Amendment (H.J.Res 40)**
    **From: Councilmembers Worthington, Spring and Olds**
    Recommendation: That the Berkeley City Council support efforts in the US House of Representatives and US Senate to pass the Women's Equality Amendment.
    **Financial Implications: None**
    Contact: Kriss Worthington, Councilmember, District 7, 981-7170
    **Action:** Approved recommendation.

33. **Community Involved Policing for Telegraph Avenue**
    **From: Councilmember Worthington**
    Recommendation: That the Berkeley City Council refer to the City Manager the creation of a report evaluating funding and organizational changes needed to implement community-involved policing for the Telegraph Avenue Area including:
    1. Creation of a foot patrol for Telegraph Avenue
    2. Opportunities for assigned officers to initiate contact with businesses and residents
    3. Designation of a cell phone or pager to provide prompt response from on-duty officers in the area
    4. An estimate of any additional funding needed to implement community-involved policing for Telegraph.
    **Financial Implications:** See report
    Contact: Kriss Worthington, Councilmember, District 7, 981-7170
    **Action:** Removed from the Consent Calendar for discussion. M/S/C (Moore/Worthington) approved recommendation and added evaluation of all commercial areas.

| Public Comment – Items Not Listed on the Agenda – 3 |
|---|

| Action Calendar – Presentation |
|---|

34. **Oral Presentation: Plans For Obsolete Fire Station No. 7**
    **From: City Manager**
    **Contact: Debra Pryor, Fire Chief, 981-5500**
    **Action:** No action taken.

| Action Calendar – Appeals |
|---|

35. **ZAB Appeal: 2721 Shattuck Avenue (Nextel)**

    a. **From: City Manager**
    **Recommendation:** Set a public hearing on July 10, 2007 on Use Permit No. 04-10000068 for a new wireless telecommunications facility (including six antennas and related equipment) for Nextel Communications at 2721 Shattuck Avenue.
    **Financial Implications:** See Report.
    Contact: Dan Marks, Planning and Development, 981-7400

    b. **Appeal**
      1. Corey Alvin (representative for Nextel Communications, applicant/appellant)

    c. **Communications**
    None

    **Action:** M/S/C (Capitelli/Maio) continued to May 22, 2007.

36. **ZAB Appeal: 2721 Shattuck Avenue (Verizon)**

    a. **From: City Manager**
    **Recommendation:** Set a public hearing on July 10, 2007 on Use Permit No. 05-10000033 for a new wireless telecommunications facility (including five antennas and related equipment) for Verizon Wireless at 2721 Shattuck Avenue.
    **Financial Implications:** See Report.
    Contact: Dan Marks, Planning and Development, 981-7400

    b. **Appeal**
      1. James Singleton (representative for Verizon Wireless, applicant/appellant)

    c. **Communications**
      1. Paul B. Albritton, Mackenzie & Albritton, LLP
      2. Felicia Betancourt, et al
      3. Eugene Turitz

    **Action:** M/S/C (Capitelli/Maio) continued to May 22, 2007.

## RECESS 9:04 – 9:18 P.M.

| Action Calendar – Public Hearing |
|---|

37. **ZAB Appeal: 2701 Shattuck Avenue**

    a. **From: City Manager**
    **Recommendation:** Conduct a public hearing and upon conclusion, Adopt a Resolution affirming the decision of the Zoning Adjustment Board to approve Use Permit No. 04-10000014 to construct a 24-unit, mixed-use project, and dismissing the appeal.
    **Financial Implications:** None
    Contact: Dan Marks, Planning and Development, 981-7400

    **Public Testimony:** The Mayor opened the public hearing - 14 speakers. M/S/C (Wozniak/Maio) to close the public hearing.



| Action Calendar – Public Hearing |
|---|

**M/S/C (MAIO/ANDERSON) EXTENDED THE MEETING TO MIDNIGHT. COUNCILMEMBER OLDS NOTED ABSENT AT 10:58 P.M.**

**Action:** M/S/C (Anderson/Maio) continued the public hearing to July 10, 2007 and directed staff to work with the developer and neighbors to eliminate the 5th story and address options for the 4th story.

