# EXHIBIT R

# SUMMARY MINUTES
# BERKELEY CITY COUNCIL MEETING

### TUESDAY, MAY 22, 2007
### Council Chambers – 2134 Martin Luther King Jr. Way
### Teleconference Location – 1636 Channing Way, Berkeley, CA

## Preliminary Matters

**Roll Call:** 7:58 p.m. All present.

**Ceremonial Matters:**
1. Proclamation declaring the week of May 20-26, 2007 as National Public Works Week.
2. Proclamation declaring June 8th-10th, 2007 as days in recognition of Special Olympics Northern California Summer Games 2007.
3. The Mayor announced the Fourth Annual Berkeley World Music Festival taking place on June 2nd and 3rd, from noon to 9:00 p.m. on Telegraph Avenue.

**City Manager Comments:** None

**Public Comment on Consent Calendar Items Only – 25**

## Consent Calendar

**Action:** M/S/C (Anderson/Worthington) adopted Consent Calendar in one motion except as indicated:

1. **Sweatshop Free Berkeley Ordinance (Continued from May 8, 2007)**
   *(Information report that was moved to the Action Calendar at the April 30, 2007 Agenda Committee meeting.)*
   **From:** City Manager
   **Recommendation:** Continue to June 12, 2007 for discussion and direction.
   **Financial Implications:** See report
   **Contact:** Michael Caplan, Office of the City Manager, 981-7000
   **Action:** Approved recommendation.

2. **Assessment: Telegraph Business Improvement District** *(To be delivered)*
   **From:** City Manager
   **Recommendation:** Adopt a Resolution approving the Annual Assessment Report for the Telegraph Property and Business Improvement District (TBID) for FY 2007, declaring an intention to levy special assessments in the District for FY 2008, and setting a public hearing on the levy of assessments for July 17, 2007.
   **Financial Implications:** See report
   **Contact:** Michael Caplan, Office of the City Manager, 981-7000
   **Action:** Adopted Resolution No. 63,695–N.S.

| Consent Calendar |
|---|

3. **Assessment: North Shattuck Business Improvement District** *(To be delivered)*
   **From:** City Manager
   **Recommendation:** Adopt a Resolution:
   1) Approving the FY 2007 Annual Report of the North Shattuck Business Improvement District (BID);
   2) Declaring Council's intention to levy an annual assessment for the North Shattuck BID for FY 2008, and;
   3) Scheduling a public hearing for July 17, 2007 to consider levying a renewed assessment for FY 2008.
   **Financial Implications:** See report
   Contact: Michael Caplan, Office of the City Manager, 981-7000
   **Action:** Adopted Resolution No. 63,696–N.S.

4. **Write-Off of Delinquent Accounts Receivable Owed by the Berkeley Unified School District**
   **From:** City Manager
   **Recommendation:** Adopt a Resolution authorizing the write-off of outstanding Sewer fees and Clean Storm Water fees owed by the Berkeley Unified School District (BUSD).
   **Financial Implications:** See report
   Contact: Robert Hicks, Finance, 981-7300
   **Action:** Adopted Resolution No. 63,697–N.S.

5. **Extension of the Sewer Service Billing and Collection Agreement with EBMUD**
   **From:** City Manager
   **Recommendation:** Adopt a Resolution authorizing the City Manager to execute an agreement with the East Bay Municipal Utility District on behalf of the City to extend the sewer service charge billing and collection agreement for an additional 3-year term, expiring June 30, 2010.
   **Financial Implications:** See report
   Contact: Robert Hicks, Finance, 981-7300
   **Action:** Adopted Resolution No. 63,698–N.S.

6. **Formal Bid Solicitation and Request for Proposals**
   **From:** City Manager
   **Recommendation:** Approve the attached new invitation for bid/request for proposal (RFP) that will be, or is planned to be, issued in the next 30 days upon final approval by the requesting department or division.
   **Financial Implications:** See report
   Contact: Robert Hicks, Finance Department, 981-7300
   **Action:** Approved recommendation.



