# EXHIBIT V







Planning and Development Department
Land Use Planning Division

# PROOF OF SERVICE

DATE: July 3, 2007

TO: Whom It May Concern

FROM: Vicky Schlepp, OSII

SUBJECT: **USE PERMIT #05-10000033 – 2721 SHATTUCK AVENUE: VERIZON**

I, the undersigned, certify that I am employed in the City of Berkeley, County of Alameda, California; that I am over eighteen years of age and not a party to the within action; that my business address is 2120 Milvia Street, Berkeley, California 94704. On this date, I served the following documents:

**DECISION OF ZONING ADJUSTMENTS BOARD FOR
USE PERMIT #05-10000033 – 2721 SHATTUCK AVENUE: VERIZON**

On the parties stated below by placing true copies thereof in sealed envelope(s) addressed as shown below by the following means of service:

Verizon Wireless
c/o James Singleton, Cal Com Systems Inc.
2001 Omega Road, Suite 100
San Ramon, CA 94583

R & L Bernstein, LLC
1201 Woodview Terrace
Los Altos, CA 94024

__X__ By First Class Mail – I am readily familiar with the City's practice for collecting and processing of correspondence for mailing. Under the practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with First Class postage thereon fully prepaid, in Berkeley, California, for mailing to the addressee following ordinary business practices.

_____ By Personal Service – I caused each such envelope to be given to the City of Berkeley mail service person to personally deliver to the office of the addressee.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2007 at Berkeley, California.

_[signature]_
Vicky Schlepp, OSII

2120 Milvia Street, Berkeley, CA 94704  Tel: 510.981-7410  TDD: 510.981-7474  Fax: 510.981-7420
E-mail: planning@ci.berkeley.ca.us



Planning and Development Department
Land Use Planning Division

City of Berkeley
Zoning Adjustments Board

# REVISED

# NOTICE OF DECISION

Board Decision Date: 06-28-07
USE PERMIT: #05-10000033
Project Location: 2721 SHATTUCK AVENUE: VERIZON
========================================================================

The Zoning Adjustments Board of the City of Berkeley, after conducting a public hearing, **DENIED** the following permit:

- Use Permit to construct a new wireless telecommunications facility (not co-located with an existing facility), under BMC Section 23C.17.100.C
- Use Permit to construct a wireless telecommunications facility in the South Area Commercial (C-SA) District, under BMC Section 23E.52.030

### FINDINGS, CONDITIONS ATTACHED

**BOARD VOTE: YES:** ALVAREZ COHEN, ANTHONY, ARREGUIN, SHUMER, TIEDEMANN
**NO:** ALLEN, MARTINUCCI, DORAN, JUDD        **ABSTAIN:**        **ABSENT:**

DATE NOTICE MAILED: 07-03-07        APPEAL PERIOD EXPIRATION: 07-17-07

NOTICE OF DECISION
2721 SHATTUCK AVENUE
Page 2 of 3

**TO APPEAL THIS MATTER:**

To appeal the decision of the Board to the City Council you must submit a letter specifying the reasons for the appeal to the City Clerk, prior to 5:00 p.m. of the "APPEAL PERIOD EXPIRATION" date shown on the previous page, with the required fee (The fee for applicants is $1,156.00; All others $63.00). The City Clerk's Department is located on the first floor at 2180 Milvia Street, Berkeley, CA 94704; Phone (510) 981-6900.

**NOTICE CONCERNING YOUR LEGAL RIGHTS:**

If you object to a decision by the Zoning Adjustments Board to approve or deny a Use Permit or Variance for a project, the following requirements and restrictions apply:

1. You must appeal to the City Council within 14 days after the Notice of Decision of the action of the Zoning Adjustments Board is mailed. It is your obligation to inquire with the Land Use Planning Division (981-7410) to determine when a Notice of Decision is mailed.

2. No lawsuit challenging a City decision to deny (Code Civ. Proc. Section 1094.6(b) or approve (Gov. Code Section 65009(c)(5)) a Use Permit or Variance may be filed more than 90 days after the date the decision becomes final, as defined in Code of Civil Procedure Section 1094.6(b). Any lawsuit not filed within that 90-day period will be barred.

3. In any lawsuit that may be filed against a City Council decision to approve or deny a Use Permit or Variance, the issues and evidence will be limited to those raised by you or someone else, orally or in writing, at a public hearing or prior to the close of the last public hearing on the project.

4. If you believe that this decision or any condition attached to it denies you any reasonable economic use of the subject property, was not sufficiently related to a legitimate public purpose, was not sufficiently proportional to any impact of the project, or for any other reason constitutes a "taking" of property for public use without just compensation under the California or United States Constitutions, the following requirements apply:

    A. That this belief is a basis of your appeal.

    B. Why you believe that the decision or condition constitutes a "taking" of property as set forth above.

    C. All evidence and argument in support of your belief that the decision or condition constitutes a "taking" as set forth above.

    If you do not do so, you will waive any legal right to claim that your property has been taken, both before the City Council and in court.

g:\landuse\projects by address\shattuck\2721\up 05-10000033\nod 06-28-07 2721 shattuck verizon.doc

NOTICE OF DECISION
2721 SHATTUCK AVENUE
Page 3 of 3

**QUESTIONS?**

For further information contact the Land Use Planning Division at (510) 981-7410.

