# EXHIBIT X

Case 4:07-cv-04034-WDB    Document 8-25    Filed 10/02/2007    Page 1 of 5



Office of the City Manager

ACTION CALENDAR
July 16, 2007

To: Honorable Mayor and
Members of the City Council

From: Phil Kamlarz, City Manager

Submitted by: Daniel Marks, Director, Planning and Development

Subject: 2721 Shattuck Avenue (Verizon) - ZAB's Decision

## RECOMMENDATION
Certify for review the June 28, 2007 decision of the Zoning Adjustments Board and set a hearing on Use Permit #05-10000033 for a new wireless telecommunications facility (including five antennas and related equipment) for Verizon Wireless at 2721 Shattuck Avenue. If Council determines that a hearing shall be held, the date of October 23, 2007 has been set aside and is recommended.

## FISCAL IMPACTS OF RECOMMENDATION
None.

## CURRENT SITUATION AND ITS EFFECTS
On June 28, 2007, the Zoning Adjustments Board denied (5-4-0-0) a Use Permit application from Verizon Wireless to construct a new wireless telecommunications facility (including five antennas and related equipment) at 2721 Shattuck Avenue. At its meeting on May 22, 2007, the City Council directed Staff to place the item on their agenda as soon as possible after the Zoning Adjustments Board meeting.

## BACKGROUND
Key dates and actions associated with the project include:

March 8, 2005............Verizon Wireless submitted a Use Permit application to construct a new wireless telecommunications facility (including five antennas and related equipment) at 2721 Shattuck Avenue.

May 25, 2006.............The Zoning Adjustments Board approved (8-0-1-0; Abstain: Shumer) the application for a Use Permit subject to conditions and based on the required Zoning Ordinance findings.

2180 Milvia Street, Berkeley, CA 94704 • Tel: (510) 981-7000 • TDD: (510) 981-6903 • Fax: (510) 981-7099
E-Mail: manager@ci.berkeley.ca.us  Website: http://www.ci.berkeley.ca.us/manager

- 401 -



2721 Shattuck Avenue (Verizon)            ACTION CALENDAR
                                                                              July 16, 2007

June 19, 2006 ............ A neighbor located at 2121 Ward Street, Berkeley, appealed the Zoning Adjustments Board's decision on behalf of the "Ward Street Neighbors".

September 26, 2006 .. The City Council remanded the project to the Zoning Adjustments Board for it to reconsider the project (including third-party engineering review), determine parking and loading requirements for the existing legal uses of the site, and consider allegations of illegal uses and work without permits.

January 25, 2007 ....... The Zoning Adjustments Board denied (6-3-0-0) the application for a Use Permit.

February 20, 2007 ...... The applicant (Verizon Wireless) appealed the Zoning Adjustments Board's decision to the City Council.

May 22, 2007 ............. City Council considered the appeal and remanded the application for a Use Permit to the Zoning Adjustments Board with instructions to reconsider the application in light of new evidence since the January 25, 2007, Zoning Adjustments Board decision, and legal information from the City Attorney.

On June 28, 2007 the Zoning Adjustments Board opened a public hearing to reconsider the application as directed by the City Council's remand. The Zoning Adjustments Board considered the following information:
1. Confidential memorandum from the City Attorney;
2. A report from Staff;
3. A supplemental report from the City's independent engineer that included an analysis of field tests of signal strength (coverage);
4. Information received since the previous Zoning Adjustments Board meeting on January 25, 2007;
5. Real-time closed captioner's transcripts of the City Council meetings on May 8, 2007 and May 22, 2007; and
6. Public testimony.

After reconsidering the application and the above information, the Zoning Adjustments Board denied (5-4-0-0) the application based on the following findings:
1. The required findings cannot be made, based on substantial evidence, that the proposed wireless telecommunication facility is necessary to provide personal wireless service in the coverage area (BMC 23C.17.100.D), since service is currently being provided and since no evidence has been presented that the existing service is not at an adequate level; and
2. The asserted gaps (dropped calls) of 1 – 3% for a few hours a day do not constitute "significant gaps" but are, rather, *de minimus*; and

2721 Shattuck Avenue (Verizon)                                ACTION CALENDAR
                                                              July 16, 2007

3. The location is effectively in a residential area and that the objective of the ordinance is to prevent putting wireless telecommunication facilities in residential areas unless necessary to provide service (BMC 23C.17.020.B). The Board finds no such necessity; and
4. The City of Berkeley is in compliance with federal law in denying this Use Permit for wireless telecommunication facility at this location because to do so does not "prohibit or have the effect of prohibiting the provision of personal wireless services to this service area". Wireless service exists with no significant gap; the asserted gaps are *de minimus*.

The Administrative Record for this project since May 22, 2007 is attached to this report (see Attachment 1). It excludes the Administrative Record preceding this date since this material has previously been provided to the City Council. The earlier part of the Administrative Record is available on request.

RATIONALE FOR RECOMMENDATION
Staff has previously recommended approval of the project to the Zoning Adjustments Board since it is consistent with the Zoning Ordinance and General Plan. The City Attorney has also addressed legal issues in a closed session with the City Council and provided a confidential memorandum. For these reasons, Staff recommends that the City Council certify the Zoning Adjustments Board's decision for review, and set the matter for public hearing, thereby giving the City Council an opportunity to re-consider the project.

ALTERNATIVE ACTIONS CONSIDERED
Section 23B.32.090 of the Berkeley Municipal Code provides that the Council may certify for review any action of the Zoning Adjustments Board granting or denying a Use Permit. If Council certifies the Zoning Adjustments Board's decision, Section 23B.32.060 of the Berkeley Municipal Code provides that the Council may then take one of the following actions:

1. Affirm Zoning Adjustments Board's Decision: If the Council determines that the facts ascertainable from the record prepared by the Zoning Officer do not warrant further hearing, the Council shall affirm the decision of the Zoning Adjustments Board and dismiss the appeal, in which case the application is approved;

2. Set for Public Hearing: If the Council determines that the facts ascertainable from the record prepared by the Zoning Officer warrant further hearing, the Council shall set the matter for a public hearing; and

3. Remand to Zoning Adjustments Board: If the Council determines that the facts ascertainable from the record prepared by the Zoning Officer warrant reconsideration of the application by the Zoning Adjustments Board, or if the applicant has submitted revisions to the application, the Council shall remand the matter to the Zoning Adjustments Board to reconsider the application, in which

2721 Shattuck Avenue (Verizon)　　　　　　　　　　　　ACTION CALENDAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　July 16, 2007

case it shall specify whether or not the Zoning Adjustments Board shall hold a new public hearing, and shall identify those issues which the Zoning Adjustments Board is directed to investigate and reconsider.

A new Zoning Adjustments Board decision may be appealed in the normal manner unless otherwise directed by Council. If 60 days pass, and the Zoning Adjustments Board has not made a subsequent decision, then the original decision and the original appeal of that decision shall be placed back on the Council agenda in the same manner as a new decision and appeal.

ACTION DEADLINES
The Notice of Decision setting out the Zoning Adjustments Board action was mailed on July 3, 2007. The City Council would need to certify the Zoning Adjustments Board's decision by July 17, 2007 (14 days from the mailing of the Notice of Decision) to review the action.

CONTACT PERSON
Mark Rhoades, AICP, Land Use Planning Manager, Planning and Development, (510) 981-7411.

Attachments:
1: Administrative Record