# EXHIBIT Y

# SUMMARY-MINUTES
# BERKELEY CITY COUNCIL SPECIAL MEETING

MONDAY, JULY 16, 2007
7:00 P.M.
Council Chambers – 2134 Martin Luther King Jr. Way
Teleconference Location – 1636 Channing Way, Berkeley, CA

## Preliminary Matters

Roll Call: 7:04 p.m. All present.

## Action Calendar – Public Hearings

1. **ZAB Appeal: 1885 University Avenue**
   a. **From:** City Manager
   **Recommendation:** Conduct a public hearing and upon conclusion, adopt a Resolution approving the project as approved by the Zoning Adjustments Board, with modified findings and conditions of approval that will be provided by staff.
   b. **Appeal**
      1. Stephen Wollmer
   c. **Communications** *(received after June 26, 2007)*
      1. Kris Eggen (2)
      2. Regan Richardson
      3. Arlene Merryman
      4. Stephen Wollmer (2)
      5. Catherine Willis
      6. Martha Nicoloff
      7. Dean Metzger
      8. Erika Shore
      9. Barry Wofsy
      10. David Levy, Baird Holm LLP
      11. Stuart M. Flashman
      12. Victoria Eisen
      13. Walter H. Wood
      14. Deborah Green
      15. Art Goldberg
      16. Wendy Alfsen, McKinley Addison Allston Grant Neighborhood Association
      17. Merle Weiner
      18. Rob Browning
      19. Jeanine Richardson
      20. John Cassady
   **Financial Implications:** See report
   **Contact:** Dan Marks, Planning and Development, 981-7400

| Action Calendar – Public Hearings |
|---|

**Public Testimony:** The Mayor opened the public hearing. 42 speakers. M/S/C (Olds/Wozniak) to close the public hearing.

**Action:** M/S/C (Wozniak/Olds) to adopt Resolution No.63,780–N.S. as amended to include language to incorporate a pullout on Martin Luther King, Jr. Drive.

RECESS – 8:28 p.m. – 8:46 p.m.

RECESS – 10:02 p.m. – 10:12 p.m.

2. **ZAB Appeal: 2701 Shattuck Avenue** *(No new report. Refer to March 20, 2007 for report materials)*
   a. **From: City Manager**
   **Recommendation:** Conduct a public hearing and upon conclusion, adopt a Resolution affirming the decision of the Zoning Adjustment Board to approve Use Permit No. 04-10000014 to construct a 24-unit, mixed-use project, and dismissing the appeal.
   **Financial Implications:** None
   Contact: Dan Marks, Planning and Development, 981-7400
   b. **Appeal**
      1. Rolf Bell
   c. **Communications-** *(None after May 08, 2007)*

   **Public Testimony:** The Mayor opened the public hearing. 8 speakers. M/S/C (Moore/Wozniak) to close the public hearing.
   **Action:** M/S/C (Worthington/Maio) to continue deliberation and action to 6:30 p.m., Tuesday, July 17, 2007.

| Action Calendar – Appeals |
|---|

*Please be advised that the Mayor will allow up to five minutes for both the applicant and appellant to make any relevant comments to the Council prior to their deliberation and determination to do one of the following 1) affirm the decision of the Zoning Adjustments Board and dismiss the appeal; 2) refer the matter back to the Zoning Adjustments Board; or 3) set the matter for public hearing at a future date. No additional public comment will be entertained.*

3. **ZAB Appeal: 2721 Shattuck Avenue (Nextel)**
   a. **From: City Manager**
   **Recommendation:** Certify for review the June 28, 2007 decision of the Zoning Adjustments Board and set a hearing on Use Permit No. 05-10000033 for a new wireless telecommunications facility (including five antennas and related equipment) for Nextel Wireless at 2721 Shattuck Avenue. If Council determines that a hearing shall be held, the date of October 23, 2007 has been set aside and is recommended.
   **Financial Implications:** None
   Contact: Dan Marks, Planning and Development, 981-7400
   b. **Appeal**
      1. Corey Alvin (representative for Nextel Communications, applicant/appellant)
   c. **Communications –** *(None after May 22, 2007)*
   **Action:** M/S/C (Maio/Wozniak) to set the matter for public hearing on October 23, 2007.



**Action Calendar – Appeals**

4. **ZAB Appeal: 2721 Shattuck Avenue (Verizon)**
   **a. From: City Manager**
   **Recommendation:** Certify for review the June 28, 2007 decision of the Zoning Adjustments Board and set a hearing on Use Permit No. 05-10000033 for a new wireless telecommunications facility (including five antennas and related equipment) for Verizon Wireless at 2721 Shattuck Avenue. If Council determines that a hearing shall be held, the date of October 23, 2007 has been set aside and is recommended.
   **Financial Implications:** None
   Contact: Dan Marks, Planning and Development, 981-7400
   **b. Appeal**
      1. James Singleton (representative for Verizon Wireless, applicant/appellant)
   **c. Communications** – *(None after May 22, 2007)*
   **Action:** M/S/C (Anderson/Wozniak) to set the matter for public hearing on October 23, 2007.

**Adjournment 10:57 p.m. – to 6:30 p.m Tuesday, July 17, 2007**





| Communications |
|---|

None.

| Supplemental Communications 1 |
|---|

**Item 1: ZAB Appeal: 1885 University Avenue**
1. David Levy, Baird Holm LLP
2. Peter Eakland
3. Eric Dynamic
4. Pamela Morgan
5. Cynthia Papermaster
6. Tim Southwick
7. Doug Buckwald
8. Wendy Alfsen
9. Meaveen O'Connor
10. Bob Piper
11. Stuart Flashman

**Item 3 & 4: ZAB Appeal: 2721 Shattuck Avenue**
12. Sally Williams

| Supplemental Communications 2 |
|---|

**Item 1: ZAB Appeal: 1885 University Avenue**
13. Stephen Wollmer
14. Ted Garrett, Berkeley Chamber of Commerce
15. Tom Hunt
16. Miranda Ewell
17. Unknown
18. Mark Wolfe

**Item 4: ZAB Appeal: 2721 Shattuck Avenue (Verizon)**
- Supplemental information, submitted by City Clerk
19. Paul Albritton, Mackenzie & Albritton LLP