# EXHIBIT Z



Berkeley City Council mts
07-16-07