1  HENRY WEISSMANN (SBN 132418)
   Henry.Weissmann@mto.com
2  MARC BECKER (SBN 138872)
   Marc.Becker@mto.com
3  BRADLEY R. SCHNEIDER (SBN 235296)
   Bradley.Schneider@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
6  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
7

8  MACKENZIE & ALBRITTON LLP
   JAMES A. HEARD (SBN 114940)
9  jheard@mallp.com
   One Post Street, Suite 500
10 San Francisco, California 94104
11 Telephone: (415) 288-4000
   Facsimile: (415) 288 4010
12
   Attorneys for Plaintiff
13 GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, A CALIFORNIA LIMITED
14 PARTNERSHIP D/B/A VERIZON WIRELESS

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18

19 | GTE MOBILNET OF CALIFORNIA           | CASE NO. C 07-04034 SBA
   | LIMITED PARTNERSHIP, a California    |
20 | limited partnership d/b/a VERIZON    | **DECLARATION OF LINDA C. SPRANZ**
   | WIRELESS,                            | **IN SUPPORT OF PLAINTIFF'S MOTION**
21 |                                      | **FOR PARTIAL SUMMARY JUDGMENT**
   |                 Plaintiff,           | **ON COUNT II OF THE COMPLAINT**
22 |                                      |
   |     vs.                              | DATE: December 18, 2007
23 |                                      | TIME: 1:00 p.m.
   | CITY OF BERKELEY,                    |
24 |                                      |
   |                 Defendant.           |
25

26

27

28

3702138.1

I, Linda C. Spranz, declare:

1. From May 5, 2003 to February 28, 2006, I was a Planning Manager at Cal Com Systems, Inc. In that capacity, I represented GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless in connection with its application for a conditional use permit ("CUP") from the City of Berkeley ("City") to construct a wireless communications facility at 2721 Shattuck Avenue, Berkeley (the "Bekins Application"). I am making this declaration in support of Verizon Wireless's motion for partial summary judgment on its second claim for relief. I have personal knowledge of the matters set forth in this declaration. If called to testify, I could and would testify competently to the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of an email that I sent on April 13, 2005, to the Berkeley Planning Department, inquiring as to the status of the Bekins Application. I did not receive a response to this email.

3. Attached hereto as Exhibit B is a true and correct copy of an email that I sent on May 23, 2005, to the Berkeley Planning Department, again inquiring as to the status of the Bekins Application. I did not receive a response to this email.

4. Attached hereto as Exhibit C is a true and correct copy of an email that I sent on June 8, 2005, to Christopher Wolf, a Berkeley City Planner, asking him to contact me regarding the Bekins Application. As of that date, I had not received any response to my previous inquiries from the Berkeley Planning Department.

5. Attached hereto as Exhibit D is a true and correct copy of an email that I sent on June 29, 2005, to Mr. Wolf, asking him to clarify our earlier discussions about scheduling a hearing on the Bekins Application before the Design Review Committee ("DRC") and the Zoning Adjustment Board ("ZAB").

1       6.     Attached hereto as Exhibit E is a true and correct copy of an email that I received from Mr. Wolf on July 7, 2005, which discusses a tentative schedule for hearings on the Bekins Application in front of the DRC and ZAB.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 2, 2007 at Oakland, California.

DATED: October 1, 2007

By: /s/ Linda C. Spranz
             LINDA C. SPRANZ

Exh

A

-----Original Message-----
**From:** Linda Spranz [mailto:lspranz@calcomsys.net]
**Sent:** Wednesday, April 13, 2005 11:16 AM
**To:** planning@ci.berkeley.ca.us
**Cc:** 'Linda Spranz'
**Subject:** 2721 Shattuck Avenue - Status of Permit # 2005-10000033 and 2005-30000018 (Verizon Wireless)

Hello Berkeley Planning Department,

The application with number referenced above was submitted for Use Permit and Design Review on 3/8/05. In addition, the 2' x 3' yellow signage was posted prior to the submittal. To date, I have not received notice of the assigned planner or the status of the application. The application was submitted 30 days ago.

