HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
MARC BECKER (SBN 138872)
Marc.Becker@mto.com
BRADLEY R. SCHNEIDER (SBN 235296)
Bradley.Schneider@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

MACKENZIE & ALBRITTON LLP
JAMES A. HEARD (SBN 114940)
jheard@mallp.com
One Post Street, Suite 500
San Francisco, California  94104
Telephone: (415) 288-4000
Facsimile: (415) 288 4010

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BERKELEY,<br><br>Defendant. | CASE NO. C 07-04034 SBA<br><br>**PLAINTIFF'S EX PARTE MOTION FOR AN EXPEDITED HEARING DATE ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIM II OF THE COMPLAINT**<br><br>**DATE: None Set**<br>**TIME:  None Set** |

Pursuant to Local Rule 7-10,[1] Plaintiff moves to expedite the hearing date for its motion for partial summary judgment on Claim II of the Complaint's from December 18 to November 6, 2007. The Court should grant this motion for the following reasons:

1. Plaintiff's second claim for relief alleges that the City of Berkeley violated the federal Communications Act (the "Act") by failing to act within a reasonable time on Plaintiff's application for a conditional use permit ("CUP") to install a wireless communications facility at 2721 Shattuck Avenue in Berkeley (the "Bekins facility"). *See* 47 U.S.C. § 332(c)(7)(B)(ii) (requiring local governments to act on applications to place, construct, or modify a wireless communications facility "within a reasonable period of time").

2. Under the Act, the Court must "hear and decide" this claim "on an expedited basis." 47 U.S.C. § 332(c)(7)(B)(v).

2. On October 2, 2007, Plaintiff filed a motion for partial summary judgment on its second claim for relief, seeking an injunction from the Court ordering the City to issue a CUP for the Bekins facility.

3. Because the case number for this action is an even number, the next available hearing date on the Court's calendar is December 18, 2007. The next available hearing date odd numbered cases is November 6, 2007. Plaintiff respectfully requests that the Court set a hearing date for its motion for partial summary judgment for November 6, 2007, or as soon thereafter as the matter may be heard.

4. This modest accommodation is appropriate given the nature of Plaintiff's claims, the statutory requirement for expedited review, and the delay Plaintiff has already endured. Plaintiff applied for a CUP to construct the Bekins facility more than two and a half years ago. To date, the City has not taken any final action on the application.

5. Plaintiff urgently needs the Bekins facility to address capacity shortfalls in the area around 2721 Shattuck. The City's own engineering consultant has confirmed that the capacity of Plaintiff's other facilities in that area will be exhausted by early January 2008. Even

---

[1] Alternatively, the relief sought by this motion would fall within Local Rule 7-11 as appropriate administrative relief.

when Plaintiff obtains a permit for the Bekins facility, moreover, it will take several months of construction before the facility is operating. Thus, Plaintiff needs its motion for summary judgment resolved as soon as possible.

      6.    Plaintiff's counsel discussed this request with Defendant's counsel on Thursday, September 27, 2007. Defendant's counsel has not yet taken a position on the request. Declaration of Marc A. Becker In Support Of Plaintiff's Ex Parte Motion For An Expedited Hearing Date On Its Motion For Partial Summary Judgment On Claim II Of Its Complaint ¶ 2. If the court grants this motion, however, the city will not be prejudiced. The city will enjoy the full 35-day notice and briefing schedule contemplated by the Local Rules.

      7.    As noted, Plaintiff's application has been pending for more than two and a half years. Plaintiff should not be penalized with additional delay by the happenstance of what case number this action was randomly assigned. Consistent with its mandate under the Act to "hear and decide" this action expeditiously, the Court should set Plaintiff's motion for partial summary judgment for hearing on November 6, 2007.

      Respectfully submitted

DATED: October 2, 2007

Munger, Tolles & Olson LLP
   HENRY WEISSMANN
   MARC BECKER
   BRADLEY R. SCHNEIDER

By: _____
      BRADLEY R. SCHNEIDER

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP D/B/A VERIZON WIRELESS