1  HENRY WEISSMANN (SBN 132418)
   Henry.Weissmann@mto.com
2  MARC BECKER (SBN 138872)
   Marc.Becker@mto.com
3  BRADLEY R. SCHNEIDER (SBN 235296)
   Bradley.Schneider@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
7

8  MACKENZIE & ALBRITTON LLP
   JAMES A. HEARD (SBN 114940)
9  jheard@mallp.com
   One Post Street, Suite 500
10 San Francisco, California  94104
11 Telephone: (415) 288-4000
   Facsimile:  (415) 288 4010
12

   Attorneys for Plaintiff
13 GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, A CALIFORNIA LIMITED
14 PARTNERSHIP D/B/A VERIZON WIRELESS

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                           OAKLAND DIVISION

18

| 19 | GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS, | CASE NO.  C 07-04034 SBA |
|---|---|---|
| 20 | | **DECLARATION OF MARC A. BECKER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR AN EXPEDITED HEARING DATE ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIM II OF ITS COMPLAINT** |
| 21 | Plaintiff, | |
| 22 | vs. | |
| 23 | CITY OF BERKELEY, | DATE: None Set |
| 24 | Defendant. | TIME:  None Set |

3706142.1

I, Marc A. Becker, declare:

1. I am an active member of the California state bar. I am currently a partner at Munger, Tolles & Olson, which represents Plaintiff GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless in the above-captioned action. I am making this declaration in support of Verizon Wireless's ex parte motion for an expedited hearing date on its motion for partial summary judgment on the Complaint's second claim for relief. I have personal knowledge of the matters set forth in this declaration. If called to testify, I could and would testify competently to the facts set forth herein.

2. On Thursday, September 27, 2007, along with my colleague Bradley Schneider, I participated in a telephone conversation with Defendant's outside counsel in the above-captioned action, Kirk Trost, and his colleague Madeline Miller. I informed Mr. Trost that Plaintiff would be bringing a motion for partial summary judgment on Count II of the Complaint, and that because the earliest available hearing date was in December, Plaintiff intended to file an ex parte motion to set the partial summary judgment motion for November 6, 2007. Mr. Trost stated that he was unable at that time to let me know whether the City would oppose the ex parte application. I asked Mr. Trost to let me know the City's position on Plaintiff's application if he could before our filing. To date, counsel for the City has not notified me of the City's position.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 1, 2007 at Los Angeles, California.

By: _____
MARC A. BECKER