HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
MARC BECKER (SBN 138872)
Marc.Becker@mto.com
BRADLEY R. SCHNEIDER (SBN 235296)
Bradley.Schneider@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

MACKENZIE & ALBRITTON LLP
JAMES A. HEARD (SBN 114940)
jheard@mallp.com
One Post Street, Suite 500
San Francisco, California  94104
Telephone:  (415) 288-4000
Facsimile:  (415) 288 4010

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, A CALIFORNIA LIMITED
PARTNERSHIP D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY OF BERKELEY,<br><br>             Defendant. | CASE NO. C 07-04034 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR AN EXPEDITED HEARING DATE ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT II OF THE COMPLAINT**<br><br>**DATE: No date set**<br>**TIME:  No date set** |

Plaintiff GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless has filed a motion pursuant to Local Rule 7-10 for an expedited hearing date on its motion for summary judgment on Count II of its Complaint. Count II alleges that Defendant City of Berkeley violated 47 U.S.C. § 332(c)(7)(B)(ii) by failing to act within a reasonable period of time on Plaintiff's application for a conditional use permit to construct a wireless communications facility at 2721 Shattuck Avenue, Berkeley. Plaintiff filed its motion for summary judgment on October 2, 2007. Because this action was assigned an even case number, the earliest available hearing date on the Court's calendar is December 18, 2007. By contrast, the earliest available hearing date for odd numbered cases is November 6, 2007. Plaintiff requests that the Court move the hearing date on its summary judgment motion to November 6, 2007, or as soon thereafter as the matter may be heard. Defendant has not taken a position on this request.

In support of its request for an earlier hearing date, Plaintiff notes that the federal Communications Act ("Act") requires a court to hear and decide claims arising under 37 U.S.C. § 332(c)(7) on an expedited basis. *See* 47 U.S.C. § 332(c)(7)(B)(v). Plaintiff also notes that granting its request will not prejudice the Defendant, as the normal 35-day notice period and briefing schedule will continue to apply. Finally, Plaintiff observes that it filed its application for a conditional use permit with Defendant more than two and a half years ago. If the Court grants Plaintiff's motion for summary judgment, Plaintiff states that it will still take it several additional months to construct a facility at the 2721 Shattuck Avenue location.

The Court finds Plaintiff's arguments to be well-taken.

Accordingly, the Court hereby ORDERS:

1. The hearing on Plaintiff's motion for partial summary judgment on Count II of the Complaint will be held on November __, 2007;

1 | DATED: October _____, 2007

By: _____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE