1  HENRY WEISSMANN (SBN 132418)
   Henry.Weissmann@mto.com
2  MARC BECKER (SBN 138872)
   Marc.Becker@mto.com
3  BRADLEY R. SCHNEIDER (SBN 235296)
   Bradley.Schneider@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:    (213) 683-9100
   Facsimile:     (213) 687-3702
7

8  MACKENZIE & ALBRITTON LLP
   JAMES A. HEARD (SBN 114940)
9  jheard@mallp.com
   One Post Street, Suite 500
10 San Francisco, California  94104
11 Telephone:  (415) 288-4000
   Facsimile:  (415) 288 4010
12
   Attorneys for Plaintiff
13 GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, A CALIFORNIA LIMITED
14 PARTNERSHIP D/B/A VERIZON WIRELESS

15                      UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17                              OAKLAND DIVISION

18

19 | GTE MOBILNET OF CALIFORNIA         | CASE NO. C 07-04034 SBA
   | LIMITED PARTNERSHIP, a California
20 | limited partnership d/b/a VERIZON   | **NOTICE OF ERRATA**
   | WIRELESS,
21 |
   |          Plaintiff,
22 |
   |     vs.
23 |
   | CITY OF BERKELEY,
24 |
   |          Defendant.
25

26

27

28

1  PLEASE TAKE NOTICE that the Memorandum of Points and Authorities in Support of
2  Verizon Wireless's Motion for Partial Summary Judgment on Claim II of the Complaint filed on
3  October 2, 2007 did not include a table of contents or a table of authorities.  Accordingly, Verizon
4  Wireless is filing herewith a copy of its Motion and Notice of Motion with a Memorandum of
5  Points and Authorities that includes a table of contents and a table of authorities.

6  Respectfully submitted

8  DATED: October 3, 2007  Munger, Tolles & Olson LLP
    HENRY WEISSMANN
    MARC BECKER
9   BRADLEY R. SCHNEIDER

11  By: _____
        BRADLEY R. SCHNEIDER

    Attorneys for Plaintiff
13  GTE MOBILNET OF CALIFORNIA
    LIMITED PARTNERSHIP, A CALIFORNIA
14  LIMITED PARTNERSHIP D/B/A VERIZON
    WIRELESS