1   HENRY WEISSMANN (SBN 132418)
    Henry.Weissmann@mto.com
2   MARC BECKER (SBN 138872)
    Marc.Becker@mto.com
3   BRADLEY R. SCHNEIDER (SBN 235296)
    Bradley.Schneider@mto.com
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
5   Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
6   Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
7

8   MACKENZIE & ALBRITTON LLP
    JAMES A. HEARD (SBN 114940)
9   jheard@mallp.com
    One Post Street, Suite 500
10  San Francisco, California  94104
    Telephone:  (415) 288-4000
11  Facsimile:  (415) 288 4010

12
    Attorneys for Plaintiff
13  GTE MOBILNET OF CALIFORNIA LIMITED
    PARTNERSHIP, A CALIFORNIA LIMITED
14  PARTNERSHIP D/B/A VERIZON WIRELESS

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17                   OAKLAND DIVISION

18

19  GTE MOBILNET OF CALIFORNIA          CASE NO. C 07-04034 SBA
    LIMITED PARTNERSHIP, a California
20  limited partnership d/b/a VERIZON    **NOTICE OF LODGMENT OF DVDs**
    WIRELESS,
21
              Plaintiff,
22
         vs.
23
    CITY OF BERKELEY,
24
              Defendant.
25

26

27

28

FILED

OCT - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1    PLEASE TAKE NOTICE that Plaintiff GTE Mobilnet of California Limited Partnership

2    d/b/a Verizon Wireless will be lodging with the Court three DVDs entitled (1) "Berkeley City

3    Council mts 05-22-07"; (2) "Berkeley ZAB mts 06-28-07"; and (3) "Berkeley City Council mts

4    07-16-07." These are Exhibits Q, U, & Z, respectively, to the Declaration of Paul A. Albritton in

5    Support of Plaintiff's Motion For Partial Summary Judgment on Count II of the Complaint. A

6    copy of the DVD is being concurrently served on plaintiff's counsel.

7                                                    Respectfully submitted

8

9    DATED: October 3, 2007                          Munger, Tolles & Olson LLP
                                                       HENRY WEISSMANN
10                                                     MARC BECKER
                                                       BRADLEY R. SCHNEIDER
11

12                                                 By _____
13                                                       BRADLEY R. SCHNEIDER

14                                                 Attorneys for Plaintiff
                                                   GTE MOBILNET OF CALIFORNIA
15                                                 LIMITED PARTNERSHIP, A CALIFORNIA
                                                   LIMITED PARTNERSHIP D/B/A VERIZON
16                                                 WIRELESS

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                          NOTICE OF LODGMENT C 07-04034