ORIGINAL

1 | HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
2 | MARC BECKER (SBN 138872)
Marc.Becker@mto.com
3 | BRADLEY R. SCHNEIDER (SBN 235296)
Bradley.Schneider@mto.com
4 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
5 | Thirty-Fifth Floor
Los Angeles, CA 90071-1560
6 | Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

8 | MACKENZIE & ALBRITTON LLP
JAMES A. HEARD (SBN 114940)
9 | jheard@mallp.com
One Post Street, Suite 500
10 | San Francisco, California 94104
Telephone: (415) 288-4000
11 | Facsimile: (415) 288 4010

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, A CALIFORNIA LIMITED
PARTNERSHIP D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF BERKELEY,<br><br>　　　　　　　Defendant. | CASE NO. C 07-04034 SBA<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, CITY AND COUNTY OF ALAMEDA: |

3  I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within entitled action; my business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105.

On October 3, 2007, I served upon the interested party(ies) in this action, **as indicated in the attached Service List**, the following document(s) described as:

**NOTICE OF LODGMENT OF DVDs**

[ ] By placing ___ the original _X_ true copy(ies) thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

[X] **(BY HAND DELIVERY)** I caused such envelope to be delivered by hand by Wheels of Justice to the office of the addressee. Executed on October 3, 2007, at San Francisco, California

[ ] **BY MAIL:** I caused such envelope(s) to be deposited with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ] **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed for Federal Express collection and delivery at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the Federal Express delivery date is more than one day after dated of deposit with the local Federal Express office, pursuant to this affidavit.

[ ] **BY ELECTRONIC TRANSMISSION** the document(s) was transmitted electronically on this date, in compliance with Civil L.R. 23-2, to the designated electronic address(es) listed

[ ] **BY FACSIMILE:** By use of facsimile machine, I served the foregoing documents on the interested party(ies) in this action as follows: I arranged to have a true copy thereof transmitted by facsimile to the interested parties in this action listed on the attached service list. The facsimile used complied with CRC Rule 2003 and no error was reported by the machine. Pursuant to CRC Rule 2008, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

Executed on October 3, 2007, at San Francisco, California.

_/s/ Susan B. Ahmadi_
Susan B. Ahmadi

- 2 -

PROOF OF SERVICE
C 07-04034 SBA

**SERVICE LIST**

Kirk Edward Trost, Esq.
Miller, Owen & Trost
428 J Street, Ste 400
Sacramento, CA 95814