1   HENRY WEISSMANN (SBN 132418)
    Henry.Weissmann@mto.com
2   MARC BECKER (SBN 138872)
    Marc.Becker@mto.com
3   BRADLEY R. SCHNEIDER (SBN 235296)
    Bradley.Schneider@mto.com
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
5   Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
6   Telephone:     (213) 683-9100
    Facsimile:     (213) 687-3702
7
    MACKENZIE & ALBRITTON LLP
8   JAMES A. HEARD (SBN 114940)
    jheard@mallp.com
9   One Post Street, Suite 500
    San Francisco, California  94104
10  Telephone:  (415) 288-4000
    Facsimile:  (415) 288 4010
11

12  Attorneys for Plaintiff
    GTE MOBILNET OF CALIFORNIA LIMITED
13  PARTNERSHIP, A CALIFORNIA LIMITED
    PARTNERSHIP D/B/A VERIZON WIRELESS
14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    OAKLAND DIVISION

18

19  GTE MOBILNET OF CALIFORNIA              CASE NO. C 07-04034 SBA
    LIMITED PARTNERSHIP, a California
20  limited partnership d/b/a VERIZON       **ORDER GRANTING PLAINTIFF'S EX
    WIRELESS,                               PARTE MOTION FOR AN EXPEDITED
21                                          HEARING DATE ON ITS MOTION FOR
                    Plaintiff,              PARTIAL SUMMARY JUDGMENT ON
22                                          COUNT II OF THE COMPLAINT**
          vs.
23                                          **DATE: No date set
    CITY OF BERKELEY,                       TIME:  No date set**
24
                    Defendant.
25

26

27

28
                                        [PROPOSED] ORDER GRANTING PLAINTIFF'S
                              -1-       MOTION FOR AN EXPEDITED HEARING DATE
                                                                 C 07-04034

1

2      Plaintiff GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless

3   has filed a motion pursuant to Local Rule 7-10 for an expedited hearing date on its motion for

4   summary judgment on Count II of its Complaint.  Count II alleges that Defendant City of

5   Berkeley violated 47 U.S.C. § 332(c)(7)(B)(ii) by failing to act within a reasonable period of time

6   on Plaintiff's application for a conditional use permit to construct a wireless communications

7   facility at 2721 Shattuck Avenue, Berkeley.  Plaintiff filed its motion for summary judgment on

8   October 2, 2007.  Because this action was assigned an even case number, the earliest available

9   hearing date on the Court's calendar is December 18, 2007.  By contrast, the earliest available

10   hearing date for odd numbered cases is November 6, 2007.  Plaintiff requests that the Court move

11   the hearing date on its summary judgment motion to November 6, 2007, or as soon thereafter as

12   the matter may be heard.  Defendant has not taken a position on this request.

13      In support of its request for an earlier hearing date, Plaintiff notes that the federal

14   Communications Act ("Act") requires a court to hear and decide claims arising under 37 U.S.C.

15   § 332(c)(7) on an expedited basis.  *See* 47 U.S.C. § 332(c)(7)(B)(v).  Plaintiff also notes that

16   granting its request will not prejudice the Defendant, as the normal 35-day notice period and

17   briefing schedule will continue to apply.  Finally, Plaintiff observes that it filed its application for

18   a conditional use permit with Defendant more than two and a half years ago.  If the Court grants

19   Plaintiff's motion for summary judgment, Plaintiff states that it will still take it several additional

20   months to construct a facility at the 2721 Shattuck Avenue location.

21      The Court finds Plaintiff's arguments to be well-taken.

22      Accordingly, the Court hereby ORDERS:

23      1.      The hearing on Plaintiff's motion for partial summary judgment on Count

24   II of the Complaint will be held on November 6, 2007 at 1:00 p.m.;

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR AN EXPEDITED HEARING DATE
C 07-04034 SBA

1    DATED: October 5, 2007

2

3                                                    By: _____
                                                         SAUNDRA BROWN ARMSTRONG
4                                                        UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    [PROPOSED] ORDER GRANTING PLAINTIFF'S
                                          -3-       MOTION FOR AN EXPEDITED HEARING DATE
                                                    C 07-04034 SBA