KIRK E. TROST (SBN 127097)
MADELINE E. MILLER (SBN 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA 95814
Telephone:  (916) 447-7933
Facsimile:  (916) 447-5195
trost@motlaw.com
madelinemiller@motlaw.com

MANUELA ALBUQUERQUE, City Attorney (SBN 67464)
ZACHARY D. COWAN, Assistant City Attorney (SBN 96372)
City of Berkeley
2180 Milvia Street
Berkeley, CA 94704
Telephone:  (510) 981-6950
Facsimile:  (510) 981-6960
zcowan@ci.berkeley.ca.us

Attorneys for Defendant City of Berkeley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GTE Mobilnet of California Limited Parnership, a California limited partnership d/b/a Verizon Wireless,<br><br>        Plaintiff,<br><br>   vs.<br><br>City of Berkeley,<br><br>        Defendant | Case No.: C-07-04034 (SBA)<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

1

2     IT IS HEREBY STIPULATED by and between the parties to this action through their

3   designated counsel that, pursuant to Local Rule 6-1(a), the City of Berkeley may file a

4   responsive pleading no later than October 15, 2007.

DATED: October 5, 2007                    Respectfully submitted,

5

6                                          MILLER, OWEN & TROST
                                           A Professional Corporation
7

8                                                 s/Kirk E. Trost
                                           _____
9                                                 Kirk E. Trost

10                                         Attorneys for Defendant City of Berkeley

11  DATED:  October 5, 2007                MUNGER, TOLLES & OLSON, LLP

12

13                                                s/Bradley R. Schneider
                                           _____
14                                                Bradley R. Schneider

15                                         Attorneys for Plaintiff GTE Mobilnet of
                                           California Limited Partnership, a California
16                                         limited partnership d/b/a Verizon Wireless

17

18

19

20

21

22

23

24

25

26

27

28