1  HENRY WEISSMANN (SBN 132418)
   Henry.Weissmann@mto.com
2  MARC BECKER (SBN 138872)
   Marc.Becker@mto.com
3  BRADLEY R. SCHNEIDER (SBN 235296)
   Bradley.Schneider@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
7

8  MACKENZIE & ALBRITTON LLP
   JAMES A. HEARD (SBN 114940)
9  jheard@mallp.com
   One Post Street, Suite 500
10 San Francisco, California  94104
11 Telephone:  (415) 288-4000
   Facsimile:  (415) 288 4010
12
   Attorneys for Plaintiff
13 GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, A CALIFORNIA LIMITED
14 PARTNERSHIP D/B/A VERIZON WIRELESS

15
   KIRK EDWARD TROST, (SBN 127097)
16 MILLER, OWEN & TROST
   428 J. Street, Suite 400
17 Sacramento, California 95814

18 Attorney for Defendant City of Berkeley

19                  UNITED STATES DISTRICT COURT
20                  NORTHERN DISTRICT OF CALIFORNIA
21                          OAKLAND DIVISION
22

23 | | |
   |---|---|
24 | GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS, | CASE NO. C 07-04034 SBA |
25 | | STIPULATION AND [PROPOSED] ORDER |
26 | Plaintiff, | [1] CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT II OF THE COMPLAINT; |
27 | vs. | |
28 | CITY OF BERKELEY, | |

3775864.2                                    STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | [2] **CONSENTING TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; AND** |
| 2  Defendant. | |
| 3 | [3] **EXTENDING FILING DATE FOR RESPONSIVE PLEADING** |
| 4 | |
| 5 | **Current Hearing Date: November 6, 2007**<br>**Time: 1:00 p.m.** |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

This Stipulation is made with reference to the following facts:

1. Plaintiff GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless ("Plaintiff") has filed a Motion For Partial Summary Judgment on Count II of the Complaint ("Motion") that is currently scheduled for hearing on November 6, 2007;

2. The permit application that is the subject of that Motion is scheduled to be considered by the Berkeley City Council at a hearing on October 23, 2007;

3. The outcome of the hearing with respect to the permit application may have a material effect on the pending Motion, and may obviate the need for the Court to adjudicate the Motion;

4. The parties desire to avoid unnecessary briefing in the event the outcome of the October 23 hearing renders the Motion unnecessary;

5. The parties have agreed to have all further proceedings in this matter presided over by a United States Magistrate Judge;

6. The parties have agreed to extend the time for Defendant to respond to the Complaint from October 15, 2007 to November 6, 2007;

IT IS THEREFORE STIPULATED BY THE PARTIES, by and through their undersigned counsel of record, as follows:

1. The hearing on the Motion will be continued from November 6, 2007, to November 27, 2007, at 1:00 p.m., or at such other and further time as is convenient to the Court;

2. The parties hereby consent to the exercise of jurisdiction by a United States Magistrate Judge for all proceedings in this case, including trial and entry of final judgment;

3. Plaintiffs' time to respond to the Complaint shall be continued from October 15, 2007 to November 6, 2007.

| | | |
|---|---|---|
| 1 | DATED: October 12, 2007 | Munger, Tolles & Olson LLP |
| 2 | | HENRY WEISSMANN |
| | | MARC BECKER |
| | | BRADLEY R. SCHNEIDER |

By: /s/ Marc A. Becker
    MARC A. BECKER

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA
LIMITED PARTNERSHIP, A CALIFORNIA
LIMITED PARTNERSHIP D/B/A VERIZON
WIRELESS

DATED: October 12, 2007

Miller, Owen & Trost
A Professional Corporation
    KIRK E. TROST

By: /s/ Kirk E. Trost
    KIRK E. TROST
Attorney for Defendant
CITY OF BERKELEY

IT IS SO ORDERED:

DATED: 10/12/07

/s/ Saundra B. Armstrong
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE