## UNITED STATES DISTRICT COURT

### Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## October 15, 2007

**CASE NUMBER:  CV 07-04034 SBA**
**CASE TITLE:  GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP-v-CITY OF BERKELEY**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable WAYNE D. BRAZIL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WDB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/15/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 10/15/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA