1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GTE MOBILNET OF CALIFORNIA
LIMITED PARTNERSHIP,

           Plaintiff,

   v.

CITY OF BERKELEY,

           Defendant.

_____/

No. C 07-04034 WDB

CLERK'S NOTICE OF REASSIGNMENT
AND OF SETTING DATE FOR HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been <u>reassigned</u> to Magistrate Judge Wayne D. Brazil. At the time of reassignment, Plaintiffs had pending a Motion for Partial Summary Judgment on Count II of the Complaint ("Motion"). Judge Brazil will conduct a Case Management Conference <u>and</u> hear Plaintiff's Motion on **Wednesday, December 5, 2007, at <u>3:00 P.M.</u>** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. Further briefing on the Motion is due under the time frames set forth in the Civil Local Rules. The parties must submit a Joint Case Management Statement, or individual statements if they cannot agree on a Joint Statement, by no later than **November 28, 2007**.

Dated: October 15, 2007

                            Richard W. Wieking, Clerk
                            United States District Court

                            *Sarah Weinstein*

                            By: Sarah Weinstein
                            Law Clerk/Deputy Clerk