HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
MARC BECKER (SBN 138872)
Marc.Becker@mto.com
BRADLEY R. SCHNEIDER (SBN 235296)
Bradley.Schneider@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

MACKENZIE & ALBRITTON LLP
JAMES A. HEARD (SBN 114940)
jheard@mallp.com
One Post Street, Suite 500
San Francisco, California  94104
Telephone:  (415) 288-4000
Facsimile:  (415) 288 4010

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, A CALIFORNIA LIMITED
PARTNERSHIP D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY OF BERKELEY,<br><br>       Defendant. | CASE NO. C 07-04034 WDB<br><br>**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT II OF THE COMPLAINT**<br><br>DATE: December 5, 2007<br>TIME:  3:00 p.m. |

1  Plaintiff respectfully submits this Supplemental Memorandum to advise the Court of relevant events that have occurred since the motion was originally filed on October 2, 2007.

On October 23, 2007, the Berkeley City Council once again considered the Bekins Application that is the subject of this motion. Supplemental Declaration of Paul B. Albritton, ¶ 4. As they had done repeatedly in the past, City Staff recommended that the Council grant the permit. *Id.*, ¶ 2 Exh. A. During the hearing, public opposition once again focused on the alleged adverse health effects of the proposed facilities. *Id.* ¶ 4. Together with his motion to deny Plaintiff's appeal, Councilmember Anderson made an extensive speech regarding the unknown health effects of the proposed Bekins facility (an impermissible basis for denying the permit under federal law), and cited a need to "stand up" to the Federal Government, sentiments that were later echoed by Mayor Bates. *Id.* Rather than decide the merits of the application, however, more than half of the Council once again chose the option of delay by abstaining on both a motion to deny the appeal and a substitute motion to grant the appeal. *Id.* As a result of the inaction, Verizon's appeal was put over until November 6, 2007.

Plaintiff respectfully submits that this latest action (or more properly inaction) further supports the argument presented in this motion – that the City has unreasonably delayed consideration of the Bekins application as a matter of law in violation of 47 U.S.C. § 332(c)(7)(B)(ii), and that the Court should issue an Order requiring the City to grant the permit.

DATED: October 26, 2007

MUNGER, TOLLES & OLSON LLP
  HENRY WEISSMANN
  MARC BECKER
  BRADLEY R. SCHNEIDER

By: /s/ MARC A. BECKER

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA
LIMITED PARTNERSHIP, A CALIFORNIA
LIMITED PARTNERSHIP D/B/A VERIZON
WIRELESS

## PROOF OF SERVICE BY MAIL

I, Lori Cruz, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

2. On October 26, 2007, I served a true copy of the attached document entitled **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT II OF THE COMPLAINT** by placing it in an addressed sealed envelope clearly labeled to identify the person being served at the address shown below on the attached service list and placed said envelope in interoffice mail for collection and deposit with the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices.

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2007, at Los Angeles, California.

_____
Lori Cruz

3520834.1                                                                                       PROOF OF SERVICE

1

## SERVICE LIST

2

Case No.: C-07-04034 (SBA)
*GTE MobilNet of California L.P. d/b/a Verizon Wireless v. City of Berkeley*

3

4

5 | Zach Cowan | Attorneys for Defendant
  | Deputy City Attorney | *City of Berkeley*

6 | City Attorney's Office
  | City of Berkeley

7 | 2180 Milvia Street
  | Berkeley, CA  94704

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3520834.1                                    - 2 -