UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF BERKELEY,<br><br>            Defendant.<br>_____/ | No. C 07-04034 WDB<br><br>CLERK'S NOTICE CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was <u>reassigned</u> to Magistrate Judge Wayne D. Brazil. At the time of reassignment, Plaintiffs had pending a Motion for Partial Summary Judgment on Count II of the Complaint ("Motion"). Judge Brazil initially set December 5, 2007, as the date to hear Plaintiff's Motion and to conduct a Case Management Conference. To accommodate the Court's schedule, the hearing is continued to **Wednesday, December 12, 2007, at <u>1:30 p.m.</u>,** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. Further briefing on the Motion is due under the time frames set forth in the Civil Local Rules. The parties must submit a Joint Case Management Statement, or individual statements if they cannot agree on a Joint Statement, by no later than **December 5, 2007.**

Dated: October 30, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk