KIRK E. TROST (SBN 127097)
MADELINE E. MILLER (SBN 221568)
MILLER, OWEN & TROST
A Professional Corporation
428 J Street, Suite 400
Sacramento, CA 95814
Telephone: (916) 447-7933
Facsimile: (916) 447-5195
trost@motlaw.com
madelinemiller@motlaw.com

MANUELA ALBUQUERQUE, City Attorney (SBN 67464)
ZACHARY D. COWAN, Assistant City Attorney (SBN 96372)
City of Berkeley
2180 Milvia Street
Berkeley, CA 94704
Telephone: (510) 981-6950
Facsimile: (510) 981-6960
zcowan@ci.berkeley.ca.us

Attorneys for Defendant City of Berkeley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GTE Mobilnet of California Limited Partnership, a California limited partnership d/b/a Verizon Wireless,<br><br>        Plaintiff,<br><br>  vs.<br><br>City of Berkeley,<br><br>        Defendant | Case No.: C-07-04034 (WDB)<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Local Rule 6-1(a), the City of Berkeley may file a responsive pleading no later than November 21, 2007.

DATED: November 2, 2007				Respectfully submitted,

						MILLER, OWEN & TROST
						A Professional Corporation


						_____s/Kirk E. Trost_____
						Kirk E. Trost

						Attorneys for Defendant City of Berkeley

DATED: November 2, 2007				MUNGER, TOLLES & OLSON, LLP


						_____s/ Marc A. Becker_____
						Marc A. Becker

						Attorneys for Plaintiff GTE Mobilnet of
						California Limited Partnership, a California
						limited partnership d/b/a Verizon Wireless