HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
MARC BECKER (SBN 138872)
Marc.Becker@mto.com
BRADLEY R. SCHNEIDER (SBN 235296)
Bradley.Schneider@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702


MACKENZIE & ALBRITTON LLP
JAMES A. HEARD (SBN 114940)
jheard@mallp.com
One Post Street, Suite 500
San Francisco, California  94104
Telephone:  (415) 288-4000
Facsimile:  (415) 288 4010

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, A CALIFORNIA LIMITED
PARTNERSHIP D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF BERKELEY,<br><br>             Defendant. | CASE NO. C 07-04034 WDB<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIM II OF THE COMPLAINT**<br><br>**DATE: December 12, 2007**<br>**TIME:  1:30 p.m.** |

3965050.1  NOTICE OF WITHDRAWAL
4:07-CV-04034-WDB

TO DEFENDANT CITY OF BERKELEY AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff is withdrawing as moot its motion for partial summary judgment on Count II of the Complaint, which was filed on October 2, 2007, in light of the City of Berkeley's issuance on November 14, 2007 of a conditional use permit for the facility that is the subject of the motion.

DATED: November 20, 2007

MUNGER TOLLES & OLSON LLP
   HENRY WEISSMANN
   MARC BECKER
   BRADLEY R. SCHNEIDER


By: _____
       BRADLEY R. SCHNEIDER

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA
LIMITED PARTNERSHIP, A CALIFORNIA
LIMITED PARTNERSHIP D/B/A VERIZON
WIRELESS