1  HENRY WEISSMANN (SBN 132418)
   Henry.Weissmann@mto.com
2  MARC BECKER (SBN 138872)
   Marc.Becker@mto.com
3  BRADLEY R. SCHNEIDER (SBN 235296)
   Bradley.Schneider@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
7

8  MACKENZIE & ALBRITTON LLP
   JAMES A. HEARD (SBN 114940)
9  jheard@mallp.com
   One Post Street, Suite 500
10 San Francisco, California  94104
11 Telephone:  (415) 288-4000
   Facsimile:  (415) 288 4010
12
   Attorneys for Plaintiff
13 GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, A CALIFORNIA LIMITED
14 PARTNERSHIP D/B/A VERIZON WIRELESS

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                              OAKLAND DIVISION

18

19 | GTE MOBILNET OF CALIFORNIA          | CASE NO. C 07-04034 WDB
   | LIMITED PARTNERSHIP, a California   |
20 | limited partnership d/b/a VERIZON   | **JOINT STIPULATION REQUESTING**
   | WIRELESS,                           | **POSTPONEMENT OF DECEMBER 12,**
21 |                                     | **2007 CASE MANAGEMENT**
   |            Plaintiff,               | **CONFERENCE; [proposed] ORDER**
22 |                                     | **THEREON**
   |      vs.                            |
23 |                                     | DATE: December 12, 2007
   | CITY OF BERKELEY,                   | TIME:  1:30 p.m.
24 |                                     |
   |            Defendant.               |
25

26

27

28

4038843.1                                                JOINT STIPULATION
                                                         4:07-CV-04034-WDB

1   This stipulation is made with reference to the following facts:

2   1.   On October 30, 2007, the Court issued an Order setting a Case Management
3   Conference in this matter for December 12, 2007 at 1:30 p.m.

4   2.   The Court also set that same time for a hearing on Plaintiff's then-pending Motion
5   for Partial Summary Judgment on Count II of the Complaint ("Motion").

6   3.   Plaintiff has withdrawn the Motion in light of the City's decision to grant the
7   permit that was the subject of the motion.

8   4.   The parties are in the process of discussing a framework for potential resolution of
9   the remaining claims in the action, and expect those discussions either to result in a proposal for
10  the Court's consideration or a decision that an agreement at this time cannot be reached within the
11  next few weeks.

12  5.   As a result, the parties believe it would be appropriate to postpone the December
13  12 Case Management Conference until a date in the second part of January, 2008 that would be
14  convenient to the Court.

15  IT IS THEREFORE STIPULATED BY THE PARTIES, by and through their
16  undersigned counsel of record, as follows:

17  1.   The Case Management Conference, currently set for December 12, 2007, should
18  be continued to a date in the second half of January 2008 that is convenient for the Court.

19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: December 3, 2007 | MUNGER TOLLES & OLSON LLP |
| | |    HENRY WEISSMANN |
| 2 | |    MARC BECKER |
| | |    BRADLEY R. SCHNEIDER |

By: _____
         BRADLEY R. SCHNEIDER

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA
LIMITED PARTNERSHIP, A CALIFORNIA
LIMITED PARTNERSHIP D/B/A VERIZON
WIRELESS

DATED: December 3, 2007
MILLER, OWEN & TROST
A Professional Corporation
   KIRK E. TROST
   MADELINE E. MILLER

By: _____
         KIRK E. TROST

Attorneys for Defendant
CITY OF BERKELEY

    The Case Management Conference, currently set for December 12, 2007, is hereby continued to January 30, 2008, at 4:00 p.m.

    IT IS SO ORDERED.

DATED: 12-6-07    _____
                                     Hon. Wayne D. Brazil