HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
MARC BECKER (SBN 138872)
Marc.Becker@mto.com
BRADLEY R. SCHNEIDER (SBN 235296)
Bradley.Schneider@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

MACKENZIE & ALBRITTON LLP
JAMES A. HEARD (SBN 114940)
jheard@mallp.com
423 Washington Street, Sixth Floor
San Francisco, California  94111
Telephone:  (415) 288-4000
Facsimile:  (415) 288 4010

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, A CALIFORNIA LIMITED
PARTNERSHIP D/B/A VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BERKELEY, <br><br> Defendant. | CASE NO. C 07-04034 WDB <br><br> **NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the new address of the undersigned counsel for Plaintiff, effective immediately:

James A. Heard
Mackenzie & Albritton, LLP
423 Washington Street, Sixth Floor
San Francisco, California 94111

Counsel's telephone number, facsimile number, and email address will remain unchanged.

DATED: January 2, 2008                    MACKENZIE & ALBRITTON LLP

                                          By: _____
                                                    JAMES A. HEARD

                                          Attorneys for Plaintiff
                                          GTE MOBILNET OF CALIFORNIA
                                          LIMITED PARTNERSHIP, A CALIFORNIA
                                          LIMITED PARTNERSHIP D/B/A VERIZON
                                          WIRELESS

NOTICE OF CHANGE OF ADDRESS
                                          4:07-CV-04034-WDB