**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| GTE Mobilnet of California Limited Partnership,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>,<br><br>                    Defendant(s). | 07-04034 WDB<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-04034 WDB                                                         -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: January 16, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

*Timothy Smagacz* (signature)

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-04034 WDB                               -2-

PROOF OF SERVICE

Case Name:      GTE Mobilnet of California Limited Partnership v.

Case Number:    07-04034 WDB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 16, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Bradley Robert Schneider
> Munger, Tolles & Olson LLP
> 355 S. Grand Avenue
> 35th Floor
> Los Angeles, CA 90071
> Bradley.Schneider@mto.com
>
> James A. Heard
> Mackenzie & Albritton LLP
> 423 Washington Street
> Sixth Floor
> San Francisco, CA 94111
> jheard@mallp.com
>
> Henry Weissmann
> Munger Tolles & Olson LLP
> 355 S. Grand Avenue
> 35th Floor
> Los Angeles, CA 90071-1560
> Henry.Weissmann@mto.com

Kirk Edward Trost
Miller, Owen & Trost
428 J Street
Suite 400
Sacramento, CA 95814
Trost@motlaw.com

Madeline Elaine Miller
Miller Owen & Trost
428 J St #400
Sacramento, CA 95814

Manuela Albuquerque
City Attorney's Office - Berkeley
2180 Milvia Street, 4th Floor
Berkeley, CA 94704
malbuquerque@ci.berkeley.ca.us

Zach Cowan
Berkeley City Attorney's Office
2180 Milvia Street
Fourth Floor
Berkeley, CA 94704


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 16, 2008 in San Francisco, California.

                        RICHARD W. WIEKING
                        Clerk
                        by:    Timothy J. Smagacz

                        */s/ Timothy Smagacz*
                        ADR Administrative Assistant
                        415-522-4205
                        Tim_Smagacz@cand.uscourts.gov