UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GTE MOBILNET OF CALIFORNIA, a
California Limited Partnership

           Plaintiff(s),

     v.

City of Berkeley

           Defendant(s).
_____/

CASE NO. C 07-04034 WDB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      ☐ have not yet reached an agreement to an ADR process
      ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 30, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Henry Weissmann | GTE Mobilnet of California | 213-683-9150 | Henry.Weissmann@mto.com |
| Kirk Trost | City of Berkeley | 916-447-7933 | trost@motlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 25 Jan 2008

                                                        Attorney for Plaintiff

Dated: 1/25/2008

                                                        Attorney for Defendant

Rev 12.05