UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:   January 30, 2008                 Start Time:    4:00 p.m.    End Time: 4:13 p.m.

TITLE OF CASE     GTE Mobilnet v. City of Berkeley

DOCKET NO.:      C 07-4034 WDB

FTR 1/30/08, 4:00 p.m.

Hearing Location: Courtroom 4

ATTORNEY(S)

Plaintiff:   Henry Weissmann, Esq.; Marc A. Becker, Esq.

Defendant:   Kirk E. Trost, Esq.

**PROCEEDINGS**

| [X] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
|---|---|
| [ ] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |

ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court

Court conducted an Initial Case Management Conference.  See later-filed separate Order.