ꝏ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| California Northern | DISTRICT OF | Oakland |

GTE MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP, a California limited partnership
d/b/a VERIZON WIRELESS

Vs.

**APPEARANCE**

CITY OF BERKELEY

Case Number: C-07-4034

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS

    I certify that I am admitted to practice in this court.

January 30, 2008
Date

Signature

Marc A. Becker      138872
Print Name      Bar Number

Munger, Tolles & Olson, LLP, 355 S. Grand Ave., 35th Fl.
Address

Los Angeles      CA      90071
City      State      Zip Code

(213) 687-9271      (213) 683-4071
Phone Number      Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com