UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP,<br><br>          Plaintiff<br>     v.<br><br>CITY OF BERKELEY,<br><br>          Defendant._____/ | No. C 07-4034 WDB<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

   On January 30, 2008, the Court conducted an Initial Case Management Conference in this matter. For reasons more fully explained on the record, the Court ORDERS as follows:

   Counsel for both parties indicated that they may be able to negotiate a resolution of this matter in the near future. Accordingly, **by no later than February 20, 2008,** counsel for Plaintiff must e-file a letter informing the Court whether the parties have reached a resolution. If the parties have not reached a resolution by this date, the Court will contact counsel for both parties by telephone to choose a mutually convenient date and time for a further case management conference to discuss how the case will proceed.

IT IS SO ORDERED.

Dated:   February 1, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1