## MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

February 20, 2008

WRITER'S DIRECT LINE
(213) 683-9271
Marc.Becker@mto.com

**Electronically Filed Pursuant to Court Order**

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California 94312-5212

Re:   <u>GTE Mobilnet of California v. City of Berkeley</u>, No. C 07-4034 WDB

Dear Magistrate Judge Brazil:

  Pursuant to the Court's February 1, 2008 Order Following Case Management Conference, Plaintiff submits this letter to advise the Court of the status of the parties' settlement negotiations. Although the matter has not yet been resolved, following the January 30 CMC, the parties have had productive discussions and are continuing to make progress toward a possible resolution. As a result, the parties respectfully request a further period of two weeks to attempt to finalize a resolution for the Court's consideration, and propose that if the matter has not resolved by March 5, 2008, Plaintiff will so advise the Court by letter not later than March 5.

Respectfully submitted,

Marc Becker

cc:   Kirst Trost, Esq.
   Henry Weissman, Esq.

4509690.1