# MILLER, OWEN & TROST
A PROFESSIONAL CORPORATION

PAUL J. CHRISMAN
JENNIFER V. GORE
CHRISTIANE E. LAYTON
MADELINE E. MILLER
NANCY C. MILLER
KIRK E. TROST

ATTORNEYS AT LAW
428 J STREET, SUITE 400
SACRAMENTO, CALIFORNIA 95814-2394

TELEPHONE    (916) 447-7933
FACSIMILE    (916) 447-5195

WILLIAM L. OWEN
OF COUNSEL

March 6, 2008

**ELECTRONICALLY FILED**

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94312-5212

Re:  *GTE Mobilnet of California City of Berkeley*, Northern District of California Case Number C 07-4034 WDB

Dear Magistrate Judge Brazil,

On February 20, 2008, the parties to the above-referenced action electronically filed a letter updating the Court on progress towards resolution of this action. (Attached.) While the parties have not resolved the action as of today, progress towards resolution has been made. The parties have conducted a conference call with representatives of Verizon and the City to clarify technical issues. The parties are also negotiating a stipulation to address remaining issues. The parties therefore request a period of two weeks from today to continue working towards resolution of this action and will update the Court on that progress by March 20, 2008.

Respectfully Submitted,

MILLER, OWEN & TROST
A Professional Corporation

By: _____
Kirk E. Trost

cc:    Marc Becker

## MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

February 20, 2008

WRITER'S DIRECT LINE
(213) 683-9271
Marc.Becker@mto.com

**Electronically Filed Pursuant to Court Order**

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California 94312-5212

Re: <u>GTE Mobilnet of California v. City of Berkeley</u>, No. C 07-4034 WDB

Dear Magistrate Judge Brazil:

Pursuant to the Court's February 1, 2008 Order Following Case Management Conference, Plaintiff submits this letter to advise the Court of the status of the parties' settlement negotiations. Although the matter has not yet been resolved, following the January 30 CMC, the parties have had productive discussions and are continuing to make progress toward a possible resolution. As a result, the parties respectfully request a further period of two weeks to attempt to finalize a resolution for the Court's consideration, and propose that if the matter has not resolved by March 5, 2008, Plaintiff will so advise the Court by letter not later than March 5.

Respectfully submitted,

Marc Becker

cc: Kirst Trost, Esq.
    Henry Weissman, Esq.

4509690.1