# MILLER, OWEN & TROST
A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| PAUL J. CHRISMAN<br>JENNIFER V. GORE<br>CHRISTIANE E. LAYTON<br>MADELINE E. MILLER<br>NANCY C. MILLER<br>KIRK E. TROST | ATTORNEYS AT LAW<br>428 J STREET, SUITE 400<br>SACRAMENTO, CALIFORNIA 95814-2394 | TELEPHONE   (916) 447-7933<br>FACSIMILE    (916) 447-5195<br><br>WILLIAM L. OWEN<br>OF COUNSEL |

April 3, 2008

**ELECTRONICALLY FILED**

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94312-5212

Re:  *GTE Mobilnet of California v. City of Berkeley*, Northern District of California Case Number C 07-4034 WDB

Dear Magistrate Judge Brazil,

On March 6, 2008, the parties to the above-referenced action electronically filed a letter updating the Court on progress towards resolution of this action. (Attached.) While the parties have not resolved the action as of today, progress towards resolution continues to be made. The parties have conducted conference calls and are working to resolve the remaining issues in a draft stipulation.

The parties therefore request an additional period of two weeks from today to continue working towards resolution of this action and will update the Court on that progress by April 18, 2008.

Respectfully Submitted,

MILLER, OWEN & TROST
A Professional Corporation

By: _____
    Kirk E. Trost

cc:  Marc Becker

# MILLER, OWEN & TROST
### A PROFESSIONAL CORPORATION

PAUL J. CHRISMAN
JENNIFER V. GORE
CHRISTIANE E. LAYTON
MADELINE E. MILLER
NANCY C. MILLER
KIRK E. TROST

ATTORNEYS AT LAW
428 J STREET, SUITE 400
SACRAMENTO, CALIFORNIA 95814-2394

TELEPHONE (916) 447-7933
FACSIMILE (916) 447-5195

WILLIAM L. OWEN
OF COUNSEL

March 6, 2008

**ELECTRONICALLY FILED**

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94312-5212

Re:  *GTE Mobilnet of California City of Berkeley*, Northern District of California Case Number C 07-4034 WDB

Dear Magistrate Judge Brazil,

On February 20, 2008, the parties to the above-referenced action electronically filed a letter updating the Court on progress towards resolution of this action. (Attached.) While the parties have not resolved the action as of today, progress towards resolution has been made. The parties have conducted a conference call with representatives of Verizon and the City to clarify technical issues. The parties are also negotiating a stipulation to address remaining issues. The parties therefore request a period of two weeks from today to continue working towards resolution of this action and will update the Court on that progress by March 20, 2008.

Respectfully Submitted,

MILLER, OWEN & TROST
A Professional Corporation

By: _____
Kirk E. Trost

cc:   Marc Becker