| | |
|---|---|
| 1 | HENRY WEISSMANN (SBN 132418) |
|   | Henry.Weissmann@mto.com |
| 2 | MARC BECKER (SBN 138872) |
|   | Marc.Becker@mto.com |
| 3 | BRADLEY R. SCHNEIDER (SBN 235296) |
|   | Bradley.Schneider@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 5 | Thirty-Fifth Floor |
|   | Los Angeles, CA  90071-1560 |
| 6 | Telephone:     (213) 683-9100 |
|   | Facsimile:      (213) 687-3702 |
| 7 | |
| 8 | MACKENZIE & ALBRITTON LLP |
|   | JAMES A. HEARD (SBN 114940) |
| 9 | jheard@mallp.com |
|   | One Post Street, Suite 500 |
| 10 | San Francisco, California  94104 |
| 11 | Telephone:  (415) 288-4000 |
|    | Facsimile:  (415) 288 4010 |
| 12 | |
|    | Attorneys for Plaintiff |
| 13 | GTE MOBILNET OF CALIFORNIA LIMITED |
|    | PARTNERSHIP, A CALIFORNIA LIMITED |
| 14 | PARTNERSHIP D/B/A VERIZON WIRELESS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS, | CASE NO. C 07-04034 WDB |
| 20 | | **STIPULATION REGARDING STAY OF ACTION; [PROPOSED] ORDER** |
| 21 | Plaintiff, | |
| 22 | vs. | |
| 23 | CITY OF BERKELEY, | |
| 24 | Defendant. | |

This stipulation is made with reference to the following facts:

1. On August 8, 2007, GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless ("Verizon Wireless") filed a complaint against the City of Berkeley ("the City").

2. Verizon Wireless's complaint seeks a declaratory judgment that Section 253(a) of the federal Communications Act (the "Act") expressly preempts the City's Wireless Telecommunication Facilities Ordinance (the "Ordinance") and an injunction against enforcement of the Ordinance. Verizon Wireless's complaint also asserts that the City has violated Section 332(c)(7)(B)(ii) of the Act by failing to act within a reasonable period of time on Verizon Wireless's applications for conditional use permits ("CUP") to install wireless communications facilities at the following locations in Berkeley:

- 2721 Shattuck Avenue (the "Bekins Facility")
- 1540 Shattuck Avenue (the "North Shattuck Facility")
- 2002 Acton Street (the "Lower University Facility")

3. On October 2, 2007, Verizon Wireless filed a motion for partial summary judgment on its claim for unreasonable delay with respect to the Bekins Facility.

4. On November 6, 2007, the City issued Verizon Wireless a CUP for the Bekins Facility. Verizon Wireless then withdrew as moot its October 2, 2007, motion for partial summary judgment.

5. The parties desire to resolve this action on the terms set forth below.

IT IS THEREFORE STIPULATED BY THE PARTIES, by and through their undersigned counsel of record, as follows:

1. The City will take final action on the North Shattuck and Lower University applications ("the Verizon Wireless Applications") within eight months from the date it receives deposits for third-party engineering and/or acoustic review from Verizon Wireless. For purposes of this Stipulation, the term "final action" means a decision approving or disapproving an application that is no longer subject to administrative appeal.

2. The third-party engineering and/or acoustic review process will move forward in connection with the City's consideration of the Verizon Wireless Applications, provided however

1 that Verizon Wireless reserves its right to decline to provide particular data or information
2 requested by the third-party engineer.  Nothing in this Stipulation shall waive any right to assert
3 that the City's request and/or requirement for third-party engineering and/or acoustic review is
4 unlawful under 47 U.S.C. § 253 or otherwise, and this Stipulation shall have no effect on the
5 Court's adjudication of any such claim by Verizon Wireless.  Nothing in this Stipulation shall
6 waive any right to deny the Verizon Wireless Applications on the basis that Verizon Wireless
7 failed to provide particular data or information requested by the third-party engineer.

8       3.     If the City fails to take final action on either of the Verizon Wireless Applications
9 within the time specified in this Stipulation, the City hereby stipulates that, with respect to such
10 application(s), the failure to take action within the time specified was not "reasonable" under 47
11 U.S.C. § 332(c)(7)(B)(ii).  The parties stipulate to no other facts, claims, issues, or remedies
12 relating to the City's actions on the application(s).

13       4.     Subject to the provisions of this Stipulation and the Court's approval, this action
14 will be stayed pending the effectuation of the acts contemplated by this Stipulation.

15       5.     If the City fails to act within the dates specified by this Stipulation with respect to
16 either of the Verizon Wireless Applications, or takes final action to deny either of the Verizon
17 Wireless Applications, whether within the dates specified or otherwise, the stay shall be lifted and
18 Verizon Wireless may pursue any and all claims with respect to such application.

19       6.     If the City takes final action to approve each application within the dates specified
20 and otherwise complies with its obligations set forth herein, Verizon Wireless will dismiss Counts
21 II, III, and IV of the Complaint with prejudice, and will dismiss Count I without prejudice.

22       7.     Within eight months from the date of execution of this Stipulation, the City will
23 consider amendments to the Ordinance.

8. The parties request that the Court retain jurisdiction over this action to enforce the Stipulation and to adjudicate Verizon Wireless's claims in the event the parties cannot resolve those claims according to the agreement set forth in this Stipulation.

DATED:  May 20, 2008

        MUNGER TOLLES & OLSON LLP
           HENRY WEISSMANN
           MARC BECKER
           BRADLEY R. SCHNEIDER

By:   s/Henry Weissmann
      HENRY WEISSMANN

Attorneys for Plaintiff
GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP D/B/A VERIZON WIRELESS

DATED:  May 20, 2008

        MILLER, OWEN & TROST
        A Professional Corporation
           KIRK E. TROST
           MADELINE E. MILLER

By:   s/Kirk E. Trost
      KIRK E. TROST

Attorneys for Defendant
CITY OF BERKELEY

**IT IS SO ORDERED**.

DATED: _____   _____
                                            Hon. Wayne D. Brazil