1  HENRY WEISSMANN (SBN 132418)
   Henry.Weissmann@mto.com
2  BRADLEY R. SCHNEIDER (SBN 235296)
   Bradley.Schneider@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6

7  MACKENZIE & ALBRITTON LLP
   JAMES A. HEARD (SBN 114940)
8  jheard@mallp.com
   423 Washington Street, Sixth Floor
9  San Francisco, California 94111
10 Telephone: (415) 288-4000
   Facsimile: (415) 288 4010
11
   Attorneys for Plaintiff
12 GTE MOBILNET OF CALIFORNIA LIMITED
   PARTNERSHIP, A CALIFORNIA LIMITED
13 PARTNERSHIP D/B/A VERIZON WIRELESS

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       OAKLAND DIVISION

17

18 GTE MOBILNET OF CALIFORNIA              CASE NO. C 07-04034 WDB
   LIMITED PARTNERSHIP, a California
19 limited partnership d/b/a VERIZON       **STIPULATION OF DISMISSAL;**
   WIRELESS,                               **[PROPOSED] ORDER**
20
                 Plaintiff,
21
           vs.
22
   CITY OF BERKELEY,
23
                 Defendant.
24

This stipulation is made with reference to the following facts:

A. On August 8, 2007, GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless ("Verizon Wireless") filed a complaint against the City of Berkeley ("the City").

B. Count I of Verizon Wireless's complaint sought a declaratory judgment that Section 253(a) of the federal Communications Act (the "Act") expressly preempted the City's Wireless Telecommunication Facilities Ordinance, which the City has since amended.

C. Counts II, III, and IV of Verizon Wireless's complaint alleged that the City violated Section 332(c)(7)(B)(ii) of the Act by failing to act within a reasonable period of time on Verizon Wireless's applications for conditional use permits to install wireless communications facilities at the following locations in Berkeley:

- 2721 Shattuck Avenue (Count II);
- 1540 Shattuck Avenue (Count III); and
- 2002 Acton Street (Count IV).

D. The parties have reached a settlement that will resolve all claims and all issues in this matter, and have agreed to dismissal of this action on the terms set forth in this Stipulation.

IT IS THEREFORE STIPULATED BY THE PARTIES, by and through their undersigned counsel of record, as follows:

1. Upon the filing of this Stipulation, this action shall be dismissed without prejudice as to Count I, and with prejudice as to Counts II, III, and IV.

2. Each party shall bear its own attorneys' fees and costs in connection with this action.

3. The parties request that the Court mark this action as closed and settled, by entry of the proposed Order set forth below.

| | |
|---|---|
| DATED: July 29, 2009 | MACENZIE & ALBRITTON LLP<br><br>By: *[signature]*<br>JAMES A. HEARD<br><br>Attorneys for Plaintiff<br>GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP D/B/A VERIZON WIRELESS |
| DATED: July 29, 2009 | MILLER, OWEN & TROST<br>A Professional Corporation<br>KIRK E. TROST<br>MADELINE E. MILLER<br><br>By: *[signature]*<br>KIRK E. TROST<br><br>Attorneys for Defendant<br>CITY OF BERKELEY |

**IT IS SO ORDERED. THE CLERK SHALL MARK THE CASE AS SETTLED AND CLOSED.**

DATED: 8/27/09        *[signature]*
                      Hon. Wayne D. Brazil