38. **Grant: 2006 Citizen's Options for Public Safety (COPS) Grant**
    **From:** City Manager
    **Recommendation:** Conduct a public hearing and upon conclusion, adopt a Resolution authorizing the City Manager to accept $205,118 in California Citizen's Options for Public Safety (State COPS) grant funding for fiscal year 2007 for half time Community Services Specialist I, hourly Juvenile Bureau Counselor, hourly Police Aides and miscellaneous small equipment.
    **Financial Implications:** See Attached
    Contact: Douglas N. Hambleton, Police 981-5700
    **Public Testimony:** The Mayor opened the public hearing – 0 speakers. M/S/C (Moore/Capitelli) to close the public hearing.

    **RECESS 11:11 – 11:20 P.M.**

    **Action:** M/S/C (Moore/Capitelli) adopted Resolution No. 63,688–N.S. (Absent – Maio, Olds).

| Action Calendar – Old Business |
|---|

39. **Adopt CDBG/ESG Funding for Community Agencies** *(Continued from April 24, 2007)*
    **From:** City Manager
    **Recommendation:** Adopt a Resolution:
    1. Approving proposals for funding under the FY 2008 CDBG, ESG, and HOME Community Housing Development Organization (CHDO) operating expense programs;
    2. Authorizing the execution of resultant agreements and amendments for the FY 2008 CDBG, ESG, and HOME CHDO operating expense funds (5% of HOME funds) with conditional two-year contracts for CDBG-funded community agency projects in the Public Services category;
    3. Allocating 84% of the FY 2008 HOME funds in the Housing Trust Fund and 11% for HOME program administration; and
    4. Authorizing the City Manager to submit the Third-Year Annual Action Plan to the U.S. Department of Housing and Urban Development (HUD) which includes the applications for CDBG, ESG, and HOME funding and all resulting agreements with HUD to accept the funds.
    **Financial Implications:** See report.
    Contact: Stephen Barton, Housing, 981-5400
    **Action:** Moved to the Consent Calendar and adopted Resolution No. 63,689–N.S.

| Action Calendar – Old Business |
|---|

40.  **Sunshine Ordinance Process**
     *(Information report that was moved to the Action Calendar at the April 30, 2007 Agenda Committee meeting).*
     **From City Manager**
     Contact: Manuela Albuquerque, City Attorney, 981-7000
     Public Comments: 1
     **Action:** Staff to submit timeline and next steps to proceed on May 22, 2007.

41.  **Sweatshop Free Berkeley Ordinance**
     *(Information report that was moved to the Action Calendar at the April 30, 2007 Agenda Committee meeting.)*
     **From: City Manager**
     Contact: Michael Caplan, Office of Economic Development, 981-7000
     **Action:** Continued to May 22, 2007.

| Action Calendar – New Business |
|---|

42.  **Amend Resolution 62,857-N.S. Regarding Council Rules of Procedure Pertaining to Submission of Agenda**
     **From: City Manager**
     **Recommendation:** Amend Resolution 62,857–N.S. and readopt Council Rules of Procedure regarding the deadline for submission of agenda reports for council meetings.
     **Financial Implications:** See report
     Contact: Pamyla Means, City Clerk, 981-6900
     **Action:** Moved to the Consent Calendar and adopted Resolution No. 63,690–N.S.