## Consent Calendar

7. **Contract Amendments: HIV Education and Prevention Services**
   **From: City Manager**
   **Recommendation:** Adopt a Resolution authorizing the City Manager to execute amendments to the contracts with the Women's Daytime Drop-in Center – No. 7124 ($3,000), Pacific Center for Human Growth – No. 7088 ($44,000) and Berkeley Public Education Foundation – No. 7151 ($26,744) for HIV prevention and education services to increase the contracts' amounts by $73,744 for the total contracts' amounts not to exceed $155,244; and to extend the expiration dates to December 31, 2007.
   **Financial Implications:** State Health Fund - $73,744
   Contact: Fred Medrano, Health and Human Services, 981-5100
   **Action:** Adopted Resolution No. 63,699–N.S.

8. **Contract Amendment: Laboratory Services**
   **From: City Manager**
   **Recommendation:** Adopt a Resolution authorizing the City Manager to execute an amendment to Contract No. 7102 with UNILAB-Quest Diagnostics Laboratory for the provision of laboratory testing services to increase the amount by $165,500 for a total contract amount not to exceed $190,000, and to extend the expiration date to September 30, 2007.
   **Financial Implications:** See report
   Contact: Fred Medrano, Health and Human Services, 981-5100
   **Action:** Adopted Resolution No. 63,700–N.S.

9. **Amended and Restated Lease and Settlement Agreement with Boykin**
   **From: City Manager**
   **Recommendation:** Adopt first reading of an Ordinance authorizing the City Manager to execute the Amended and Restated Lease ("Amended Lease") and related Settlement Agreement with Boykin Berkeley LLC ("Boykin"), the owner of the Doubletree Hotel ("Hotel") located at the Berkeley Marina for a term effective from August 7, 2004 through December 31, 2058.
   **Financial Implications:** See report
   Contact: Marc Seleznow, Parks, Recreation and Waterfront, 981-6700
   **Action:** Adopted first reading of Ordinance No. 6,981–N.S. Second reading scheduled for June 12, 2007. Adopted Resolution No. 63,701–N.S. (Noes – Spring, Worthington)

10. **Contract: Environmental Monitoring Services for the Gilman Construction Project**
    **From: City Manager**
    **Recommendation:** Adopt a Resolution authorizing the City Manager to execute a contract and any amendments with Fugro West, Inc. for environmental monitoring services at the Gilman construction project site in an amount not to exceed $38,000, which includes a ten percent contingency for the period of June 1, 2007 through December 31, 2007.
    **Financial Implications:** See report
    Contact: William Rogers, Parks Recreation and Waterfront, 981-6700
    **Action:** Adopted Resolution No. 63,702–N.S.

Case 4:07-cv-04034-WDB    Document 8-19    Filed 10/02/2007    Page 5 of 16

---

---

**Consent Calendar**

11. **Real Property Acquisition - West Berkeley Industrial Park and Savo Island Redevelopment Plans**
    **From:** City Manager
    **Recommendation:** Adopt first reading of Ordinances
    1) Adopting a description of the program for the acquisition of real property for the Redevelopment Plan for the West Berkeley Redevelopment Project Area, and related actions
    2) Adopting a description of the program for the acquisition of real property for the redevelopment plan for the Savo Island Redevelopment Project Area.
    **Financial Implications:** None
    Contact: Dan Marks, Planning and Development, 981-7400
    **Action:** Adopted first reading of Ordinance No. 6,982–N.S. and Ordinance No. 6,983–N.S. Second reading scheduled for June 12, 2007.

12. **Replacement Member: Joint LPC-DAPAC Subcommittee for Historical Resources Assessment Guidelines**
    **From:** City Manager
    **Recommendation:** Appoint one replacement member, Carrie Olson, to the Landmarks Preservation Commission's (LPC) joint subcommittee on historic resources with the Downtown Area Plan Advisory Committee (DAPAC), as recommended by the LPC.
    **Financial Implications:** None
    Contact: Dan Marks, Planning and Development, 981-7400
    **Action:** Approved recommendation.

13. **Contract Amendment: Recycling Assistance for Berkeley Schools**
    **From:** City Manager
    **Recommendation:** Adopt a Resolution authorizing the City Manager to execute an amendment to Contract No. 6836 with Marcy Greenhut to provide technical assistance to Berkeley schools for recycling and waste reduction, increasing the amount by $11,000 for a total amount not to exceed $35,000, for the period October 18, 2005 to October 30, 2007.
    **Financial Implications:** See report
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,703–N.S.