ATTEST: *Debra R. Sanderson*
Debra Sanderson, Secretary
Zoning Adjustments Board

cc:   City Clerk
      Building and Safety
      Main Library - Reference Desk
      Public Works/Engineering
      Zoning Adjustments Board Members
      First Source, 1947 Center Street (Basement), Berkeley, CA 94704
      Tim Stroshane, Housing
      Stephen Barton, Housing
      Applicant:
              Verizon Wireless
              c/o Mr. James Singleton, Cal Com Systems Inc.
              2001 Omega Road, Suite 100
              San Ramon, CA 94583

      Owner:
              R & L Bernstein, LLC
              1201 Woodview Terrace
              Los Altos, CA 94024


Staff Planner: **Christopher Wolf**


document1

g:\landuso\projects by address\shattuck\2721\up 05-10000033\nod 06-28-07 2721 shattuck verizon.doc

# ATTACHMENT 1

## FINDINGS AND CONDITIONS
JUNE 28, 2007

## 2721 Shattuck Avenue

Use Permit #05-10000033 to construct a Wireless Telecommunications Facility (including five antennas and related equipment) for Verizon Wireless

FINDINGS FOR DENIAL

The Zoning Adjustments Board, at its June 28, 2007 meeting, conducted a public hearing for the above referenced permit application, considered information presented by Staff and the Public, and voted to DENY this permit request based on the following findings:

1. The Board found finds it is unable to make the required finding, based on substantial evidence, that the proposed wireless telecommunication facility is necessary to provide personal wireless service in the coverage area (BMC 23.C.17.100.D), since service is currently being provided and since no evidence has been presented that the existing service is not at an adequate level; and

2. The Board finds that the asserted gaps (dropped calls) of 1 – 3% for a few hours a day do not constitute "significant gaps" but are, rather, *de minimus;* and

3. The Board finds that the location is effectively in a residential area and that the objective of the ordinance is to prevent putting wireless telecommunication facilities in residential areas unless necessary to provide service (BMC.23.C.17.020.B). The Board finds no such necessity; and

4. The Board finds that the City of Berkeley is in compliance with federal law in denying this Use Permit for wireless telecommunication facility at this location because to do so does not "prohibit or have the effect of prohibiting the provision of personal wireless services to this service area." Wireless service exists with no significant gap; the asserted gaps are *de minimus.*

5. Therefore the Zoning Adjustments Board DENIES Use Permit 05-10000033 based on the rationale presented above.



City Clerk Department

RECEIVED
JUL 0 6 2007
LAND USE PLANNING

July 2, 2007

James Singleton
Verizon Wireless
Calcom Systems 2001 Omega Road, Suite 100
San Ramon, CA 94583

RE: 2721 Shattuck Ave (Verizon) – Appeal ZAB Decision Use Permit No. 05-10000033

Dear Mr. Singleton:

On **Monday, July 16, 2007**, the Berkeley City Council will consider the action of the Zoning Adjustments Board in this matter and determine whether to: 1) affirm the decision of the Zoning Adjustments Board and dismiss the appeal; 2) remand the matter back to the Zoning Adjustments Board; or 3) set the matter for public hearing at a future date. The Planning Department will transmit to Council a statement setting forth the reasons for the Zoning Adjustments Board decision. This report will appear on the Council agenda of **Monday, July 16, 2007**. This meeting of the Council will commence at 7:00 p.m. and will be held in the Council Chambers located at 2134 Martin Luther King Jr. Way. Please be advised that the Mayor will allow up to five minutes for both the applicant and appellant to make any relevant comments to the Council prior to the Council's deliberation and decision. No additional public comment will be entertained.

Communications submitted by Monday, July 9, 2007 at 8:00 a.m. will be included in the agenda packet. Communications received after that date, up to 12:00 p.m. the day of the Council meeting, will be considered supplemental and distributed at the Council meeting. If the communication includes maps or photos or any other material not reproducible on a copy machine, fifteen copies should be provided to the City Clerk. Communications should be mailed or delivered directly to the City Clerk to ensure receipt by all Councilmembers.

If you have any additional questions regarding this matter, please do not hesitate to contact me at (510) 981-6910.

A copy of the staff report and a City Council agenda will be available in this office after 4:00 p.m. on Thursday, July 11, 2007 or can be viewed on our website at: www.ci.berkeley.ca.us/citycouncil/agendaindex.htm

2180 Milvia Street, Berkeley, CA 94704 • Tel: (510) 981-6900 • TDD: (510) 981-6903 • Fax: (510) 981-6901
E-Mail: clerk@ci.berkeley.ca.us  Website: http://www.ci.berkeley.ca.us/clerk

Re: 2721 Shattuck Ave. (Verizon) – Appeal ZAB Decision Use Permit No. 05-10000033       Page 2

**NOTICE CONCERNING YOUR LEGAL RIGHTS:** If you object to a decision by the City Council to approve or deny a use permit or variance for a project the following requirements and restrictions apply: 1) No lawsuit challenging a City decision to deny (Code Civ. Proc. § 1094.6(b)) or approve (Gov. Code § 65009(c)(5)) a use permit or variance may be filed more than 90 days after the date the Notice of Decision of the action of the City Council is mailed. Any lawsuit not filed within that 90-day period will be barred. 2) In any lawsuit that may be filed against a City Council decision to approve or deny a use permit or variance, the issues and evidence will be limited to those raised by you or someone else, orally or in writing, at a public hearing or prior to the close of the last public hearing on the project.

Sincerely,

*Pamyla Means*

Pamyla Means, MMC
City Clerk

cc:   Mark Rhoades, Zoning Officer
      Christopher Wolf, Staff Planner
      Manuela Albuquerque, City Attorney
      R & L Berstein, LLC
      Paul Albritton, Mackenzie & Albritton LLP

2180 Milvia Street, Berkeley, CA 94704 • Tel: (510) 981-6900 • TDD: (510) 981-6903 • Fax: (510) 981-6901
E-Mail: clerk@ci.berkeley.ca.us   Website: http://www.ci.berkeley.ca.us/clerk