Please advise of the individual to contact to get a status for this application.

Thanks,

Linda

**Linda Spranz**
**Cal Com Systems, Inc. for Verizon Wireless**
2001 Omega Rd. #201
San Ramon, CA 94583
OFC: 925/362-9613
MOB: 510/333-6751
FAX: 925/362-9526
Email: lspranz@calcomsys.net

- 4 -

EXH

B

-----Original Message-----
**From:** Linda Spranz [mailto:lspranz@calcomsys.net]
**Sent:** Monday, May 23, 2005 12:36 PM
**To:** aburns@ci.berkeley.ca.us; cwolf@ci.berkeley.ca.us
**Cc:** 'Linda Spranz'
**Subject:** FW: 2721 Shattuck Avenue - Status of Permit # 2005-10000033 and 2005-30000018 (Verizon Wireless)

Hi Ann and Chris (not sure if email address is correct for Chris).

Please advise on status of this application. I believe all information was submitted in the application to be deemed complete. I have not yet received any correspondence regarding this project.

Please advise of status or if project was transferred to a different planner.

Thanks,

Linda

Exh
C

-----Original Message-----
**From:** Linda Spranz [mailto:lspranz@calcomsys.net]
**Sent:** Wednesday, June 08, 2005 12:47 PM
**To:** cwolf@ci.berkeley.ca.us
**Cc:** 'Linda Spranz'; aburns@ci.berkeley.ca.us
**Subject:** FW: 2721 Shattuck Avenue - Status of Permit # 2005-10000033 and 2005-30000018 (Verizon Wireless)
**Importance:** High

Hi Chris,

I understand that you are the Project Planner for the afore-referenced application. This application was submitted 3/8/05 (90 days ago today), yet I still have not received any correspondence from the Berkeley Planning Department since the application was submitted nor from emails requesting status.

While I am sympathetic to staffing issues and heavy workloads, I believe that no response in over 90 days is excessive and in violation of the Permit Streamlining Act.

Please contact me at your earliest convenience regarding this application.

Sincerely,

Linda Spranz

Linda Spranz
Cal Com Systems, Inc. for Verizon Wireless
2001 Omega Rd. #201
San Ramon, CA 94583
OFC: 925/362-9613
MOB: 510/333-6751
FAX: 925/362-9526
Email: lspranz@calcomsys.net

Exh D

-----Original Message-----
**From:** Linda Spranz [mailto:lspranz@calcomsys.net]
**Sent:** Wednesday, June 29, 2005 12:06 PM
**To:** Wolf, Christopher
**Cc:** lspranz@calcomsys.net; Burns, Anne M.
**Subject:** FW: 2721 Shattuck Avenue - Status of Permit # 2005-10000033 and 2005-30000018 (Verizon Wireless)
**Importance:** High

Hi Chris,

I wanted to confirm our discussion yesterday at the Planning Counter regarding an anticipated hearing date of mid-August for the afore-referenced project. Please clarify if that will be before the Zoning Adjustments Board or Design Review Commission, or both? ....and which will occur first if both hearings are in fact required. I am copying Ann on this email, because I believe she is handling the DR end of this project.

Thank you,

Linda

Exh
E

## Jim Mattison

**From:** Wolf, Christopher [CWolf@ci.berkeley.ca.us]
**Sent:** Thursday, July 07, 2005 12:39 PM
**To:** 'Linda Spranz'
**Subject:** RE: 2721 Shattuck Avenue - Status of Permit # 2005-10000033 and 2005-30000018 (Verizon Wireless)

Linda,

This is a follow-up email from our conversation this morning. We will be trying to get this project to the DRC in July and to the ZAB in August on 8/25. These are tentative dates, but we will do what we can to keep on target. I will bring the Verizon and Nextel applications forward together if I can do that without delaying either application.

Christopher Wolf
Associate Planner
Planning & Development Department
City of Berkeley

2120 Milvia Street, 1st Floor, Berkeley, CA 94704
Tel: 510-981-7426
Fax: 510-981-7420