43.  **Disaster and Fire Safety Commission Priorities for 2007**
     **a. From: Disaster and Fire Safety Commission**
     **Recommendation:** That the current momentum be allowed to continue, by retaining and supporting the work of the City staff (in the Office of Emergency Services, Fire Department, Police Department, City Manager's Office, Planning and Development Department, and Health and Human Services, among others), who are coordinating the work in each of the following program areas:
     1. Seismic Building Safety - a) Transfer Tax Seismic Retrofit Standards, b) Soft Story Program, c) Unreinforced Masonry Program
     2. Office of Emergency Services Revitalization
     3. Sheltering Plans
     4. Critical Emergency Traffic
     5. Pandemic Preparedness
     6. Memorial Stadium and Southeast Campus Integrated Projects Plan
     7. CERT Program and Disaster Caches.
     **Financial Implications:** Unknown
     Contact: Gil Dong, Commission Secretary, 981-5500

| Action Calendar – New Business |
|---|

**b. From City Manager**
**Recommendation:** The City Manager refers this item to the budget process for consideration and review by impacted City departments. The recommendations put forth by the Disaster and Fire Safety Commission is comprehensive and crosses multiple department responsibilities, which requires City staff to evaluate further.
**Financial Implications:** Approximately $400,000
Contact: Gil Dong, Assistant Fire Chief, Fire Department, 981-5500
**Action:** Moved to the Consent Calendar and approved Item b – Recommendation from the City Manager.

44. **Public Commons for Everyone Initiative**
   **a. From: City Manager**
   **Recommendation:** That Council discusses and provides direction on options to:
   1. Restrict smoking in public areas in commercial zones.
   2. Install better directional signage to public restrooms.
   3. Develop prohibitions and increased fines for public urination and defecation.
   4. Provide for strict enforcement of all existing laws affecting the quality of life in public spaces and parks
   5. Reduce warning provisions associated with regulation prohibiting lying on the sidewalk.
   **Financial Implications:** See report
   Contact: Jim Hynes, Office of the City Manager, 981-7000

   **b. From: Homeless Commission, Mental Health Commission and Human Welfare Commission**
   **Recommendation:** The Homeless, Mental Health, and Human Welfare and Community Action Commissions recommend the Mayor and City Council to not take any action on May 8, 2007 on any of the proposals and recommendations contained in the Public Commons for Everyone Initiative or the City Manager's workplan submitted to Council on March 27, 2007. Additionally, the Commissions recommend that:
   1. The Mayor and Council direct staff to provide additional information in order for the Commissions to properly advise the Mayor and Council. Without more detailed information, the Commissions believe they cannot support any elements of the proposal or workplan items.
   2. The Mayor and Council allocate more money to a variety of needed services.
   3. The Mayor, Council, and staff consult with the Commissions throughout the development of staff recommendations for implementation.
   4. The Mayor hold a joint meeting with the Homeless Commission, the Mental Health Commission, and the Human Welfare and Community Action Commission to discuss the PCEI and staff workplan, preferably prior to May 8, 2007 City Council meeting.
   **Financial Implications** Unknown
   Contact: Jennifer Vasquez, Homeless Commission Secretary, 981-5400

| Action Calendar – New Business |
|---|

**11:55 P.M. – M/S/C (MAIO/WOZNIAK) SUSPENDED RULES AND EXTENDED MEETING TO 12:15 A.M.**

PUBLIC COMMENTS – 20

**COUNCILMEMER MOORE NOTED ABSENT 12:09 A.M.**

**Action:** Continued discussion to May 22, 2007 – Mayor Bates to submit additional recommendations.

| Public Comment – Items Not Listed on the Agenda |
|---|

| Information Reports |
|---|

45. **Council Referrals to the Budget Process Summary**
    **From City Manager**
    Contact: Tracy Veseley, Budget Manager, 981-7000
    **Action:** Received and filed.

46. **Unrepresented Temporary Employees**
    **From: City Manager**
    Contact: David W. Hodgkins, Human Resources, 981-6800
    **Action:** Received and filed.

47. **Results of Annual Management Audit**
    **From: Mayor**
    Contact: Tom Bates, Mayor, 981-7100
    **Action:** Received and filed.

48. **LPC NOD: 2727 Milvia Street**
    **From: City Manager**
    Contact: Dan Marks, Planning and Development, 981-7400
    **Action:** M/S/C (Anderson/Moore) moved to Action and set date for public hearing for July 17, 2007.