14. **Contract Amendment: Citywide Elevator Maintenance**
    **From:** City Manager
    **Recommendation:** Adopt a Resolution authorizing the City Manager to execute a contract amendment for citywide elevator maintenance with ThyssenKrupp Elevator Corporation, Contract No. 6858, approved by Resolution No. 62,026–N.S., and increasing the amount to a total not to exceed $244,000 for the period May 13, 2003 to June 30, 2008.
    **Financial Implications:** Building Maintenance Fund - $51,000
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,704–N.S.

| Consent Calendar |
|---|

15. **Contract: Architectural and Engineering Services**
    From: City Manager
    **Recommendation:** Adopt a Resolution authorizing the City Manager to execute a contract and any amendments with Ratcliff Architects, to provide phase one of architectural and engineering services for the seismic retrofit of the Facilities Maintenance Building at the Corporation Yard.
    **Financial Implications:** FEMA PDM Grant Fund - $128,640
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,705-N.S.

16. **Final Tract Map 7547: 2616-2020 Telegraph Avenue**
    From: City Manager
    **Recommendation:** Adopt a Resolution approving the final map of Tract Map 7547, a twenty-unit residential and commercial condominium located at 2616 Telegraph Avenue.
    **Financial Implications:** None
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,706-N.S.

17. **Grant: Local Support for Federal Congestion Mitigation and Air Quality Improvement**
    From: City Manager
    **Recommendation:** Reaffirm Resolution 63,595-N.S., authorizing the City Manager to execute and file an application for funding under the Surface Transportation Program (STP) and Congestion Mitigation and Air Quality Improvement Program (CMAQ) of SAFETEA for Travel Choice – Berkeley.
    **Financial Implications: See report**
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Adopted Resolution No. 63,707- N.S.

18. **Audit: Fire-Overtime and Lost Time**
    From: Auditor
    **Recommendation:** That Council request the City Manager to implement the recommendations in the report, and to report back by September 2007, and every six months thereafter, until all recommendations are implemented.
    **Financial Implications:** None
    Contact: Ann-Marie Hogan, City Auditor, 981-6750
    **Action:** Approved recommendation.

| Council Consent Items |
|---|

19. **Budget Referral: Berkeley Boosters Intern**
    From: Councilmembers Moore and Wozniak
    **Recommendation:** Refer to the budget review process a recommendation to fund a one-time expense for a summer intern for Berkeley Boosters at the level of $3,000.
    **Financial Implications:** General Fund - $3,000
    Contact: Darryl Moore, Councilmember, District 2, 981-7120
    **Action:** Approved recommendation.

| Council Consent Items |
|---|

20. **Budget Referral: Dorothy Day's Food Program/Trinity Church Breakfast**
    **From: Councilmember Moore**
    **Recommendation:** That the Berkeley City Council refers $8,000 to the FY2008-2009 budget process for Dorothy Day's Food Program/Trinity Church Breakfast.
    **Financial Implications:** General Fund - $8,000
    Contact: Darryl Moore, Councilmember, District 2, 981-7120
    **Action:** Approved recommendation.

21. **Support for H.R. 2015, Employment Non-Discrimination Act of 2007**
    **From: Councilmember Moore and Worthington**
    **Recommendation:** That the City Manager send a letter of support to our U.S. Senate Representatives, Senators Barbara Boxer and Dianne Feinstein as well as President George W. Bush, for H.R. 2015, Employment Non-Discrimination Act of 2007.
    **Financial Implications:** None
    Contact: Darryl Moore, Councilmember, District 2, 981-7120
    **Action:** Approved recommendation.

22. **Budget Referral: Malcolm X Neighborhood Arts Collaborative**
    **From: Councilmember Anderson**
    **Recommendation:** The Berkeley City Council refer to the budget process $10,000 from the general fund for the Malcolm X Neighborhood Arts Collaborative for the sole purpose of development of a strategic plan in 2007/08. These funds will be used to hire a consultant to work with Malcolm X School and the more than 30 local agencies, neighborhood residents, parents and teachers connected with Malcolm X School and the South Berkeley neighborhood carrying-out a five-year planning process for the collaborative.
    **Financial Implications:** General Fund - $10,000
    Contact: Max Anderson, Councilmember, District 3, 981-7130
    **Action:** Approved recommendation.