49. **LPC NOD: 700 University Avenue**
    **From: City Manager**
    Contact: Dan Marks, Planning and Development, 981-7400
    **Action:** Received and filed.

50. **Annual Report 2006**
    **From: Mental Health Commission**
    Contact: Carol Patterson, Commission Secretary, 981-5217
    **Action:** Received and filed.

| Adjournment – 12:15 a.m., Wednesday, May 9, 2007 |
|---|

Adjourned in memory of Camden Jones.



## Communications

*Council rules limit action on Communications to referral to the City Manager and/or Boards and Commissions for investigation and/or recommendations. All communications submitted to Council are public record.*

### Item 40: Sunshine Ordinance Process
1. Terry Francke

### Item 44: Public Commons for Everyone Initiative
2. boona cheema, Berkeley Community Coalition

### Climate Change
3. Cisco Devries, on behalf of Mayor Bates' office
4. Walter Wood

### New Regulation for Earthquake Retrofit
5. Soufiane Bendaou

## Supplemental Communications and Reports 1

### Item 24: Reappointment of Susan Kupfer to the Board of Library Trustees
6. Leona Wilson
7. Henry Clarence
8. Letters submitted by Gene Bernardi

### Item 28: Sex Reassignment Surgery as Part of Employee Healthcare Benefits
- Supplemental report, submitted by Councilmember Moore

### Item 33: Community Involved Policing for Telegraph Avenue
9. Vincent Casalaina, Willard Neighborhood Association

### Item 36: ZAB Appeal: 2721 Shattuck Avenue (Verizon)
10. Jesse Arreguin, on behalf of Berkeley Neighborhood Antenna-Free Union
11. Paul Albritton, Mackenzie & Albritton LLP, on behalf of Verizon Wireless

### Item 37: ZAB Appeal: 2701 Shattuck Avenue
12. Gordon W. Choyce II
13. Rolf Bell

### Item 39: Adopt CDBG/ESG Funding for Community Agencies *(Continued from April 24, 2007)*
14. Margie Gurdziel, Parks & Recreation Commission
15. Anonymous

### Item 40: Sunshine Ordinance Process
16. Lauren Woon, on behalf of Mark Schlosberg, ACLU of Northern California

| Supplemental Communications and Reports 1 |
|---|

**Item 44: Public Commons for Everyone Initiative**
17. boona cheema, Building Opportunities for Self-Sufficiency
18. Osha Neumann

| Supplemental Communications and Reports 2 |
|---|

**Item 9: Mobile Disaster Fire Protection System**
19. Mark Oberle

**Item 24: Reappointment of Susan Kupfer to the Board of Library Trustees**
20. Gene Bernardi
21. Letters submitted by Pam Sihvola

**Item 28: Sex Reassignment Surgery as Part of Employee Healthcare Benefits**
- Revised report, submitted by Councilmember Moore

**Item 35: ZAB Appeal: 2721 Shattuck Avenue (Nextel)**
22. Unknown
23. Elizabeth Ditmars

**Item 37: ZAB Appeal: 2701 Shattuck Avenue**
24. Stephen Wollmer
25. Gordon W. Choyce II

**Item 39: Adopt CDBG/ESG Funding for Community Agencies** *(Continued from April 24, 2007)*
- Supplemental report, submitted by Housing
26. Tony Leong, Asians for Job Opportunities in the Bay Area, Inc. (AJOB)
27. Sharleen Harty, on behalf of Berkeley Food & Housing Project

**Item 41: Sweatshop Free Berkeley Ordinance**
28. Unknown

**Item 44: Public Commons for Everyone Initiative**
- Supplemental information, submitted by Mayor Bates

**Japanese Peace Lantern Ceremony**
29. Unknown

**1885 University Avenue**
30. Dea Lee Harrison
31. Stuart M. Flashman, on behalf of Neighbors for a Livable Berkeley Way
32. Regan Richardson