23. **Budget Referral: Housing And Services For Severely Disabled Children In West Berkeley**
    **From: Councilmembers Spring and Moore**
    **Recommendation:** That the Council fund the housing and services for severely disabled children in West Berkeley by $15,000 as recommended by the Human Welfare Commission.
    **Financial Implications:** General Fund - $15,000
    Contact: Dona Spring, Councilmember, District 4, 981-7140
    **Action:** Approved recommendation.

| Council Consent Items |
|---|

24. **Support of Fair Labor Practices**
    **From: Councilmember Spring**
    Recommendation: That the Council approve a Resolution requesting that the new Trader Joe's be added to the other Berkeley businesses such as the new Berkeley Bowl
    1. Supporting a strong commitment to fair labor practices such as the hiring of community members for jobs with fair labor standards
    2. Refer to the Labor Commission and City Manager a renewed request for collaboration with community members and union members to create an ordinance that will encourage fair labor standards and practices in Berkeley and beyond.
    **Financial Implications:** See report
    Contact: Dona Spring, Councilmember, District 4, 981-7140
    **Action:** Adopted Resolution No. 63,708–N.S.

25. **Supporting SB 1019: Public Hearing Process In Citizen Police Review Proceedings**
    **From: Councilmember Capitelli**
    Recommendation: Request the City Manger send a letter to our State Senator, Don Perata, and to Senator Gloria Ramirez, expressing support for SB 1019, proposed legislation that would allow civilian review boards and oversight agencies that operate outside of a police department to hold public hearings regarding complaints about police misconduct.
    **Financial Implications:** See report
    Contact: Laurie Capitelli, Councilmember, District 5, 981-7150
    **Action:** Approved recommendation.

26. **Panoramic Hill Emergency Access Route Feasibility Study**
    **From: Councilmember Wozniak**
    Recommendation: That the City Council refer to the budget process $25,000 to match funds requested by the Panoramic Hill Association from the Chancellor's Community Partnership Fund to determine the best location for an emergency access road in the Panoramic Hill area.
    **Financial Implications:** $25,000
    Contact: Gordon Wozniak, Councilmember, District 8, 981-7180
    **Action:** Approved recommendation.

27. **Public Safety Initiative**
    **From: Councilmember Wozniak**
    Recommendation: Refer to the biennial budget review process a recommendation to increase the budget for staffing in the Police Department by 1) $1 million in FY07/08 and 2) an additional $1 million in FY08/09.
    **Financial Implications:** See report
    Contact: Gordon Wozniak, Councilmember, District 8, 981-7180
    **Action:** Removed from Consent to Action Calendar. M/S/C (Wozniak/Olds) to approve recommendation.

| Action Calendar – Appeals |
|---|

Please be advised that the Mayor will allow up to five minutes for both the applicant and appellant to make any relevant comments to the Council prior to their deliberation and determination to do one of the following 1) affirm the decision of the Zoning Adjustments Board and dismiss the appeal; 2) refer the matter back to the Zoning Adjustments Board; or 3) set the matter for public hearing at a future date. No additional public comment will be entertained.

28. **ZAB Appeal: 2721 Shattuck Avenue (Nextel)** *(Continued from May 8, 2007)*
    **a. From: City Manager**
    **Recommendation:** Set a public hearing on Use Permit No. 04-10000068 for a new wireless telecommunications facility (including six antennas and related equipment) for Nextel Communications at 2721 Shattuck Avenue.
    **Financial Implications:** See Report.
    Contact: Dan Marks, Planning and Development, 981-7400
    **b. Appeal**
        1. Corey Alvin (representative for Nextel Communications, applicant/appellant)
    **c. Communications**
        None
    **Financial Implications: See report**
    Contact: Dan Marks, Planning and Development, 981-7400
    **Action:** M/S/C (Worthington/Anderson) adopted Resolution No. 63,709–N.S. to remand to the Zoning Adjustments Board and: 1) directed ZAB to reconsider in light of new evidence since the ZAB decision; 2) directed the City Attorney to review and report any new legal information; 3) directed staff to place the ZAB decision on the Council Agenda for a determination on the decision.

29. **ZAB Appeal: 2721 Shattuck Avenue (Verizon)** *(Continued from May 8, 2007)*
    **a. From: City Manager**
    **Recommendation:** Set a public hearing on Use Permit No. 05-10000033 for a new wireless telecommunications facility (including five antennas and related equipment) for Verizon Wireless at 2721 Shattuck Avenue.
    **Financial Implications:** See Report.
    Contact: Dan Marks, Planning and Development, 981-7400
    **b. Appeal**
        1. James Singleton (representative for Verizon Wireless, applicant/appellant)
    **c. Communications** (May 8, 2007)
        1. Paul B. Albritton, Mackenzie & Albritton, LLP
        2. Felicia Betancourt, et al
        3. Eugene Turitz
    **d. Communications** (May 14, 2007)
        1. Paul B. Albritton, Mackenzie & Albritton, LLP
    **Financial Implications: See report**
    Contact: Dan Marks, Planning and Development, 981-7400
    **Action:** M/S/C (Worthington/Anderson) adopted Resolution No. 63,710–N.S. to remand to the Zoning Adjustments Board and: 1) directed ZAB to reconsider in light of new evidence since the ZAB decision; 2) directed the City Attorney to review and report any new legal information; 3) directed staff to place the ZAB decision on the Council Agenda for a determination on the decision.

    Recess from 9:17p.m. to 9:30 p.m.

## Action Calendar - Appeals

30. **ZAB Appeal: 1885 University Avenue**
    a. From: City Manager
    **Recommendation:** Set the item for a public hearing on Monday July 9, 2007, conduct a public hearing, and upon conclusion, adopt a Resolution approving the project as approved by the Zoning Adjustments Board, with modified findings and conditions of approval that will be provided by staff.
    b. **Appeal**
       1. Stephen Wollmer
    c. **Communications**
       1. Stephen Wollmer (May 8, 2007)
       2. Stephen Wollmer (May 14, 2007)
       3. Wendy Alfsen
       4. Barry Wofsy
       5. Erika Shore
    **Financial Implications:** See report
    Contact: Dan Marks, Planning and Development, 981-7400
    **Action:** M/S/C (Capitelli/Worthington) to set the item for a public hearing on Monday July 9, 2007.

## Action Calendar – Public Hearing

31. **Public Hearing: Budget Hearing #1**
    From: City Manager
    Contact: Tracy Vesely, Budget Manager, 981-7000
    **Public Testimony:** The Mayor opened the public hearing. 7 speakers. M/S/C (Moore/Anderson) to close the public hearing.
    **Action:** Received and filed.

## Action Calendar – Old Business

M/S/C (Moore/Worthington) to extend meeting to 11:30

M/S/C (Capitelli/Anderson) to extend meeting to 11:45

M/S/C (Maio/Bates) to extend meeting to 11:50

32. **Public Commons for Everyone Initiative** *(Continued from May 8, 2007)*
    a. From: City Manager
    **Recommendation:** That Council discusses and provides direction on options to:
       1. Restrict smoking in public areas in commercial zones.
       2. Install better directional signage to public restrooms.
       3. Develop prohibitions and increased fines for public urination and defecation.
       4. Provide for strict enforcement of all existing laws affecting the quality of life in public spaces and parks
       5. Reduce warning provisions associated with regulation prohibiting lying on the sidewalk.
    **Financial Implications:** See report
    Contact: Jim Hynes, Office of the City Manager, 981-7000

**Action Calendar – Old Business**

**b. From: Homeless Commission, Mental Health Commission and Human Welfare Commission**
**Recommendation:** The Homeless, Mental Health, and Human Welfare and Community Action Commissions recommend the Mayor and City Council to not take any action on May 8, 2007 on any of the proposals and recommendations contained in the Public Commons for Everyone Initiative or the City Manager's workplan submitted to Council on March 27, 2007. Additionally, the Commissions recommend that:
1. The Mayor and Council direct staff to provide additional information in order for the Commissions to properly advise the Mayor and Council. Without more detailed information, the Commissions believe they cannot support any elements of the proposal or workplan items.
2. The Mayor and Council allocate more money to a variety of needed services.
3. The Mayor, Council, and staff consult with the Commissions throughout the development of staff recommendations for implementation.
4. The Mayor hold a joint meeting with the Homeless Commission, the Mental Health Commission, and the Human Welfare and Community Action Commission to discuss the PCEI and staff workplan, preferably prior to May 8, 2007 City Council meeting.

**Financial Implications** Unknown
Contact: Jennifer Vasquez, Homeless Commission Secretary, 981-5400

**c. From: Mayor** *(May 22, 2007)*
**Recommendation:** Request that the City Manager return to the City Council by November 20, 2007 with:
1. A plan to increase the number of parking meters and the parking meter fees to generate income for PCEI and allied programs;
2. Support the City Manager's request for a 6 month FTE and ask that the City Manager draft program plans for diversion, street outreach teams, and community policing with input from the relevant commissions;
3. Draft language for a no-smoking ordinance in commercial areas and refer to Community Health Commission;
4. A plan for improving signage and accessible hours for public bathrooms;
5. Draft language for an ordinance prohibiting public urination and defecation as an infraction and refer to the Police Review Commission;
6. A plan to adhere and enforce our existing laws pertaining to street behavior (see list in City Manager's PCEI report of May 8th), and draft language to amend BMC 13.36.015 Lying on Sidewalks and rescind Resolution 61,042-N.S, and refer to the Police Review Commission;
7. A plan for public seating, economic development and redirecting street donations refer to the Economic Development;
8. A proposal to expand supportive housing opportunities linking Housing Trust Fund with Mental Health Services Act and other funds and refer to the Housing Advisory Commission; and,
9. Solicit feedback and proposals from the Mental Health, Homeless, Community Health, Police Review, Housing Advisory, and the Human Welfare and Community Action Commissions and key community stakeholders for consideration by the Council at the November 20th City Council meeting.



### Action Calendar – Old Business

**Financial Implications:**
Contact: Tom Bates, Mayor, 981-7100
**Action:** Based upon advice from the City Attorney, no legally effective action was taken and the item will appear on the June 12, 2007 City Council agenda.

33. **Sunshine Ordinance Process** *(Continued from May 8, 2007)*
    *(Information report that was moved to the Action Calendar at the April 30, 2007 Agenda Committee meeting).*
    **From: City Manager**
    Contact: Manuela Albuquerque, City Attorney, 981-7000
    **Action:** No action taken.

### Action Calendar – Council Items

34. **Reaffirm Berkeley as a City of Refuge**
    **a. From: Mayor Bates**
    **Recommendation:** Adopt a Resolution reaffirming Berkeley as a City of Refuge
    **Financial Implications:** None
    Contact: Tom Bates, Mayor, 981-7100

    **b. From: Councilmembers Spring and Worthington**
    **Recommendation:** That the Council passed the attached resolution that requests the City Manager to instruct staff to not participate the immigration raids in any manner.
    **Financial Implications:** See report
    Contact: Dona Spring, Councilmember, District 4, 981-7140
    **Action:** Removed from Action to Consent Calendar. Adopted Resolution No. 63,711–N.S. and refer to City Manager to facilitate the preparation of an ordinance to not participate in immigration raids in any manner.

### Public Comment – Items Not Listed on the Agenda – 0

### Information Reports

35. **Customer Service Cash Receipts/Cash Handling Audit - Status Report**
    **From: City Manager**
    Contact: Robert Hicks, Finance, 981-7300
    **Action:** Received and filed.

36. **Parks, Recreation and Waterfront Cash Receipts/Cash Handling Audit - Status Report**
    **From: City Manager**
    Contact: Robert Hicks, Finance, 981-7300
    **Action:** Received and filed.



| Information Reports |
|---|

37. **Treasury Cash Receipts/Cash Handling Audit - Status Report**
    **From: City Manager**
    Contact: Robert Hicks, Finance, 981-7300
    **Action:** Received and filed.

38. **Update: Implementation of Information Systems General Controls Audit Recommendations (CF 69-04)**
    **From: City Manager**
    Contact: Chris Mead, Information Technology, 981-6500
    **Action:** Received and filed.

39. **LPC NODs: 1) 1170 La Loma Ave.; 2) 2555 Rose Walk**
    **From: City Manager**
    Contact: Dan Marks, Planning and Development, 981-7400
    **Action:** Received and filed.

40. **Street Sweeping Program**
    **From: City Manager**
    **Financial Implications: See report**
    Contact: Claudette Ford, Public Works, 981-6300
    **Action:** Received and filed.

| Adjournment - Due to a loss of quorum, meeting was adjourned at 11:50 p.m. |
|---|

## Communications – 05/22/07

*Council rules limit action on Communications to referral to the City Manager and/or Boards and Commissions for investigation and/or recommendations. All communications submitted to Council are public record.*

**Item 31: Public Commons for Everyone Initiative**
1. Rebecca
2. G Oram
3. Barbara Manierre
4. Marilyn Kaplan
5. Marna Owen
6. David Williamson
7. Jonathan Wornick
8. Neil Getz
9. Warren Messineo
10. Laurette Gennis
11. Janis Mitchell
12. Dick Buffler
13. Joan V. Barnett
14. Marietta Harvey
15. Fredora Darmstadt
16. Stephen Born
17. James Manley
18. Susan Blew
19. Robert A. Kagan
20. Neal A. Parish
21. Carolyn Weinberger
22. Lynn and Joe Halperin
23. Victoria L. Peirotes
24. Jerry Lubenow
25. Michael A. Roosevelt
26. Michael Spolan
27. Kristine Dixon
28. Steven Berger
29. Linda and Mike Baker
30. Barbara Gilbert
31. John Gordon
32. Ron Adler
33. Bernard Rosenthal
34. Gibor Basri
35. Malcolm Zaretsky
36. Heather Hensley, North Shattuck Association
37. Vincent Casalaina
38. Jonathan Kaufman
39. H. E. Beemink
40. Joan Mikkelsen
41. Ito Ripsteen

| Communications – 05/22/07 |
|---|

42. Bruce Feingold
43. Gretchen Grant
44. Anita C. Eble
45. Ed Blumenstock
46. Jeffrey Heller

**Fight Over Garbage**
47. Anne Whyte

**UC Berkeley Employee Headcount**
48. Zelda Bronstein

**BRT EIRs**
49. Sharon Hudson
50. George Beier

**2007 Solano Avenue Association and Stroll**
51. Alain Cain, Solano Avenue Association (2)

**2730 College Avenue Tree**
52. Anne Whyte

**Pedestrian's Bill of Rights**
53. Anne Whyte

**Arts Shipyard Closure**
54. Nathan Purkiss

**Critical Mass Ride of May 11**
55. Sandy Sanders

| Supplemental Communications 1 |
|---|

**Item 4: Write-Off of Delinquent Accounts Receivable Owed by the Berkeley Unified School District**
56. Barbara Gilbert

**Item 5: Extension of the Sewer Service Billing and Collection Agreement with EBMUD**
57. Barbara Gilbert

**Item 18: Audit: Fire-Overtime and Lost Time**
58. Barbara Gilbert

**Item 26: Panoramic Hill Emergency Access Route Feasibility Study**
59. Jerry Wachtel, Panoramic Hill Association
60. Paul-Andre Abboud
61. Toni Packer
62. David Homsy

## Supplemental Communications 1

### Item 27: Public Safety Initiative
63. Caroline Avery
64. Paula Shober
65. Tom Friedland
66. Terry and Stephen Friedkin

### Item 29: ZAB Appeal: 2721 Shattuck Avenue (Verizon)
67. George Wilson

### Item 30: ZAB Appeal: 1885 University Avenue
68. Dea Lee Harrison
69. Valerie Artese
70. Kris Eggen
71. Stephen Wollmer (4)

### Item 31: Public Hearing: Budget Hearing #1
72. Berkeley Marina Floating Homes Association, submitted by Roger Boyvey

### Item 32: Public Commons for Everyone Initiative
73. Maris Arnold
74. Simone Hoelck
75. John McDougall
76. David Buxbaum
77. Brian Reynolds
78. Terry and Stephen Friedkin

## Supplemental Communications and Reports 2

### Item 26: Panoramic Hill Emergency Access Route Feasibility Study
79. Katerine Orosco

### Item 29: ZAB Appeal: 2721 Shattuck Avenue (Verizon)
80. Marc O'Hara, submitted by James Singleton

### Item 30: ZAB Appeal: 1885 University Avenue
- Supplemental report, submitted by Planning and Development
- Supplemental maps, submitted by Planning and Development
81. Stephen Wollmer (2)

### Item 31: Public Hearing: Budget Hearing #1
- Supplemental report, submitted by City Manager
82. YaYa California petition and letters of support, submitted by Sally Hindman
83. South Berkeley Community Church (2), submitted by Tom Luce

### Item 32: Public Commons for Everyone Initiative
- Supplemental report, submitted by the Mayor

### Item 40: Street Sweeping Program
- Supplemental report (Attachment 2), submitted by Public Works

### UC Violations
84. Merilee Mitchell